# EXHIBIT 4

# PATTERSON ✚ SHERIDAN LLP

ATTORNEYS AT LAW

January 19, 2018

<u>VIA USPS CERTIFIED MAIL</u>
<u>TRACKING #7015 0640 0007 3760 9593</u>

John Beatty
CEO
415 N. Mathilda Ave.
Sunnyvale, CA  94085

Re:   Infringement of United States Patent No. 9,400,640, covering a Web-
        Based Point of Sale Builder

Dear Mr. Beatty:

We represent Cloudofchange, LLC ("Cloudofchange").   Cloudofchange is the owner of United States Patent No. 9,400,640 ("the '640 Patent").  A Copy of the '640 Patent is attached for your reference.  The claims of the '640 Patent cover a web-based system for building or editing point of sale (POS) terminals over the web.

It is our understanding that Clover Network, Inc. has offered to sell and sells POS software solutions to customers.  It is also our understanding that Clover Network, Inc.'s POS software allows customers to manage registers over a Web-based interface.  Such POS software solutions are believed to be sold to and used by customers nationally across the United States.  Based on observations made by Cloudofchange personnel, Cloudofchange believes that Clover Network, Inc.'s POS software solutions infringe the '640 Patent in violation of 35 U.S.C. § 271(a) and/or 35 U.S.C. § 271(b) at least by virtue of Clover Network, Inc.'s offering for sale and selling point of sale (POS) software solutions.

Cloudofchange is interested in licensing the '640 Patent including any patents that grant from the pending continuation patent applications claiming priority to the '640 Patent so that you may continue to offer for sale and sell your POS software solutions. Cloudofchange is willing to offer a simplified pricing scheme of $5 per register per month for early adopters of its licensing terms.

HOUSTON  ✚  DALLAS  ✚  GREENSBORO  ✚  SHREWSBURY  ✚  SAN JOSE  ✚  SAN DIEGO  ✚  YOKOHAMA

www.pattersonsheridan.com

Patterson + Sheridan, LLP
January 19, 2018
Page 2

Please contact me at (713) 577-4801 to discuss this offer.   I look forward to speaking with you.

Very truly yours,

PATTERSON + SHERIDAN, L.L.P.

B. Todd Patterson

Enclosures