# EXHIBIT 5



ACCESSIBLE FROM ANYWHERE

Clover's point-of-sale software syncs with the cloud, so you can access your sales, refunds, deposits, and reports, wherever you are or need to be.

Excerpt from: https://www.clover.com/pos-systems.  Last visited June 12, 2022.