# EXHIBIT 7



Excerpt from: https://help.clover.com/wp-content/uploads/Enterprise-Security-Architecture-US.pdf.  Last visited June 12, 2022.