# EXHIBIT 18



Excerpt from: "Retail Webinar," dated August 7, 2020
(https://www.youtube.com/watch?v=002k57_Q4N0).  Last visited June 12, 2022.