# EXHIBIT 19



Excerpt from: https://www.clover.com/pricing/restaurant.  Last visited June 12, 2022.



Excerpt from: https://www.clover.com/pricing/quick-service-restaurant.  Last visited June 12, 2022.



Excerpt from: https://www.clover.com/pricing/retail.  Last visited June 12, 2022.



Excerpt from: https://www.clover.com/pricing/professional-services. Last visited June 12, 2022.



Excerpt from: https://www.clover.com/pricing/personal-services.  Last visited June 12, 2022.



Excerpt from: https://www.clover.com/pricing/home-field-services.  Last visited June 12, 2022.