# EXHIBIT 20



Excerpt from: https://www.clover.com/no-hardware.  Last visited June 12, 2022.