**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | |
|---|---|
| CloudofChange, LLC, | |
| Plaintiff, | Case No. 6:22-cv-634-ADA |
| v. | |
| Clover Network, Inc., | **JURY TRIAL DEMANDED** |
| Defendant. | |

### PLAINTIFF CLOUDOFCHANGE, LLC'S MOTION TO WITHDRAW COUNSEL OF RECORD

Plaintiff CloudofChange, LLC files this Motion to withdraw Joshua H. Park as counsel of record.  In support of this motion, CloudofChange states the following:

1.      Joshua H. Park is currently designated as a counsel of record for CloudofChange in the above-captioned case.

2.      As of July 1, 2022, Mr. Park will no longer be affiliated with the law offices of Patterson + Sheridan LLP.  CloudofChange will continue to be represented by other counsel of record from Patterson + Sheridan LLP.

3.      This withdrawal is not expected to delay any proceedings.

For the reasons stated above, CloudofChange respectfully requests that the Court grant this motion to withdraw Joshua H. Park as counsel for CloudofChange and remove Mr. Park from all further electronic notifications regarding this case.

Dated:  July 1, 2022                     Respectfully submitted,

                                        By: /s/ *John A. Yates*

                                        John A. Yates
                                        Texas State Bar No. 24056569
                                        jyates@pattersonsheridan.com

                                        B. Todd Patterson
                                        Texas State Bar No. 00789537
                                        tpatterson@pattersonsheridan.com

                                        Kyrie K. Cameron
                                        Texas State Bar No. 24097450
                                        kcameron@pattersonsheridan.com

                                        Edgar N. Gonzalez
                                        Texas State Bar No. 24092431
                                        egonzalez@pattersonsheridan.com

                                        Joshua Hain Park
                                        Texas State Bar. No. 24121766
                                        jpark@pattersonsheridan.com

                                        **PATTERSON + SHERIDAN LLP**
                                        24 Greenway Plaza, Suite 1600
                                        Houston, Texas 77046
                                        (Tel): 713-623-4844
                                        (Fax): 713-623-4846

                                        Abelino Reyna
                                        Texas State Bar No. 24000087
                                        areyna@pattersonsheridan.com

                                        Craig V. Depew
                                        Texas State Bar No. 05655820
                                        cdepew@pattersonsheridan.com

                                        **PATTERSON + SHERIDAN LLP**
                                        729 Washington Ave, Suite 200
                                        Waco, Texas 76701
                                        (Tel): 254-777-5284
                                        (Fax): 877-777-8071

                                        *Attorneys for Plaintiff,*
                                        *CloudofChange, LLC*

## **CERTIFICATE OF SERVICE**

      I hereby certify that, on July 1, 2022, a copy of the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, which sends notifications of such filing to all counsel of record who have consented to accept service by electronic means.

                                           */s/ John A. Yates*
                                           John A. Yates