AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS

**CLOUDOFCHANGE, LLC,**
*Plaintiff*

V.  Civil Action No. **6:22−CV−00634**

**CLOVER NETWORK, INC.,**
*Defendant*

### SUMMONS IN A CIVIL ACTION

TO:  **Clover Network, Inc.
415 N. Mathilda Ave.
Sunnyvale, CA 94085**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) −− or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) −− you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff`s attorney, whose name and address are:

> **John Allen Yates
> Patterson & Sheridan, LLP
> 24 Greenway Plaza, Suite 1600
> Houston, TX 77046**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**PHILIP J. DEVLIN**
CLERK OF COURT

**s/CINDY VEGA**
DEPUTY CLERK

**ISSUED ON 2022−06−17 17:30:23**

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 6:22–CV–00634

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* Clover Network, Inc.
was received by me on *(date)* 6-27-2022.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's resident or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* BRENNA Johnson, who is
designated by law to accept service of process on behalf of *(name of organization)* Clover Networks
on *(date)* 6-27-2022; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other (specify): _____
_____
_____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty that this information is true.

Date: 7-1-2022

_____
Server's signature

ADAM J. Hochman PS7717
Printed name and title

406 Hillwood Ct Mt V Ca 94041
Server's Address

Additional information regarding attempted service, etc:
_____
_____