# EXHIBIT A

| | |
|---|---|
| **From:** | Steve Ravel |
| **Sent:** | Thursday, July 7, 2022 3:13 PM |
| **To:** | Jay Yates; Kelly Ransom |
| **Cc:** | Todd Patterson; Abel Reyna; Craig Depew; Kyrie Cameron; Edgar Gonzalez |
| **Subject:** | RE: #6:22-cv-00634; CloudofChange v. Clover Network, Inc. |

Thank you. Your counter is rejected . We'll file a  motion for a 45 day extension with no conditions  and show CloudofChange as opposed to it.  I shall pass along your overture to my client.

Steve Ravel
Mobile—-512-413-0635

On July 7, 2022 at 2:34:40 PM CDT, Jay Yates <JYates@pattersonsheridan.com> wrote:

Mr. Ravel,

Thank you for reaching out.  We are generally agreeable to an extension, however we are a little surprised about Clover's request for a 45-day extension after we reached out to your client two weeks ago without any response (letter and email attached).  My client CloudofChange is agreeable to a 30-day extension with the stipulation that Clover does not file a Motion to Transfer.

Additionally, our invitation remains open to have a discussion with your client about the value of CloudofChange's patents with respect to Clover's IP portfolio.  Please let us know if your client is amenable to a discussion, and we will gladly coordinate the meeting.

Regards,
Jay Yates

**Jay Yates • Partner**
**PATTERSON + SHERIDAN LLP**
**24 Greenway Plaza, Suite 1600, Houston, TX 77046**
**Main:**   713.623.4844 Ext 2163
**Direct:**   713.577.4817
**Fax:**   713.623.4846
**Email:** jyates@pattersonsheridan.com
http://www.pattersonsheridan.com

CONFIDENTIAL INFORMATION
This transmission contains information from the law firm of Patterson + Sheridan, L.L.P. which is confidential or privileged. The information is intended to be for the use of the individual or entity named on this transmission. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this transmission in error, please notify us by telephone immediately so that we can arrange for the retrieval of the original documents at no cost to you. Alternatively, notify the sender by replying to this transmission and delete the message without disclosing it. Thank you.

**From:** Steve Ravel <steve.ravel@kellyhart.com>
**Sent:** Thursday, July 7, 2022 10:37 AM
**To:** Jay Yates <JYates@pattersonsheridan.com>; Abel Reyna <AReyna@pattersonsheridan.com>;
Todd Patterson <TPatterson@pattersonsheridan.com>; Craig Depew

<CDepew@pattersonsheridan.com>; Edgar Gonzalez <EGonzalez@pattersonsheridan.com>; Joshua
Park <JPark@pattersonsheridan.com>; Kyrie Cameron <KCameron@pattersonsheridan.com>
**Cc:** Kelly Ransom <Kelly.Ransom@kellyhart.com>
**Subject:** RE: #6:22-cv-00634; CloudofChange v. Clover Network, Inc.

> [CAUTION] External Email. Please do not click links or open attachments unless the source is trusted or has been verified.

Although it has  been less than 24 hours,  may I please have a response?

Thank you.


J. Stephen Ravel
Partner, Austin Office



303 Colorado Street,  Suite 2000
Austin, Texas 78701
(512) 495-6429 (phone)
(512) 495-6401 (fax)
steve.ravel@kellyhart.com   www.kellyhart.com

CONFIDENTIAL NOTICE: This electronic transmission and any documents or other writings sent with it constitute
confidential information which is intended only for the named recipient and which may be legally privileged.  If
you have received this communication in error, do not read it.  Please reply to the sender at Kelly Hart & Hallman
LLP that you have received the message in error.  Then delete it.  Any disclosure, copying, distribution or the
taking of any action concerning the contents of this communication or any attachment(s) by anyone other than
the named recipient is strictly prohibited.


**From:** Steve Ravel
**Sent:** Wednesday, July 6, 2022 1:54 PM
**To:** 'jyates@pattersonsheridan.com' <jyates@pattersonsheridan.com>; 'areyna@pattersonsheridan.com'
<areyna@pattersonsheridan.com>; 'tpatterson@pattersonsheridan.com'
<tpatterson@pattersonsheridan.com>; 'cdepew@pattersonsheridan.com'
<cdepew@pattersonsheridan.com>; 'egonzalez@pattersonsheridan.com'
<egonzalez@pattersonsheridan.com>; 'jpark@pattersonsheridan.com' <jpark@pattersonsheridan.com>;
'kcameron@pattersonsheridan.com' <kcameron@pattersonsheridan.com>
**Cc:** Kelly Ransom <Kelly.Ransom@kellyhart.com>
**Subject:** #6:22-cv-00634; CloudofChange v. Clover Network, Inc.

CloudofChange Team,

My partner, Kelly Ransom, and I will be representing Clover Network in this case you have brought
against it in Waco.  May we have a 45 day extension to respond to the Complaint, that is through and
including September 1, 2022?

Thank you.

J. Stephen Ravel
Partner, Austin Office



303 Colorado Street,  Suite 2000
Austin, Texas 78701
(512) 495-6429 (phone)
(512) 495-6401 (fax)
steve.ravel@kellyhart.com    www.kellyhart.com

CONFIDENTIAL NOTICE: This electronic transmission and any documents or other writings sent with it constitute confidential information which is intended only for the named recipient and which may be legally privileged.  If you have received this communication in error, do not read it.  Please reply to the sender at Kelly Hart & Hallman LLP that you have received the message in error.  Then delete it.  Any disclosure, copying, distribution or the taking of any action concerning the contents of this communication or any attachment(s) by anyone other than the named recipient is strictly prohibited.

<FW: CloudofChange, LLC and US Patent Nos.9,400,640; 10,083,012; and 11,226,793.eml>