**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | |
|---|---|
| CLOUDOFCHANGE, LLC,<br><br>　　　　　　Plaintiff,<br>v.<br><br>CLOVER NETWORK, INC.,<br><br>　　　　　　Defendant. | Civil Action No. 6:22-CV-00634-ADA<br><br>**JURY TRIAL DEMANDED** |

**CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. 7.1(A)**

　　　　Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Clover Network, Inc. hereby certifies that it is wholly owned by its parent corporation, Fiserv, Inc. Fiserv, Inc. has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

Dated: August 17, 2022                    Respectfully submitted,

                                                                            */s/ J. Stephen Ravel*
                                                                            J. Stephen Ravel
                                                                            Texas State Bar No. 16584975
                                                                            Kelly Ransom
                                                                            Texas State Bar No. 24109427
                                                                            KELLY HART & HALLMAN LLP
                                                                            303 Colorado, Suite 2000
                                                                            Austin, Texas 78701
                                                                            Tel: (512) 495-6429
                                                                            steve.ravel@kellyhart.com
                                                                            kelly.ransom@kellyhart.com

                                                                            ***Attorneys for Clover Network, Inc.***

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record are being served with a copy of the foregoing document via the Court's CM/ECF system on August 17, 2022.

                                                                            */s/ J. Stephen Ravel*
                                                                            J. Stephen Ravel