UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| CloudofChange, LLC,<br><br>     Plaintiff,<br><br>          v.<br><br>Clover Network, Inc.,<br><br>     Defendant. | Case No. 6:22-cv-634-ADA<br><br>**JURY TRIAL DEMANDED** |

## **RULE 7.1 STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned attorneys of record for Plaintiff CloudofChange, LLC certify that no publicly held corporation owns ten percent (10%) or more of its stock, and further identify the following privately-held parent corporation: Interegister Inc.

Dated:  September 23, 2022

Respectfully submitted,

By: /s/ *John A. Yates*

John A. Yates
Texas State Bar No. 24056569
jyates@pattersonsheridan.com

B. Todd Patterson
Texas State Bar No. 00789537
tpatterson@pattersonsheridan.com

Kyrie K. Cameron
Texas State Bar No. 24097450
kcameron@pattersonsheridan.com

Edgar N. Gonzalez
Texas State Bar No. 24092431
egonzalez@pattersonsheridan.com

**PATTERSON + SHERIDAN LLP**
24 Greenway Plaza, Suite 1600
Houston, Texas 77046

1

(Tel): 713-623-4844
(Fax): 713-623-4846

Abelino Reyna
Texas State Bar No. 24000087
areyna@pattersonsheridan.com

Craig V. Depew
Texas State Bar No. 05655820
cdepew@pattersonsheridan.com

**PATTERSON + SHERIDAN LLP**
729 Washington Ave, Suite 200
Waco, Texas 76701
(Tel): 254-777-5284
(Fax): 877-777-8071

*Attorneys for Plaintiff,*
*CloudofChange, LLC*

### CERTIFICATE OF SERVICE

I hereby certify that, on September 23, 2022, a copy of the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, which sends notifications of such filing to all counsel of record who have consented to accept service by electronic means.

*/s/ John A. Yates*
John A. Yates