### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### WACO DIVISION

| | |
|---|---|
| **CLOUDOFCHANGE, LLC,**<br><br>　　　　　　Plaintiff,<br>v.<br><br>**CLOVER NETWORK, INC.,**<br><br>　　　　　　Defendant. | Civil Action No. 6:22-CV-00634-ADA-DTG<br><br>**JURY TRIAL DEMANDED** |

### DECLARATION OF J. STEPHEN RAVEL

I, J. Stephen Ravel, declare as follows:

　　　1.　　I am an attorney at the law firm of Kelly Hart Hallman and counsel of record for Defendant Clover Network, LLC ("Clover").[1] I am over eighteen years of age, of sound mind, and competent to make this declaration.

　　　2.　　I make this Declaration in support of Clover's Motion to Stay Pending *Inter Partes* Review of U.S. Patent Nos. '640, '793, and '012.

　　　3.　　Attached hereto as Exhibit A-1 is a true and correct copy of the PTAB's Decision Granting Institution of *Inter Partes* Review with respect to Patent '640.

　　　4.　　Attached hereto as Exhibit A-2 is a true and correct copy of the PTAB's Decision Granting Institution of *Inter Partes* Review with respect to Patent '012.

　　　5.　　Attached hereto as Exhibit A-3 is a true and correct copy of the PTAB's Decision Granting Institution of *Inter Partes* Review with respect to Patent '793.

---

[1] "Clover" refers to Clover Networks, LLC, formerly known as Clover Networks, Inc.

6. Attached hereto as Exhibit A-4 is a true and correct copy of Clover's Petition for *Inter Partes* Review of U.S. Patent No. 9,400,640.

7. Attached hereto as Exhibit A-5 is a true and correct copy of Clover's Motion for Joinder of IPR2022-00779.

8. Attached hereto as Exhibit A-6 is a true and correct copy of Clover's Petition for *Inter Partes* Review of U.S. Patent No. 10,083,012.

9. Attached hereto as Exhibit A-7 is a true and correct copy of Clover's Motion for Joinder of IPR2022-00997.

10. Attached hereto as Exhibit A-8 is a true and correct copy of Clover's Petition for *Inter Partes* Review of U.S. Patent No. 11,226,793.

11. Attached hereto as Exhibit A-9 is a true and correct copy of Clover's Motion for Joinder of IPR2022-01143.

12. As Clover's counsel, I am authorized to represent that Clover agrees to be subject to the full scope of estoppel under 35 U.S.C. § 315(e), as if it were a petitioner in the Lightspeed IPRs.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 5, 2022

*/s/ J. Stephen Ravel*
J. Stephen Ravel