# EXHIBIT 35



Excerpt from: https://www.linkedin.com/company/clover-sport.  Last visited December 12, 2022.