# EXHIBIT 36



Excerpt from: http://www.1-pps.com/.  Last visited December 12, 2022.