# EXHIBIT 37



Excerpt from: https://www.clovertexas.com/.  Last visited December 12, 2022.