**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | |
|---|---|
| CLOUDOFCHANGE, LLC,<br><br>Plaintiff,<br>v.<br><br>CLOVER NETWORK, INC.,<br><br>Defendant. | Civil Action No. 6:22-CV-00634-ADA-DTG<br><br>JURY TRIAL DEMANDED |

**CLOVER NETWORK, LLC'S OPPOSED MOTION FOR EXTENSION TO RESPOND TO AMENDED COMPLAINT**

Defendant Clover Network, Inc. hereby moves for a 30-day extension to respond to Plaintiff CloudofChange, LLC's Amended Complaint:

Plaintiff filed an Amended Complaint on December 12, 2022. Dkt. 24. To ensure that it has sufficient time to conduct the requisite reasonable inquiry under the circumstances and thereby ensure that the representations it makes to this Court in its response to the Amended Complaint are well founded and have or will likely have evidentiary support, Clover now seeks an additional 30 days, through and including January 25, 2023, to respond to the Amended Complaint. *See* Fed. R. Civ. P. 11(b)(2-4).[1]

Clover therefore prays that this Motion is granted and that the deadline for Clover to respond to the Amended Complaint is extended by 30 days to January 25, 2023.

[1] Yet again, Plaintiff opposes the extension for a strategic reason—to leverage Clover's need for additional time to obtain an agreement under which Clover must withdraw its motion to stay, a significant substantive right. Plaintiff has employed such improper tactics before, and Clover cannot agree to Plaintiff's conditions. *See* Dkt. 8. Plaintiff's opposition to Clover's straightforward and routinely-granted extension requests violates Local Rule AT-4(b), which "expects a lawyer to grant other lawyers' requests for reasonable extensions of time …."

December 23, 2022

Respectfully submitted,

*/s/ J. Stephen Ravel*
J. Stephen Ravel
Texas State Bar No. 16584975
Kelly Ransom
Texas State Bar No. 24109427
KELLY HART & HALLMAN LLP
303 Colorado, Suite 2000
Austin, Texas 78701
Tel: (512) 495-6429
steve.ravel@kellyhart.com
kelly.ransom@kellyhart.com

Caitlyn Hubbard
Texas State Bar No. 24097853
KELLY HART & HALLMAN LLP
201 Main Street, Suite 2500
Fort Worth, Texas 76102
Tel: (817) 332-2500
caitlyn.hubbard@kellyhart.com

***Attorneys for Clover Network, Inc.***

## CERTIFICATE OF CONFERENCE

The undersigned certifies that parties conferred via email and that counsel for Plaintiff has advised that Plaintiff opposes this Motion.

*/s/ Caitlyn E. Hubbard*
Caitlyn E. Hubbard

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record are being served with a copy of the foregoing via the Court's CM/ECF system.

*/s/ Caitlyn E. Hubbard*
Caitlyn E. Hubbard