IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

|  |  |
|---|---|
| CLOUDOFCHANGE, LLC,<br><br>        Plaintiff,<br>v.<br><br>CLOVER NETWORK, INC.,<br><br>        Defendant. | Civil Action No. 6:22-CV-00634-ADA-DTG<br><br>JURY TRIAL DEMANDED |

## DECLARATION OF KELLY RANSOM

I, Kelly Ransom, hereby declare the following under penalty of perjury under the laws of the United States:

1. I am an attorney at the law firm of Kelly Hart Hallman and counsel of record for Defendant Clover Network, LLC. I am over eighteen years of age, of sound mind, and competent to make this Declaration in support of Clover Network, LLC's Motion for Protective Order.

2. Attached hereto as Exhibit A is a true and correct copy of Plaintiff CloudofChange, LLC's Notice of 30(b)(1) Deposition of Adam Deane dated December 15, 2022.

3. Attached hereto as Exhibit B is a true and correct copy of Plaintiff CloudofChange, LLC's Notice of 30(b)(1) Deposition of Stephen Harker dated December 15, 2022.

4. Attached hereto as Exhibit C is a true and correct copy of Plaintiff CloudofChange, LLC's Preliminary Infringement Contentions dated September 30, 2022.

5. Attached hereto as Exhibit D is a true and correct copy of Plaintiff CloudofChange, LLC's Amended Preliminary Infringement Contentions dated December 12, 2022.

6. Attached hereto as Exhibit E is a true and correct copy of Plaintiff CloudofChange, LLC's Second Set of Requests for Production of Documents to Defendant (Nos. 8-10) dated December 15, 2022.

7.      Attached hereto as Exhibit F is a true and correct copy of Plaintiff CloudofChange, LLC's Second Set of Interrogatories to Defendant (No. 5) dated December 15, 2022.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 23, 2022

*/s/ Kelly Ransom*
Kelly Ransom