# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| CloudofChange, LLC, | |
| Plaintiff, | Case No. 6:22-CV-00634-ADA |
| v. | |
| Clover Network, Inc., | **JURY TRIAL DEMANDED** |
| Defendant. | |

## NOTICE OF 30(b)(1) DEPOSITION OF ADAM DEANE

TO: Defendant Clover Network, Inc., by and through its attorneys of record J. Stephen Ravel, Kelly Ransom, Kelly Hart & Hallman, LLP, 303 Colorado, Suite 2000, Austin, Texas 78701; and Caitlyn Hubbard, Kelly Hart & Hallman, LLP, 201 Main Street, Suite 2500, Fort Worth, Texas 76102.

PLEASE TAKE NOTICE that on December 28, 2022, commencing at 9:00 A.M. CT at Kelly Hart & Hallman, LLP, 303 Colorado Street, Suite 2000, Austin, TX 78701, or at a date, time, and location agreed to by the Parties, Plaintiff CloudofChange, LLC, will take the deposition of Adam Deane pursuant to Fed. R. Civ. P. 30(b)(1). The deposition will be recorded by stenographic, audio, and video means before an officer authorized to administer oaths and shall continue from day to day, excluding Saturdays, Sundays, and holidays, until completed. The deposition will be taken for the purpose of venue and jurisdictional discovery and for any other purpose permitted under the Federal Rules of Civil Procedure, local rules, or standing orders.

You are invited to attend and to participate in the examination.

| | |
|---|---|
| Dated: December 15, 2022 | Respectfully submitted, |
| | By: */s/ John A. Yates* |
| | John A. Yates<br>Attorney In Charge<br>Texas State Bar No. 24056569<br>jyates@pattersonsheridan.com |

> B. Todd Patterson
> Texas State Bar No. 00789537
> tpatterson@pattersonsheridan.com
>
> Kyrie Kimber Cameron
> Texas State Bar No. 24097450
> kcameron@pattersonsheridan.com
>
> Edgar Neil Gonzalez
> Texas State Bar No. 24092431
> egonzalez@pattersonsheridan.com
>
> **Patterson + Sheridan LLP**
> 24 Greenway Plaza, Suite 1600
> Houston, Texas 77046
> (Tel): 713-623-4844
> (Fax): 713-623-4846
>
> Abelino Reyna
> Texas State Bar No. 24000087
> areyna@pattersonsheridan.com
>
> Craig V. Depew
> Texas State Bar No. 05655820
> cdepew@pattersonsheridan.com
>
> **Patterson + Sheridan LLP**
> 729 Washington Ave., Suite 200
> Waco, Texas 76701
> (Tel): 254-777-5248
> (Fax): 877-777-8071
>
> *Attorneys for Plaintiff,*
> *CloudofChange, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served on all counsel of record on December 15, 2022.

> */s/ John A. Yates*
>  John A. Yates