# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## WACO DIVISION

CloudofChange, LLC,

     Plaintiff,

            v.

Clover Network, Inc.,

     Defendant.

Case No. 6:22-CV-00634-ADA

**JURY TRIAL DEMANDED**

## NOTICE OF 30(b)(1) DEPOSITION OF STEPHEN HARKER

TO:    Defendant Clover Network, Inc., by and through its attorneys of record J. Stephen Ravel, Kelly Ransom, Kelly Hart & Hallman, LLP, 303 Colorado, Suite 2000, Austin, Texas 78701; and Caitlyn Hubbard, Kelly Hart & Hallman, LLP, 201 Main Street, Suite 2500, Fort Worth, Texas 76102.

PLEASE TAKE NOTICE that on December 28, 2022, commencing at 9:00 A.M. CT at Kelly Hart & Hallman, LLP, 303 Colorado Street, Suite 2000, Austin, TX 78701, or at a date, time, and location agreed to by the Parties, Plaintiff CloudofChange, LLC, will take the deposition of Stephen Harker pursuant to Fed. R. Civ. P. 30(b)(1). The deposition will be recorded by stenographic, audio, and video means before an officer authorized to administer oaths and shall continue from day to day, excluding Saturdays, Sundays, and holidays, until completed. The deposition will be taken for the purpose of venue and jurisdictional discovery and for any other purpose permitted under the Federal Rules of Civil Procedure, local rules, or standing orders.

You are invited to attend and to participate in the examination.

Dated: December 15, 2022

Respectfully submitted,

By: */s/ John A. Yates*

John A. Yates
Attorney In Charge
Texas State Bar No. 24056569
jyates@pattersonsheridan.com

B. Todd Patterson
Texas State Bar No. 00789537
tpatterson@pattersonsheridan.com

Kyrie Kimber Cameron
Texas State Bar No. 24097450
kcameron@pattersonsheridan.com

Edgar Neil Gonzalez
Texas State Bar No. 24092431
egonzalez@pattersonsheridan.com

**Patterson + Sheridan LLP**
24 Greenway Plaza, Suite 1600
Houston, Texas 77046
(Tel): 713-623-4844
(Fax): 713-623-4846

Abelino Reyna
Texas State Bar No. 24000087
areyna@pattersonsheridan.com

Craig V. Depew
Texas State Bar No. 05655820
cdepew@pattersonsheridan.com

**Patterson + Sheridan LLP**
729 Washington Ave., Suite 200
Waco, Texas 76701
(Tel): 254-777-5248
(Fax): 877-777-8071

*Attorneys for Plaintiff,*
*CloudofChange, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served on all counsel of record on December 15, 2022.

*/s/ John A. Yates*
John A. Yates

2