## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## WACO DIVISION

CloudofChange, LLC,

     Plaintiff,

               v.

Clover Network, Inc.,

     Defendant.

Case No. 6:22-CV-00634-ADA

**JURY TRIAL DEMANDED**

### PLAINTIFF'S  AMENDED DISCLOSURE OF ASSERTED CLAIMS AND PRELIMINARY INFRINGEMENT CONTENTIONS

In accordance with the Standing Order Governing Proceedings (OGP) 4.2 – Patent Cases, Plaintiff CloudofChange, LLC ("CloudofChange" or "Plaintiff") makes the following disclosure of its asserted claims of U.S. Patent No. 9,400,640 (the "'640 Patent"), U.S. Patent No. 10,083,012 (the "'012 Patent"), and U.S. Patent No. 11,226,793 (the "'793 Patent") (collectively the "Patents-in-Suit" or the "Asserted Patents"), as well as its Preliminary Infringement Contentions concerning the infringing activities, products, and/or services of Defendant Clover Network, Inc. ("Clover" or "Defendant").

As amended, these Preliminary Infringement Contentions now include Clover Sport as an accused product, which Plaintiff recently learned of during venue discovery.

CloudofChange's disclosure is based upon publically available information concerning Defendant's infringing activities, products, and/or services. CloudofChange has received limited discovery to date from Defendant related to jurisdictional discovery and certain information not yet available to CloudofChange may be relevant to its assertion of infringement. CloudofChange expressly reserves the right to supplement these Preliminary Infringement Contentions.

Subject to the above reservation of rights, CloudofChange makes the following disclosures:

1

**INFRINGEMENT OF U.S. PATENT NO. 9,400,640,**
**U.S. PATENT NO. 10,083,012, AND U.S. PATENT NO. 11,226,793 BY CLOVER**

## I.   Disclosure of Asserted Claims and Preliminary Contentions

### (a)      Asserted Claims

Based upon information presently available to it, CloudofChange asserts that Clover has infringed and/or continues to infringe directly or indirectly, or under the doctrine of equivalents, by active inducement and/or contributory infringement Claims 1, 3, 5-6, and 8-14 of the '640 Patent, Claims 1-2 and 4-13 of the '012 Patent, and Claims 1-4, 9, 11, 42, and 44 of the '793 Patent.

### (b)      Preliminary Infringement Contentions Claim Charts

CloudofChange's Preliminary Infringement Contentions claim chart of the '640 Patent is attached as Exhibit A to these disclosures, which sets forth where in the accused product each element of the asserted claim(s) is found.  As shown in Exhibit A, CloudofChange contends that each element of Claims 1, 3, 5-6, and 8-14 of the '640 Patent is literally present.

To the extent Clover contends that certain elements are not literally present in the accused products, the elements are at least present under the Doctrine of Equivalents because the difference between the claims and Clover's accused products, if any, are insubstantial and the accused products perform substantially the same function, in substantially the same way, to achieve substantially the same result as the '640 Patent claims.

CloudofChange's Preliminary Infringement Contentions claim chart of the '012 Patent is attached as Exhibit B to these disclosures, which sets forth where in the accused product each element of the asserted claim(s) is found.  As shown in Exhibit B CloudofChange contends that each element of Claims 1-2 and 4-13 of the '012 Patent is literally present.

To the extent Clover contends that certain elements are not literally present in the accused products, the elements are at least present under the Doctrine of Equivalents because the difference

between the claims and Clover's accused products, if any, are insubstantial and the accused products perform substantially the same function, in substantially the same way, to achieve substantially the same result as the '012 Patent claims.

CloudofChange's Preliminary Infringement Contentions claim chart of the '793 Patent is attached as Exhibit C to these disclosures, which sets forth where in the accused product each element of the asserted claim(s) is found. As shown in Exhibit C, CloudofChange contends that each element of Claims 1-4, 9, 11, 42, and 44 of the '793 Patent is literally present.

To the extent Clover contends that certain elements are not literally present in the accused products, the elements are at least present under the Doctrine of Equivalents because the difference between the claims and Clover's accused products, if any, are insubstantial and the accused products perform substantially the same function, in substantially the same way, to achieve substantially the same result as the '793 Patent claims.

**(c)    Priority Date**

For the purposes of this litigation, the priority date for each asserted claim of the '640 Patent is February 5, 2008, the filing date of U.S. Patent Application No. 12/012,666 (the '666 Application") resulting in the '640 Patent.

For the purposes of this litigation, the priority date for each asserted claim of the '012 Patent is February 5, 2008, the filing date of U.S. Patent Application No. 12/012,666 (the '666 Application") resulting in the '012 Patent.

For the purposes of this litigation, the priority date for each asserted claim of the '793 Patent is February 5, 2008, the filing date of U.S. Patent Application No. 12/012,666 (the '666 Application") resulting in the '793 Patent.

## II. Document Production accompanying Disclosure

Pursuant to the Court's Standing Order Governing Proceedings (OGP) 4.2 – Patent Cases, CloudofChange identifies all documents, produced herewith, evidencing conception and reduction to practice for each claimed invention and a copy of the file history for each patent in suit:

- Copy of '640 Patent: [COCCLV0000001-COCCLV0000010]

- File History of the '640 Patent: [COCCLV0000011-COCCLV0000535]

- Copy of '012 Patent: [COCCLV0000536-COCCLV0000546]

- File History of the '012 Patent: [COCCLV0000547-COCCLV0000901]

- Copy of '793 Patent: [COCCLV0000902-COCCLV0000915]

- File History of the '793 Patent: [COCCLV0000916-COCCLV0001511]

- Accompanying Production: [COCCLV0001512- COCCLV0001976]

Dated: December 12, 2022

Respectfully submitted,

By: /s/ *John A. Yates*

John A. Yates
Texas State Bar No. 24056569
jyates@pattersonsheridan.com

B. Todd Patterson
Texas State Bar No. 00789537
tpatterson@pattersonsheridan.com

Kyrie K. Cameron
Texas State Bar No. 24097450
kcameron@pattersonsheridan.com

Edgar N. Gonzalez
Texas State Bar No. 24092431
egonzalez@pattersonsheridan.com

**Patterson + Sheridan LLP**
24 Greenway Plaza, Suite 1600
Houston, Texas 77046
(Tel): 713-623-4844
(Fax): 713-623-4846

Abelino "Abel" Reyna
Texas Bar No. 24000087
areyna@pattersonsheridan.com

Craig V. Depew
Texas State Bar No. 05655820
cdepew@pattersonsheridan.com

**Patterson + Sheridan LLP**
729 Washington Avenue, Suite 200
Waco, Texas 76701
(Tel): 254-777-5248
(Fax): 877-777-8071

*Attorneys for Plaintiff/Counter-Defendant,*
*U.S. Well Services, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served on all counsel of record on December 12, 2022.

*/s/ John A. Yates*
John A. Yates

*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6:22-CV-634-ADA
Amended Preliminary Infringement Contentions, Exhibit A, Claim Chart for U.S. Pat. No. 9,400,640

# **Exhibit A**

*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6:22-CV-634-ADA
Amended Preliminary Infringement Contentions, Exhibit A, Claim Chart for U.S. Pat. No. 9,400,640

**Exhibit A – Preliminary Infringement Chart for U.S. Patent No. 9,400,640**

1. Clover POS System – Clover, Available at https://www.clover.com/pos-systems
   a. Retrieved: June 12, 2022.
2. Clover Home Web Dashboard Overview – Clover, Available at https://www.youtube.com/watch?v=tTSSFpUhZJ8
   a. Retrieved: June 12, 2022
3. Clover Shop – Clover, Available at https://www.clover.com/shop
   a. Last visited on June 12, 2022.
4. Set up your Station Pro – Clover, Available at https://www.clover.com/help/set-up-your-station-pro/
   a. Retrieved: June 12, 2022
5. Connect and activate your Station 2 – Clover, Available at https://www.clover.com/help/set-up-your-mini
   a. Retrieved: June 12, 2022
6. Fix Network Connections – Clover, Available at https://www.clover.com/help/fix-network-connections
   a. Retrieved: June 12, 2022
7. Business Tracking Reports – Clover, Available at https://fortunepayments.com/clover-pos-business-tracking-reporting/
   a. Retrieved: June 12, 2022
8. Table Service – Clover, Available at https://www.clover.com/pos-solutions/restaurant
   a. Retrieved: June 12, 2022
9. No Hardware – Clover, Available at https://www.clover.com/no-hardware
   a. Retrieved: June 12, 2022
10. Restaurant Holiday Webinar – Clover, Available at https://youtu.be/x4hCW5IVuIE
    a. Retrieved: June 12, 2022
11. Using Clover Web Dashboard – Clover, Available at https://www.youtube.com/watch?v=xHiR9E3Awoc
    a. Retrieved: June 12, 2022
12. Clover Counter Service – Clover, Available at https://nationalbankcard.com/business-types/counter-service-restaurants/
    a. Retrieved: September 29, 2022
13. Clover POS Shop – Clover, Available at https://www.youtube.com/watch?v=JBly5KZhv5A
    a. Retrieved: September 29, 2022
14. Prepare Inventories and Menus – Clover, Available at https://www.clover.com/help/prepare-to-work-with-inventories-and-menus?device=ZKF1GcCo6sus0GkgWw6ku
    a. Retrieved: On or before June 12, 2022
15. Manually Manage Item Availability – Clover, at Available at https://www.clover.com/en-US/help/manually-manage-item-availability

*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6:22-CV-634-ADA
Amended Preliminary Infringement Contentions, Exhibit A, Claim Chart for U.S. Pat. No. 9,400,640

    a. Retrieved: September 29, 2022

16. Set Up Offline Payments – Clover, Available at https://www.clover.com/help/set-up-offline-payments
    a. Retrieved: September 29, 2022

17. Clover Tour For Retail – Clover, Available at https://www.youtube.com/watch?v=zGAI-Cju4Ac
    a. Retrieved: September 29, 2022

18. Clover Retail Webinar – Clover, Available at https://youtu.be/002k57_Q4N0
    a. Retrieved: September 29, 2022

19. Clover Table Service Restaurant Webinar – Clover, Available at https://youtu.be/v7sBOQ66rYw
    a. Retrieved: September 29, 2022

20. Bagels And Brew – Clover, Available at https://blog.clover.com/bagels-and-brew/
    a. Retrieved: September 29, 2022

21. Meet the Merchant – Clover, Available at https://blog.clover.com/meet-the-merchant-la-gelati/
    a. Retrieved: September 29, 2022

22. POS Pricing – Clover, Available at https://tech.co/pos-system/clover-pos-pricing
    a. Retrieved: September 29, 2022

23. Clover Asset Service Plans – Clover, Available at https://assets.ctfassets.net/3mu3dzx76r6a/34mDu5cGPXZo4LLIxADf8I/4ec87289d71c6fc8ee6c87af067739b9/Clover_service_plans_6_23_2020.pdf
    a. Retrieved: September 29, 2022

24. Clover YouTube Ad – Clover, Available at https://www.youtube.com/watch?v=rrjsma7Q7VU
    a. Retrieved: June 12, 2022

25. Square Versus Clover – Clover, Available at https://tech.co/pos-system/square-vs-clover
    a. Retrieved: September 29, 2022

26. Clover Sport Article – Clover, Available at https://www.businesswire.com/news/home/20220914005340/en/Clover-Sport-to-Power-New-Commerce-Experiences-in-the-Big-Easy
    a. Retrieved: December 7, 2022

27. Clover Sport Homepage – Clover, Available at https://sport.clover.com/
    a. Retrieved: December 9, 2022

28. Bypass Mobile – Clover, Available at https://www.bypassmobile.com/ordering-point-of-sale/
    a. Retrieved: December 9, 2022

29. Bypass POS Security & Speed – Clover, Available at https://vimeo.com/221329917
    a. Retrieved: December 9, 2022

*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6:22-CV-634-ADA
Amended Preliminary Infringement Contentions, Exhibit A, Claim Chart for U.S. Pat. No. 9,400,640

| Claim Language | Accused Instrumentality: **Clover POS System (including Clover Station Solo, Clover Station Duo (formerly Station Pro), Clover Mini, Clover Dashboard, Clover Web Dashboard, Clover Sport (formerly Bypass)) (collectively, "Clover POS")** |
|---|---|
| *Claim 1* | |
| 1. A web-based point of sale (POS) builder system comprising: | CloudofChange asserts that the preamble is not limiting. To the extent that the preamble is construed as limiting, Clover POS includes a web-based point of sale (POS) builder system. Specifically, Clover Station Solo, Clover Station Duo (formerly Station Pro), Clover Mini, Clover Dashboard, Clover Sport (formerly Bypass) (collectively, "Clover POS"), include a web-based point of sale (POS) builder system. <br><br> For example, Clover POS states that a "POS system should be tailored to your needs today and scale with your business. Build the system you need now, and expand as you grow with devices apps, and accessories." *Source*: https://www.clover.com/pos-systems <br><br>  <br><br> **COMPLETELY CUSTOMIZABLE** <br><br> Your POS system should be tailored to your needs today and scale with your business. Build the system you need now, and expand as you grow with devices, apps, and accessories. <br><br> *See also* "Accessible From Anywhere" at https://www.clover.com/pos-systems stating: "Clover's point-of-sale software syncs with the cloud, so you can access your sales, refunds, deposit, and reports, wherever you are or need to be." Last accessed on June 12, 2022. |

*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6:22-CV-634-ADA
Amended Preliminary Infringement Contentions, Exhibit A, Claim Chart for U.S. Pat. No. 9,400,640



**ACCESSIBLE FROM ANYWHERE**

Clover's point-of-sale software syncs with
the cloud, so you can access your sales,
refunds, deposits, and reports, wherever
you are or need to be.

*See also* "Clover Home Web Dashboard Overview" at https://www.youtube.com/watch?v=tTSSFpUhZJ8

*See also* Clover Tour at: https://www.youtube.com/watch?v=zGAI-Cju4Ac

*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6:22-CV-634-ADA
Amended Preliminary Infringement Contentions, Exhibit A, Claim Chart for U.S. Pat. No. 9,400,640

*See also* Clover Enterprise Architecture: "Clover devices can connect to Clover's servers via Wi-Fi, wired Ethernet, or 3G. Clover has 2 sets of redundant servers located at two separate Softlayer data centers in Texas. Both sets of servers have private direct connections to the Omaha and Chandler Rapid Connect gateways."



*See also* Clover Sport Homepage at: https://sport.clover.com/

*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6:22-CV-634-ADA
Amended Preliminary Infringement Contentions, Exhibit A, Claim Chart for U.S. Pat. No. 9,400,640



*See also* <u>Bypass Mobile</u> at https://www.bypassmobile.com/ordering-point-of-sale/

*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6:22-CV-634-ADA
Amended Preliminary Infringement Contentions, Exhibit A, Claim Chart for U.S. Pat. No. 9,400,640



Bypass POS Security & Speed at https://vimeo.com/221329917
- (0:18) "If you're an enterprise merchant, you know you need a secure POS."

*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6:22-CV-634-ADA
Amended Preliminary Infringement Contentions, Exhibit A, Claim Chart for U.S. Pat. No. 9,400,640



| | |
|---|---|
| one or more point of sale terminals, that display POS screens, | Clover POS includes one or more point of sale terminals, that display POS Screens<br><br>For example, Clover POS includes: |

*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6:22-CV-634-ADA
Amended Preliminary Infringement Contentions, Exhibit A, Claim Chart for U.S. Pat. No. 9,400,640

| | |
|---|---|
| |  |
| | *Source*: https://www.clover.com/shop.   Last accessed on June 12, 2022. |
| an internet connection from said one or more point of sale terminals to a web server, | Clover POS includes an internet connection from said one or more point of sale terminals to a web server.<br><br>For example, Clover POS includes:<br><br>ACCESSIBLE FROM ANYWHERE<br><br>Clover's point-of-sale software syncs with the cloud, so you can access your sales, refunds, deposits, and reports, wherever you are or need to be.<br><br>*Source*: https://www.clover.com/pos-systems.<br><br>*See also* Set up your Station Pro at https://www.clover.com/help/set-up-your-station-pro/ |

*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6:22-CV-634-ADA
Amended Preliminary Infringement Contentions, Exhibit A, Claim Chart for U.S. Pat. No. 9,400,640



The LAN Ethernet cable connects the completed assembly to your internet network.

*See also id*.

## Connect your Station Pro to a network

Connect your Station Pro to the network after you assemble it. There are three ways to connect your Station Pro to a network: Ethernet (recommended), Mobile (SIM) card, and Wi-Fi.

If you plan to connect to a network using Wi-Fi, check to make sure your router is set up, connected to the network, and has a security level of WPA or WPA2. Your network needs to be a closed, protected, secure network to process payment transactions. If you offer Wi-Fi access to your customers, follow the best practice and give them a different Wi-Fi network to use.

**To connect your Station Pro to a network:**

1. On the Welcome screen, select your preferred language and then tap Next.
2. On the Network screen, choose your network type and tap Continue:
   - Ethernet networks connect with the supplied Ethernet cable.
   - Mobile networks use the installed SIM card and its cellular network connection.
   - Wi-Fi networks connect wirelessly to a router you have previously set up.
3. Wait until you see the message that the device is successfully connected and then tap Next.

*See also* Connect and activate your Station 2 at https://www.clover.com/help/set-up-your-mini

11

*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6:22-CV-634-ADA
Amended Preliminary Infringement Contentions, Exhibit A, Claim Chart for U.S. Pat. No. 9,400,640

## Connect your Clover device to a network

You need an internet connection to activate your device. After your device powers on, the Connect to Network screen helps get you connected.

### Connect to the network with an Ethernet cable

Because wireless can be unreliable or spotty (which is often out of your control), we recommend connecting your Clover devices to the internet via Ethernet. This method ensures that your Clover device is connected and online even when your wireless connection is not responding.

If your Ethernet cable is already plugged into the hub, your device automatically tries to connect to the internet. If your Ethernet is not connected, follow the instructions to plug in your Ethernet cable to your device.

If you have problems setting up your Ethernet, learn more in the troubleshooting guide to fix your Ethernet connection problems.

👍 You can always connect to the Ethernet after exiting the Setup Wizard.

To connect your device via Ethernet:

1. Plug one end of your Ethernet cable into the device hub.

2. Plug the other end into your modem, router, or switch.
   Your device will automatically try to connect to the internet.
   You will see Successfully Connected to Server when connected.
   If your device does not automatically connect,

3. Tap **Check Connection**. If this fails, wait two minutes and tap Check Connection button again. If you receive an **Error connecting to the network** message:

   - Check that the router used is connected to the internet by plugging in your laptop or mobile device.

   - Check that the Ethernet cable is plugged all the way into the Printer.

   - Tap **Check Connection**.
     You will see **Successfully Connected to Server** when connected.

## Connect your Clover device to a Wi-Fi network

To connect to a Wi-Fi network:

1. Tap **Configure** next to the Wi-Fi option.

2. From the list of available wireless networks, tap the name of your wireless network. (If your network doesn't appear, tap **Add a New Network** and then tap the network by name.)

3. Enter the network password.

4. Tap **Done**.

5. Tap **Check Connection**.
   When the connection is successful, you will be taken through the activation process. If not, you'll be asked to select a different network or re-enter the Wi-Fi password.

*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6:22-CV-634-ADA
Amended Preliminary Infringement Contentions, Exhibit A, Claim Chart for U.S. Pat. No. 9,400,640

|  | *See also* Clover Web Dashboard at Clover Help Center: https://www.clover.com/pos-systems |
|---|---|
|  | Virtual Terminal for payments anywhere, anytime |
|  | Accept payments anywhere with your computer, tablet, or smartphone without a POS device. Fire up Virtual Terminal right on your Clover Web Dashboard, 24/7. |
|  | VIRTUAL TERMINAL |
|  | *See also* Fix network connections at https://www.clover.com/help/fix-network-connections/ |
|  | **Fix network connections** |
|  | If your Clover device is having network connection problems, you can follow a series of simple tests to diagnose and fix them. |
|  | At any time, you can contact Clover Support. |
|  | Clover devices can connect to the Internet in any one of these three ways: |
|  | • With a **3G** wireless connection, which uses 3G (third-generation wireless mobile) technology to connect. |
|  | • * With a **Wi-Fi** wireless connection, which uses a router to distribute data to your devices without a cable. |
|  | • With an **Ethernet** cable that you have plugged in from a router to your Clover device. |
|  | You can troubleshoot connection problems by following the steps for your network type. |

*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6:22-CV-634-ADA
Amended Preliminary Infringement Contentions, Exhibit A, Claim Chart for U.S. Pat. No. 9,400,640

*See also* "Clover Home Web Dashboard Overview" at https://www.youtube.com/watch?v=tTSSFpUhZJ8



*See also* Clover Home Web Dashboard at https://www.youtube.com/watch?v=tTSSFpUhZJ8

*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6:22-CV-634-ADA
Amended Preliminary Infringement Contentions, Exhibit A, Claim Chart for U.S. Pat. No. 9,400,640

<table>
<tr>
<td></td>
<td></td>
</tr>
<tr>
<td>one or more local or remote PC workstations, and</td>
<td>Clover POS includes one or more local or remote PC workstations.<br><br>For example Clover's Shop Webpage includes one or more local or remote PC workstations:</td>
</tr>
</table>

15

*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6:22-CV-634-ADA
Amended  Preliminary  Infringement  Contentions,  Exhibit  A,  Claim  Chart  for  U.S.  Pat.  No.  9,400,640



*See also* Clover's  Business  Tracking  Report:

*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6:22-CV-634-ADA
Amended Preliminary Infringement Contentions, Exhibit A, Claim Chart for U.S. Pat. No. 9,400,640



*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6:22-CV-634-ADA
Amended Preliminary Infringement Contentions, Exhibit A, Claim Chart for U.S. Pat. No. 9,400,640

*See also* https://www.clover.com/pos-systems/buisness-tracking-reporting; *see also* https://fortunepayments.com/clover-pos-business-tracking-reporting/



Updated Table Service Restaurants at https://www.clover.com/pos-solutions/restaurant

*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6:22-CV-634-ADA
Amended Preliminary Infringement Contentions, Exhibit A, Claim Chart for U.S. Pat. No. 9,400,640



*See also* "Clover Home Web Dashboard Overview" at https://www.youtube.com/watch?v=tTSSFpUhZJ8

*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6:22-CV-634-ADA
Amended Preliminary Infringement Contentions, Exhibit A, Claim Chart for U.S. Pat. No. 9,400,640

| | |
|---|---|
| |  |
| point of sale builder software that runs on said web server, wherein said local or remote workstations are utilized to build or edit said POS terminals in real time, from anywhere in the world and over the worldwide web, | Clover POS includes point of sale builder software that runs on said web server, wherein said local or remote workstations are utilized to build or edit said POS terminals in real time, from anywhere in the world and over the worldwide web.<br><br>For example, Clover POS provides options for your counter service restaurant at https://nationalbankcard.com/business-types/counter-service-restaurants/.   Last accessed on September 29, 2022.<br><br>*See also* "Clover Home Web Dashboard Overview" at https://www.youtube.com/watch?v=tTSSFpUhZJ8 |

*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6:22-CV-634-ADA
Amended Preliminary Infringement Contentions, Exhibit A, Claim Chart for U.S. Pat. No. 9,400,640



*See also* Counter Service Video (2:29): "In inventory, click on items and add new item. Fill out the fields you need, and since you've already set up categories, modifiers and labels, you can simply select them in the drop down menus."

*See also id.*

21

*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6:22-CV-634-ADA
Amended Preliminary Infringement Contentions, Exhibit A, Claim Chart for U.S. Pat. No. 9,400,640

## Build your restaurant food and beverage menu

Build your menu by adding food and beverage items using the Inventory app on the Web Dashboard. When you build a menu, you can also define menu item modifiers to help the cashier take precise orders.

To build your menu:

1. On a web browser, log in to the Web Dashboard.

2. Click **Inventory > Category > Add New Category.** Decide whether you want to group similar menu items into categories for easier management. If you do, create a few categories, such as food or bar. Reports also group items by category for easier reading. After you create a category here, you can add items to it.

3. Click **Inventory > Labels > Add New Label.** Create labels for your menu items to easily sort them for specific purposes, such as revenue class accounting. For example, you might have a walk-up eatery and a food truck, each with separate revenue accounting. You can create a label for each revenue class. Then attach each revenue class label to items in that revenue class. And report taxes easily for that revenue class.

4. Click **Inventory > Modifier Groups > Add New Modifier Group.** Some menu items are ordered in a modified way, such as steak cooked rare or medium. Create modifiers and add their modifier groups to let the kitchen know exactly what the customer wants. You can also create modifiers for add-on items that cost extra, such as toppings.

5. Click **Inventory > Items > Add New item.** Add menu items on this page. Fill in the details for each new item. Only the name is required. Add the item to a category. If your servers will order the item in several different ways, add it to a modifier group. If you are using labels for reporting, attach a label to it.

*See also¸* Prepare to work with inventories and menus at https://www.clover.com/help/prepare-to-work-with-inventories-and-menus/?device=ZKF1GcCo6sus0GkgWw6ku

*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6:22-CV-634-ADA
Amended Preliminary Infringement Contentions, Exhibit A, Claim Chart for U.S. Pat. No. 9,400,640

## Add items three ways

You can add inventory items in three ways:

- Enter individual item details, either on a Clover device or on the Clover Web Dashboard. Use this method when you want to add one item at a time. You can also use this method to complete the details for item entries you have added in other ways.
- Scan merchandise barcodes. You can use this method when you have merchandise or stock available with barcode labels.
- Import inventory items as data from a spreadsheet. You can use this method when you want to add many items at the same time. You need each item name and any amount of additional information that describes the item. Clover supplies a spreadsheet template you can use.

See also:   Add, edit, and remove inventory items

## Create item variants for merchandise differentiation

For the retail industry, variants let you assign variations to a single item. For example, if your business sells a men's dress shirt available in both broadcloth and twill, you'd create an item called **Dress Shirt**, and create variants of broadcloth and twill.

To complete the transaction in the Register app, the employee chooses between Dress Shirt broadcloth and Dress Shirt twill.

For details, read about adding items with variants.

See also:   Add, edit, and remove inventory items

*See also* Add, edit, and remove inventory items at https://www.clover.com/help/build-a-merchandise-inventory-or-restaurant-menu/?device=ZKF1GcCo6sus0GkgWw6ku

*See also id*., "You can build your inventory or menu in the following ways: On the Web Dashboard, On any Clover device, Using a barcode scanner on a Clover device, Using a spreadsheet and the Web Dashboard."

*See also* Manually manage item availability at https://www.clover.com/en-US/help/manually-manage-item-availability

*See also* Customize your system at https://www.clover.com/pos-systems

*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6:22-CV-634-ADA
Amended Preliminary Infringement Contentions, Exhibit A, Claim Chart for U.S. Pat. No. 9,400,640



See also Clover Retail Webinar at https://youtu.be/002k57_Q4N0
- (25:15) Inventory on app and device: "We can adjust it on the device or we can do so online as well. . ."
- (25:44) Sync: "As soon as I change the price on here it's going to sync to all my devices as well. . ."
- (28:30) Add Items with Variants

See also Clover Table Service Restaurant Webinar at https://youtu.be/v7sBOQ66rYw
- (11:40) Real time, from anywhere: Re: restaurant floor plans, "Now likewise, I can do this from a computer. So say if I'm at home and they say 'we need this section open and y'all didn't open it, I can log into my Clover Web Dashboard on my computer or phone and edit the floor plan from my dashboard as well and it will just immediately update the systems at the restaurant."
- (29:45) Customization, on the main screen of the Clover device: "…accessible here, things like editing your menu can be done on site by clicking on the inventory app…" "…very simple to adjust…"
- (38:20) Customization, in the back office, on the Web Dashboard on a computer: "Whatever changes you make at the restaurant or from the computer, they will communicate with each other so what's nice is they synchronize within a few seconds, making things easy to keep up to date and whether you're

*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6:22-CV-634-ADA
Amended Preliminary Infringement Contentions, Exhibit A, Claim Chart for U.S. Pat. No. 9,400,640

|  | working from home or the computer it makes it hopefully convenient." "All the tools here are available and you can access it at any given time."<br><br>*See also* Clover Tour at: https://www.youtube.com/watch?v=zGAI-Cju4Ac<br>• (0:15): "Run your business from a Clover device or from virtually anywhere. Log into the web dashboard from any internet browser to manage everything from inventory to reports – its cloud-based. And syncs in real time with your Clover devices and apps."<br><br>*See also* Meet the Merchant: Bagels & Brew at https://blog.clover.com/bagels-and-brew/ , "The thing I really appreciate . . . about using Clover is that we can update our menu and our prices in an instant." "Clover is so easy to use and we can update everything ourselves."<br><br>*See also* Meet the Merchant: La Gelati at https://blog.clover.com/meet-the-merchant-la-gelati/ , "We learned that making changes to our menu was much easier than we imagined, and we were immediately happy with it."<br><br>*See also* Clover Restaurant Businesses Holiday 2020 Webinar at https://www.youtube.com/watch?v=x4hCW5IVuIE.  Last accessed on June 12, 2022.<br>• Stacy Shulis (spelling?) – Product Marketing Director for Clover Restaurant Products: (13:20) "Clover makes it super easy to create and to market an online ordering menu."<br>• (29:29) "Absolutely there are actually a few features [on registers] that you can customize online."<br>• (30:00) Customize the look of the register<br>• (32:00) Adding menu items demo<br>• (35:09) No limitations to how many times or how often you can change your menu; no waiting time to have your menu updated on your system, "happens almost instantly"<br>• (35:48) Capability to change menu items remotely<br><br>*See also* Clover Sport Article at https://www.businesswire.com/news/home/20220914005340/en/Clover-Sport-to-Power-New-Commerce-Experiences-in-the-Big-Easy |
|---|---|

*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6:22-CV-634-ADA
Amended Preliminary Infringement Contentions, Exhibit A, Claim Chart for U.S. Pat. No. 9,400,640



*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6:22-CV-634-ADA
Amended Preliminary Infringement Contentions, Exhibit A, Claim Chart for U.S. Pat. No. 9,400,640

| | |
|---|---|
| wherein said web servers are provided as a vendor subscription service wherein web server software resides and is hosted on said vendor's remote servers and wherein subscriber company's POS terminals access and repeatedly interact with said web server software from said vendor's remote servers, in order to perform the subscriber's desired terminal function, over a network, wherein the network comprises the Internet. | Clover POS includes wherein said web servers are provided as a vendor subscription service wherein web server software resides and is hosted on said vendor's remote servers and wherein subscriber company's POS terminals access and repeatedly interact with said web server software from said vendor's remote servers, in order to perform the subscriber's desired terminal function, over a network, wherein the network comprises the Internet.<br><br>*See* Clover No Hardware at https://www.clover.com/no-hardware<br><br><br><br>*See also* Hardware store at https://www.clover.com/shop.<br><br>*See also* "Clover Home Web Dashboard Overview" at https://www.youtube.com/watch?v=tTSSFpUhZJ8 |

*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6:22-CV-634-ADA
Amended Preliminary Infringement Contentions, Exhibit A, Claim Chart for U.S. Pat. No. 9,400,640



*See also* difference in processing rates between Clover account with and without hardware at https://tech.co/pos-system/clover-pos-pricing "The Register plan is Clover's priciest non-restaurant-specific plan, and costs $39.95 per month. Transaction fees also return to their lower rate of 2.3% + 10 cents."

*See also* Compare [Clover] service plans at
https://assets.ctfassets.net/3mu3dzx76r6a/34mDu5cGPXZo4LLIxADf8I/4ec87289d71c6fc8ee6c87af067739b9/Clover_service_plans_6_23_2020.pdf

*See also* Clover Sport Article at https://www.businesswire.com/news/home/20220914005340/en/Clover-Sport-to-Power-New-Commerce-Experiences-in-the-Big-Easy

*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6:22-CV-634-ADA
Amended Preliminary Infringement Contentions, Exhibit A, Claim Chart for U.S. Pat. No. 9,400,640

| Claim 3 | |
|---|---|
| 3. The web-based point of sale (POS) builder system of claim 1 | The discussion for claim 1 is herein incorporated by reference. |
| wherein use of said builder requires no special training. | Clover POS includes wherein use of said builder requires no special training.<br><br>For example, Clover POS System (source: https://www.clover.com/pos-systems) states:<br><br>**COMPLETELY CUSTOMIZABLE**<br><br>Your POS system should be tailored to your needs today and scale with your business. Build the system you need now, and expand as you grow with devices, apps, and accessories.<br><br>Last accessed on June 12, 2022.<br><br>*See also* Meet the Merchant: Bagels & Brew at https://blog.clover.com/bagels-and-brew/, "The thing I really appreciate . . . about using Clover is that we can update our menu and our prices in an instant." "Clover is so easy to use and we can update everything ourselves."<br><br>*See also* Meet the Merchant: La Gelati at https://blog.clover.com/meet-the-merchant-la-gelati/, "We learned that making changes to our menu was much easier than we imagined, and we were immediately happy with it."<br><br>*See also* Clover YouTube Ad: (Clover Demo video at https://www.youtube.com/watch?v=rrjsma7Q7VU): |

*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6:22-CV-634-ADA
Amended Preliminary Infringement Contentions, Exhibit A, Claim Chart for U.S. Pat. No. 9,400,640



| Claim 5 | |
|---|---|
| 5. The web-based point of sale (POS) builder system of claim 1 | The discussion for claim 1 is herein incorporated by reference. |

*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6:22-CV-634-ADA
Amended Preliminary Infringement Contentions, Exhibit A, Claim Chart for U.S. Pat. No. 9,400,640

| wherein no specialized hardware or software is required to implement said POS builder, and wherein no on site, in-store server is required. | Clover POS includes wherein no specialized hardware or software is required to implement said POS builder, and wherein no on site, in-store server is required. For example, Clover POS System (source: https://www.clover.com/pos-systems): "Clover's point-of-sale software syncs with the cloud, so you can access your sales, refunds, deposits, and reports, wherever you are or need to be." Last accessed on June 12, 2022. *See also* "Clover Home Web Dashboard Overview" at https://www.youtube.com/watch?v=tTSSFpUhZJ8  Clover Home Web Dashboard Overview - Demo of the Clover Point of Sale Dashboard ,048 views · Nov 29, 2017 *See also* Clover POS Shop (source: https://www.youtube.com/watch?v=JBly5KZhv5A): "Start taking card payments today. No hardware required." Last accessed September 29, 2022. |

*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6:22-CV-634-ADA
Amended Preliminary Infringement Contentions, Exhibit A, Claim Chart for U.S. Pat. No. 9,400,640



*See also* Clover Home Web Dashboard at https://www.youtube.com/watch?v=tTSSFpUhZJ8

*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6:22-CV-634-ADA
Amended Preliminary Infringement Contentions, Exhibit A, Claim Chart for U.S. Pat. No. 9,400,640



| Claim 6 | |
|---|---|
| 6. The web-based point of sale (POS) builder system of claim 1 | The discussion for claim 1 is herein incorporated by reference. |
| wherein said POS builder is useable to deliver POS application solutions using software as a subscription (SAAS). | Clover POS includes wherein said POS builder is useable to deliver POS application solutions using software as a subscription (SAAS).<br><br>For example, Clover Pricing (source: https://tech.co/pos-system/square-vs-clover): "The most expensive plan costs $39.95 per month, and if you use the Clover Station or Station Pro, you'll be required to use this plan. It charges 2.3% + $0.10 for all transactions, and extra cash registers cost $9.95 per month." |

*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6:22-CV-634-ADA
Amended Preliminary Infringement Contentions, Exhibit A, Claim Chart for U.S. Pat. No. 9,400,640

| Claim 8 | |
|---|---|
| 8. The web-based point of sale (POS) builder system of claim 1 | The discussion for claim 1 is herein incorporated by reference. |
| wherein said POS builder adds new POS screens. | Clover POS includes wherein said POS builder adds new POS screens. *See also* Add, edit, and remove inventory items at https://www.clover.com/help/build-a-merchandise-inventory-or-restaurant-menu/?device=ZKF1GcCo6sus0GkgWw6ku **To add a new item on the Web Dashboard:** (1) On a web browser, log in to the Web Dashboard. (2) Click **Inventory**. (3) On the Items tab, click **Add New Item**. (4) Click each entry field and add basic details. You can add basic details now or later. Only the item name is required. (5) Add optional item details by clicking Edit ✎ for each one. (6) When you are done, click **Save**. The Clover system lists your new inventory item on the Web Dashboard and shows it on every Clover device. |
| Claim 9 | |
| 9. The web-based point of sale (POS) builder system of claim 1 | The discussion for claim 1 is herein incorporated by reference. |

*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6:22-CV-634-ADA
Amended Preliminary Infringement Contentions, Exhibit A, Claim Chart for U.S. Pat. No. 9,400,640

| | |
|---|---|
| wherein said POS builder edits existing POS screens. | Clover POS includes wherein said POS builder edits existing POS screens.<br><br>*See also* Add, edit, and remove inventory items at https://www.clover.com/help/build-a-merchandise-inventory-or-restaurant-menu/?device=ZKF1GcCo6sus0GkgWw6ku<br><br>## Edit item details<br><br>Use the Inventory app to edit item details.<br><br>You can edit item details on a Clover device or the Web Dashboard. If you added a custom item in the Register app, you can complete the details for it here.<br><br>To edit an inventory item on the Clover Web Dashboard:<br><br>(1) On a web browser, log in to the Web Dashboard.<br><br>(2) Click **Inventory**.<br><br>(3) Find the item: You can scroll through the item list or enter text in the Search box and click **Search**.<br><br>(4) When you find the item, on the item's row at the far right, click Edit ✏.<br><br>(5) Edit the item: Click the entry fields and adjust basic and optional details as needed.<br><br>(6) Choose an option:<br>  • To save changes, click **Save**.<br>  • To save changes and clone the item, creating a duplicate version, click **Save & Clone Item**.<br>  • To reverse any edits you made, click **Cancel**.<br><br>The Clover system updates the Web Dashboard and all of your Clover devices. For information about each item detail, check out the steps to add new items and the steps to add new items with variants.<br><br>*See also* Manually manage item availability at https://www.clover.com/en-US/help/manually-manage-item-availability<br><br>*See also* Clover Sport Article at https://www.businesswire.com/news/home/20220914005340/en/Clover-Sport-to-Power-New-Commerce-Experiences-in-the-Big-Easy |

*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6:22-CV-634-ADA
Amended Preliminary Infringement Contentions, Exhibit A, Claim Chart for U.S. Pat. No. 9,400,640

| Claim 10 | |
| --- | --- |
| 10. The web-based point of sale (POS) builder system of claim 1 | The discussion for claim 1 is herein incorporated by reference. |
| wherein said POS builder specifies and displays the number, shape and arrangement of selection keys or buttons on said POS screens. | On information and belief, Clover POS includes wherein said POS builder specifies and displays the number, shape and arrangement of selection keys or buttons on said POS screens.<br><br>For example, Clover POS System (source: https://www.clover.com/pos-systems):<br><br> |
| Claim 11 | |
| 11. The web-based point of sale (POS) builder system of claim 1 | The discussion for claim 1 is herein incorporated by reference. |

*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6:22-CV-634-ADA
Amended Preliminary Infringement Contentions, Exhibit A, Claim Chart for U.S. Pat. No. 9,400,640

| wherein said POS builder adds items to be associated with said keys or buttons. | Clover POS includes wherein said POS builder adds items to be associated with said keys or buttons. |
|---|---|
| | For example, Clover POS Build (source: https://www.clover.com/help/build-a-merchandise-inventory-or-restaurant-menu/?device=ZKF1GcCo6sus0GkgWw6ku): |
| | **To add a new item on the Web Dashboard:** |
| | ① On a web browser, log in to the Web Dashboard. |
| | ② Click **Inventory**. |
| | ③ On the Items tab, click **Add New Item**. |
| | ④ Click each entry field and add basic details. You can add basic details now or later. Only the item name is required. |
| | ⑤ Add optional item details by clicking Edit ✎ for each one. |
| | ⑥ When you are done, click **Save**. |
| | The Clover system lists your new inventory item on the Web Dashboard and shows it on every Clover device. |
| | *See also id.* |
| | **Alternate Name**<br>Alternate item names are useful for employees who speak a different language. The system prints the alternate name you enter here on order receipts. To ask the system to show alternate names instead of item names, go to **Setup app > Order Receipts** and choose to **Use alternate inventory names**. |
| | **Category Name**<br>Select each category you want to contain this item by clicking and choosing from the list. |
| | **Cost**<br>Enter your wholesale cost for this item. |
| | *See also id.* |

37

*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6:22-CV-634-ADA
Amended Preliminary Infringement Contentions, Exhibit A, Claim Chart for U.S. Pat. No. 9,400,640

| | | |
|---|---|---|
| | | **Name**<br>Enter a unique name for this item within this inventory. Every item must have a name. You can enter up to 127 characters here, including letters, numbers, and spaces.<br><br>**Non-revenue item**<br>Check this box to identify this item as one that you sell for others. Examples of non-revenue items include passthrough sales on behalf of other vendors.<br><br>**Price**<br>Enter the price to charge the customer. If you plan to use variable pricing, leave this blank. In regions where value-added (VAT) taxes apply, enter a price for this item that includes the VAT tax. |
| | *See also id.* | |
| | | **Labels**<br>Select your choice of labels for this item by clicking and choosing from the list.<br><br>**Modifier Groups**<br>Select your choice of modifier groups for this item by clicking and choosing from the list. |
| | *See also id.* | |

*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6:22-CV-634-ADA
Amended Preliminary Infringement Contentions, Exhibit A, Claim Chart for U.S. Pat. No. 9,400,640

|  |  |
|---|---|
|  | **Product Code**<br>Enter the universal product code (UPC) that identifies this item. On merchandise, this code is a string of numbers and letters that appears in a line of text below the barcode image.<br><br>**Show in Register**<br>Leave this box checked to show the item in the Register app. Uncheck it to hide the item. It's useful, for example, to hide seasonal items that are not available all year.<br><br>**SKU**<br>Enter the stock keeping unit (SKU) code you define.<br><br>**Stock Quantity**<br>Enter the number of this item now in stock. By default, Clover tracks stock quantities for you. You can switch this off by adjusting stock quantity tracking.<br><br>**Taxes**<br>Select your choice of tax rates by checking the boxes. Only one default tax is allowed. Argentina merchants can add only one VAT or internal tax to an item. |
| **Claim 12** |  |
| 12. The web-based point of sale (POS) builder system of claim 11 | The discussion for claim 11 is herein incorporated by reference. |
| wherein said POS builder assigns attributes such as item name, price, cost, group, taxable and inventory status to said items. | Clover POS includes wherein said POS builder assigns attributes such as item name, price, cost, group, taxable and inventory status to said items.<br><br>For example, Clover POS Build (source: https://www.clover.com/help/build-a-merchandise-inventory-or-restaurant-menu/?device=ZKF1GcCo6sus0GkgWw6ku): |

*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6:22-CV-634-ADA
Amended Preliminary Infringement Contentions, Exhibit A, Claim Chart for U.S. Pat. No. 9,400,640

|  |  | **To add a new item on the Web Dashboard:** |
|---|---|---|
|  |  | ① On a web browser, log in to the Web Dashboard. |
|  |  | ② Click **Inventory**. |
|  |  | ③ On the Items tab, click **Add New Item**. |
|  |  | ④ Click each entry field and add basic details. You can add basic details now or later. Only the item name is required. |
|  |  | ⑤ Add optional item details by clicking Edit ✏ for each one. |
|  |  | ⑥ When you are done, click **Save**. |
|  | *See also id.* | The Clover system lists your new inventory item on the Web Dashboard and shows it on every Clover device.

**Alternate Name**
Alternate item names are useful for employees who speak a different language. The system prints the alternate name you enter here on order receipts. To ask the system to show alternate names instead of item names, go to **Setup app > Order Receipts** and choose to **Use alternate inventory names**.

**Category Name**
Select each category you want to contain this item by clicking and choosing from the list.

**Cost**
Enter your wholesale cost for this item. |
|  | *See also id.* |  |

*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6:22-CV-634-ADA
Amended Preliminary Infringement Contentions, Exhibit A, Claim Chart for U.S. Pat. No. 9,400,640

|  |  | **Name**<br>Enter a unique name for this item within this inventory. Every item must have a name. You can enter up to 127 characters here, including letters, numbers, and spaces.<br><br>**Non-revenue item**<br>Check this box to identify this item as one that you sell for others. Examples of non-revenue items include passthrough sales on behalf of other vendors.<br><br>**Price**<br>Enter the price to charge the customer. If you plan to use variable pricing, leave this blank. In regions where value-added (VAT) taxes apply, enter a price for this item that includes the VAT tax. |
|  | *See also id.* |  |
|  |  | **Labels**<br>Select your choice of labels for this item by clicking and choosing from the list.<br><br>**Modifier Groups**<br>Select your choice of modifier groups for this item by clicking and choosing from the list. |
|  | *See also id.* |  |

41

*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6:22-CV-634-ADA
Amended Preliminary Infringement Contentions, Exhibit A, Claim Chart for U.S. Pat. No. 9,400,640

| | |
|---|---|
| | **Product Code**<br>Enter the universal product code (UPC) that identifies this item. On merchandise, this code is a string of numbers and letters that appears in a line of text below the barcode image.<br><br>**Show in Register**<br>Leave this box checked to show the item in the Register app. Uncheck it to hide the item. It's useful, for example, to hide seasonal items that are not available all year.<br><br>**SKU**<br>Enter the stock keeping unit (SKU) code you define.<br><br>**Stock Quantity**<br>Enter the number of this item now in stock. By default, Clover tracks stock quantities for you. You can switch this off by adjusting stock quantity tracking.<br><br>**Taxes**<br>Select your choice of tax rates by checking the boxes. Only one default tax is allowed. Argentina merchants can add only one VAT or internal tax to an item. |
| *Claim 13* | |
| 13. The web-based point of sale (POS) builder system of claim 12 | The discussion for claim 12 is herein incorporated by reference. |
| wherein said attributes are stored, retrievable and changeable from a back office database stored on said web server. | On information and belief, Clover POS includes wherein said attributes are stored, retrievable and changeable from a back office database stored on said web server.<br><br>*See also* Clover Table Service Restaurant Webinar at https://youtu.be/v7sBOQ66rYw<br>• (11:40) Real time, from anywhere: Re: restaurant floor plans, "Now likewise, I can do this from a computer. So say if I'm at home and they say 'we need this section open and y'all didn't open it, I can log into my Clover Web Dashboard on my computer or phone and edit the floor plan from my dashboard as well and it will just immediately update the systems at the restaurant."<br>• (29:45) Customization, on the main screen of the Clover device: "…accessible here, things like editing your menu can be done on site by clicking on the inventory app…" "…very simple to adjust…" |

*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6:22-CV-634-ADA
Amended Preliminary Infringement Contentions, Exhibit A, Claim Chart for U.S. Pat. No. 9,400,640

|  |  |
|---|---|
|  | • (38:20) Customization, in the back office, on the Web Dashboard on a computer: "Whatever changes you make at the restaurant or from the computer, they will communicate with each other so what's nice is they synchronize within a few seconds, making things easy to keep up to date and whether you're working from home or the computer it makes it hopefully convenient." "All the tools here are available and you can access it at any given time." |
| *Claim 14* |  |
| 14. The web-based point of sale (POS) builder system of claim 1, | The discussion for claim 1 is herein incorporated by reference. |
| wherein said POS screens are viewable in real-time at remote locations anywhere in the world via personal computers with browser based web access. | Clover POS includes wherein said POS screens are viewable in real-time at remote locations anywhere in the world via personal computers with browser based web access.

For example Clover's Shop Webpage includes wherein said POS screens are viewable in real-time at remote locations anywhere in the world via personal computers with browser based web access: |

*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6:22-CV-634-ADA
Amended Preliminary Infringement Contentions, Exhibit A, Claim Chart for U.S. Pat. No. 9,400,640



*See also* Clover POS Systems (source: https://www.clover.com/pos-systems): "Clover's point-of-sale software syncs with the cloud, so you can access your sales, refunds, deposits, and reports, wherever you are or need to be."

*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6:22-CV-634-ADA
Amended Preliminary Infringement Contentions, Exhibit A, Claim Chart for U.S. Pat. No. 9,400,640

| |
|---|
| ACCESSIBLE FROM ANYWHERE<br><br>*See also* Clover Sport Article  at https://www.businesswire.com/news/home/20220914005340/en/Clover-Sport-to-Power-New-Commerce-Experiences-in-the-Big-Easy |

*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6:22-CV-634-ADA
Exhibit B, Claim Chart for U.S. Pat. No. 10,083,012

# **Exhibit B**

*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6:22-CV-634-ADA
Exhibit B, Claim Chart for U.S. Pat. No. 10,083,012

## Exhibit B – Preliminary Infringement Chart for U.S. Patent No. 10,083,012

1. Clover POS System – Clover, Available at https://www.clover.com/pos-systems
   a. Retrieved: June 12, 2022.
2. Clover Home Web Dashboard Overview – Clover, Available at https://www.youtube.com/watch?v=tTSSFpUhZJ8
   a. Retrieved: June 12, 2022
3. Clover Shop – Clover, Available at https://www.clover.com/shop
   a. Last visited on June 12, 2022.
4. Set up your Station Pro – Clover, Available at https://www.clover.com/help/set-up-your-station-pro/
   a. Retrieved: June 12, 2022
5. Connect and activate your Station 2 – Clover, Available at https://www.clover.com/help/set-up-your-mini
   a. Retrieved: June 12, 2022
6. Fix Network Connections – Clover, Available at https://www.clover.com/help/fix-network-connections
   a. Retrieved: June 12, 2022
7. Business Tracking Reports – Clover, Available at https://fortunepayments.com/clover-pos-business-tracking-reporting/
   a. Retrieved: June 12, 2022
8. Table Service – Clover, Available at https://www.clover.com/pos-solutions/restaurant
   a. Retrieved: June 12, 2022
9. No Hardware – Clover, Available at https://www.clover.com/no-hardware
   a. Retrieved: June 12, 2022
10. Restaurant Holiday Webinar – Clover, Available at https://youtu.be/x4hCW5IVuIE
    a. Retrieved: June 12, 2022
11. Using Clover Web Dashboard – Clover, Available at https://www.youtube.com/watch?v=xHiR9E3Awoc
    a. Retrieved: June 12, 2022
12. Clover Counter Service – Clover, Available at https://nationalbankcard.com/business-types/counter-service-restaurants/
    a. Retrieved: September 29, 2022
13. Clover Mobile – Clover, Available at https://vizypay.zendesk.com/hc/en-us/articles/360052041754-Setting-up-your-Clover-Station-Pro
    a. Retrieved: September 29, 2022
14. Clover POS Shop – Clover, Available at https://www.youtube.com/watch?v=JBly5KZhv5A
    a. Retrieved: September 29, 2022
15. Prepare Inventories and Menus – Clover, Available at https://www.clover.com/help/prepare-to-work-with-inventories-and-menus?device=ZKF1GcCo6sus0GkgWw6ku

*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6:22-CV-634-ADA
Exhibit B, Claim Chart for U.S. Pat. No. 10,083,012

     a. Retrieved: On or before June 12, 2022
16. Smart Online Orders – Clover, Available at https://www.youtube.com/watch?v=u6hEWekBmXU
     a. Retrieved: September 29, 2022
17. Set Up Offline Payments – Clover, Available at https://www.clover.com/help/set-up-offline-payments
     a. Retrieved: September 29, 2022
18. Clover Tour For Retail – Clover, Available at https://www.youtube.com/watch?v=zGAI-Cju4Ac
     a. Retrieved: September 29, 2022
19. Clover Retail Webinar – Clover, Available at https://youtu.be/002k57_Q4N0
     a. Retrieved: September 29, 2022
20. Clover Table Service Restaurant Webinar – Clover, Available at https://youtu.be/v7sBOQ66rYw
     a. Retrieved: September 29, 2022
21. Bagels And Brew – Clover, Available at https://blog.clover.com/bagels-and-brew/
     a. Retrieved: September 29, 2022
22. Meet the Merchant – Clover, Available at https://blog.clover.com/meet-the-merchant-la-gelati/
     a. Retrieved: September 29, 2022
23. POS Pricing – Clover, Available at https://tech.co/pos-system/clover-pos-pricing
     a. Retrieved: September 29, 2022
24. Clover Asset Service Plans – Clover, Available at https://assets.ctfassets.net/3mu3dzx76r6a/34mDu5cGPXZo4LLIxADf8I/4ec87289d71c6fc8ee6c87af067739b9/Clover_service_plans_6_23_2020.pdf
     a. Retrieved: September 29, 2022
25. Square Versus Clover – Clover, Available at https://tech.co/pos-system/square-vs-clover
     a. Retrieved: September 29, 2022
26. Create and Manage Your Menu – Clover, Available at https://www.youtube.com/watch?v=HgKrGiZj5hE
     a. Retrieved: June 12, 2022
27. Using Clover Virtual Terminal – Clover, Available at https://www.youtube.com/watch?v=QzaA1BlDZ88
     a. Retrieved: June 12, 2022
28. Network Best Practice – Clover, Available at https://www.clover.com/help/use-best-practices-for-networks
     a. Retrieved: June 12, 2022
29. Set Up Online Ordering – Clover, Available at https://www.youtube.com/watch?v=MBbUo0XlFD0
     a. Retrieved: June 12, 2022
30. Service Holiday Webinar – Clover, Available at https://www.youtube.com/watch?v=XU1Gnk2BLn4
     a. Retrieved: June 12, 2022

*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6:22-CV-634-ADA
Exhibit B, Claim Chart for U.S. Pat. No. 10,083,012

31. <u>Clover Sports Article</u> – Clover, Available at https://www.businesswire.com/news/home/20220914005340/en/Clover-Sport-to-Power-New-Commerce-Experiences-in-the-Big-Easy
    a. Retrieved: December 7, 2022
32. <u>Clover Sport Homepage</u> – Clover, Available at https://sport.clover.com/
    a. Retrieved: December 9, 2022
33. <u>Bypass POS Security & Speed</u> – Clover, Available at https://vimeo.com/221329917
    a. Retrieved: December 9, 2022

*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6:22-CV-634-ADA
Exhibit B, Claim Chart for U.S. Pat. No. 10,083,012

| Claim Language | Accused Instrumentality:  Clover POS System (including  Clover Station Solo, Clover Station Duo (formerly  Station Pro), Clover Mini, Clover Dashboard,  Clover Web Dashboard, Clover Sport (formerly Bypass) ) (collectively, "Clover POS") |
|---|---|
| *Claim 1* | |
| 1. A web-based point of sale (POS) builder system comprising: | CloudofChange  asserts that the preamble is not limiting.  To the extent that the preamble is construed as limiting, Clover POS includes  a web-based point of sale (POS) builder  system.  Specifically,  Clover Station Solo, Clover Station  Duo  (formerly  Station  Pro),  Clover  Mini,  Clover  Dashboard,  Clover  Sport  (formerly  Bypass) (collectively,  "Clover POS"), include  a web-based point of sale (POS) builder  system.<br><br>For example,  Clover POS states that a "POS system  should  be tailored  to your needs today and scale with your business.  Build  the system  you need now, and expand as you grow with devices apps, and accessories." *Source*: https://www.clover.com/pos-systems.  Last accessed on June 12, 2022.<br><br>*See also* "Accessible  From Anywhere" at https://www.clover.com/pos-systems  stating: "Clover's point-of-sale software  sync with the cloud, so you can access your sales, refunds,  deposit, and reports, wherever  you are or need to be."  Last accessed on June 12, 2022.<br><br>*See also* "Clover  Home Web Dashboard  Overview"  at https://www.youtube.com/watch?v=tTSSFpUhZJ8 |

*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6:22-CV-634-ADA
Exhibit B, Claim Chart for U.S. Pat. No. 10,083,012

| Claim Language | Accused Instrumentality: Clover POS System (including Clover Station Solo, Clover Station Duo (formerly Station Pro), Clover Mini, Clover Dashboard, Clover Web Dashboard, Clover Sport (formerly Bypass)) (collectively, "Clover POS") |
|---|---|
| | <br><br>*See also* Clover Sport Homepage at: https://sport.clover.com/ |

*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6:22-CV-634-ADA
Exhibit B, Claim Chart for U.S. Pat. No. 10,083,012

| Claim Language | Accused Instrumentality: Clover POS System (including Clover Station Solo, Clover Station Duo (formerly Station Pro), Clover Mini, Clover Dashboard, Clover Web Dashboard, Clover Sport (formerly Bypass)) (collectively, "Clover POS") |
|---|---|
|  |  *See also* <u>Bypass Mobile</u> at <u>https://www.bypassmobile.com/ordering-point-of-sale/</u> |

*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6:22-CV-634-ADA
Exhibit B, Claim Chart for U.S. Pat. No. 10,083,012

| Claim Language | Accused Instrumentality: Clover POS System (including Clover Station Solo, Clover Station Duo (formerly Station Pro), Clover Mini, Clover Dashboard, Clover Web Dashboard, Clover Sport (formerly Bypass)) (collectively, "Clover POS") |
|---|---|
| | <br><br>Bypass POS Security & Speed – Clover, Available at https://vimeo.com/221329917<br>• (0:18) "If you're an enterprise merchant, you know you need a secure POS." |

*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6:22-CV-634-ADA
Exhibit B, Claim Chart for U.S. Pat. No. 10,083,012

| Claim Language | Accused Instrumentality: Clover POS System (including Clover Station Solo, Clover Station Duo (formerly Station Pro), Clover Mini, Clover Dashboard, Clover Web Dashboard, Clover Sport (formerly Bypass)) (collectively, "Clover POS") |
|---|---|
| |  |
| a web server including POS builder software installed thereon; | Clover POS includes a web server including POS builder software installed thereon.<br><br>For example, Clover POS includes: |

*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6:22-CV-634-ADA
Exhibit B, Claim Chart for U.S. Pat. No. 10,083,012

| Claim Language | Accused Instrumentality:  Clover POS System (including  Clover Station Solo, Clover Station Duo (formerly  Station Pro), Clover Mini, Clover Dashboard,  Clover Web Dashboard, Clover Sport (formerly Bypass) ) (collectively, "Clover POS") |
|---|---|
| |  ACCESSIBLE FROM ANYWHERE  Clover's point-of-sale software syncs with the cloud, so you can access your sales, refunds, deposits, and reports, wherever you are or need to be. *Source*: https://www.clover.com/pos-systems.   Last accessed on June 12, 2022.  *See also* Clover Web Dashboard log in site at https://www.clover.com/dashboard/login  *See also* Clover Web Dashboard at Clover Help Center: https://www.clover.com/pos-systems |

*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6:22-CV-634-ADA
Exhibit B, Claim Chart for U.S. Pat. No. 10,083,012

| Claim Language | Accused Instrumentality:  Clover POS System (including  Clover Station Solo, Clover Station Duo (formerly  Station Pro), Clover Mini, Clover Dashboard,  Clover Web Dashboard, Clover Sport (formerly Bypass) ) (collectively, "Clover POS") |
|---|---|
| |  |

Virtual Terminal for payments anywhere, anytime

Accept payments anywhere with your computer, tablet, or smartphone without a POS device. Fire up Virtual Terminal right on your Clover Web Dashboard, 24/7.

VIRTUAL TERMINAL

*See also* "Clover  Home Web Dashboard Overview"  at https://www.youtube.com/watch?v=tTSSFpUhZJ8

*See also* Clover Sport Article  at https://www.businesswire.com/news/home/20220914005340/en/Clover-Sport-to-Power-New-Commerce-Experiences-in-the-Big-Easy

*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6:22-CV-634-ADA
Exhibit B, Claim Chart for U.S. Pat. No. 10,083,012

| Claim Language | Accused Instrumentality: Clover POS System (including Clover Station Solo, Clover Station Duo (formerly Station Pro), Clover Mini, Clover Dashboard, Clover Web Dashboard, Clover Sport (formerly Bypass)) (collectively, "Clover POS") |
|---|---|
|  | <br><br>*See also* Clover Home Web Dashboard at https://www.youtube.com/watch?v=tTSSFpUhZJ8 |

*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6:22-CV-634-ADA
Exhibit B, Claim Chart for U.S. Pat. No. 10,083,012

| Claim Language | Accused Instrumentality: Clover POS System (including Clover Station Solo, Clover Station Duo (formerly Station Pro), Clover Mini, Clover Dashboard, Clover Web Dashboard, Clover Sport (formerly Bypass)) (collectively, "Clover POS") |
|---|---|
| |  For example, Clover POS allows a menu to be built by item on the Web Dashboard on a web browser or the Clover device at https://www.youtube.com/watch?v=HgKrGiZj5hE @ (00:47): |

*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6:22-CV-634-ADA
Exhibit B, Claim Chart for U.S. Pat. No. 10,083,012

| Claim Language | Accused Instrumentality: Clover POS System (including Clover Station Solo, Clover Station Duo (formerly Station Pro), Clover Mini, Clover Dashboard, Clover Web Dashboard, Clover Sport (formerly Bypass)) (collectively, "Clover POS") |
|---|---|
| |  |

*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6:22-CV-634-ADA
Exhibit B, Claim Chart for U.S. Pat. No. 10,083,012

| Claim Language | Accused Instrumentality: Clover POS System (including Clover Station Solo, Clover Station Duo (formerly Station Pro), Clover Mini, Clover Dashboard, Clover Web Dashboard, Clover Sport (formerly Bypass)) (collectively, "Clover POS") |
|---|---|
|  |  |

*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6:22-CV-634-ADA
Exhibit B, Claim Chart for U.S. Pat. No. 10,083,012

| Claim Language | Accused Instrumentality: Clover POS System (including Clover Station Solo, Clover Station Duo (formerly Station Pro), Clover Mini, Clover Dashboard, Clover Web Dashboard, Clover Sport (formerly Bypass)) (collectively, "Clover POS") |
|---|---|
| |  |

*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6:22-CV-634-ADA
Exhibit B, Claim Chart for U.S. Pat. No. 10,083,012

| Claim Language | Accused Instrumentality: Clover POS System (including Clover Station Solo, Clover Station Duo (formerly Station Pro), Clover Mini, Clover Dashboard, Clover Web Dashboard, Clover Sport (formerly Bypass)) (collectively, "Clover POS") |
|---|---|
| |  |

*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6:22-CV-634-ADA
Exhibit B, Claim Chart for U.S. Pat. No. 10,083,012

| Claim Language | Accused Instrumentality: Clover POS System (including Clover Station Solo, Clover Station Duo (formerly Station Pro), Clover Mini, Clover Dashboard, Clover Web Dashboard, Clover Sport (formerly Bypass)) (collectively, "Clover POS") |
|---|---|
| |  |

*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6:22-CV-634-ADA
Exhibit B, Claim Chart for U.S. Pat. No. 10,083,012

| | |
|---|---|
| one or more POS terminals generated by said POS builder software and said one or more POS terminals configured to be accessible at one or more terminal devices, said POS terminals configured to accept POS transactions and collect corresponding transaction data; and | Clover POS includes one or more POS terminals generated by said POS builder software and said one or more POS terminals configured to be accessible at one or more terminal devices, said POS terminals configured to accept POS transactions and collect corresponding transaction data.<br><br>For example, Clover POS includes:<br><br><br><br>*Source*: https://www.clover.com/shop.   Last accessed on June 12, 2022.<br><br><br>*See also* Clover Service Business Holiday 2020 Webinar at https://youtu.be/XU1Gnk2BLn4 |

*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6:22-CV-634-ADA
Exhibit B, Claim Chart for U.S. Pat. No. 10,083,012



*See also* "Using Clover Virtual Terminal" at https://www.youtube.com/watch?v=QzaA1BlDZ88

*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6:22-CV-634-ADA
Exhibit B, Claim Chart for U.S. Pat. No. 10,083,012

| Claim Language | Accused Instrumentality: Clover POS System (including Clover Station Solo, Clover Station Duo (formerly Station Pro), Clover Mini, Clover Dashboard, Clover Web Dashboard, Clover Sport (formerly Bypass)) (collectively, "Clover POS") |
|---|---|
| a POS builder interface configured to be accessible via network communication with said web server over a communications network; | Clover POS includes a POS builder interface configured to be accessible via network communication with said web server over a communications network.<br><br>For example, Clover POS includes network capabilities for all devices to communicate with each other in real time over a wireless or wired network. |

*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6:22-CV-634-ADA
Exhibit B, Claim Chart for U.S. Pat. No. 10,083,012

|  | *See also* Follow best practice for your network at https://www.clover.com/help/use-best-practices-for-networks<br><br>**Use best practices for networks**<br><br>To properly process transactions, your network must be stable and have sufficient bandwidth. Unstable networks can cause transactions to temporarily halt, which causes the network connection to timeout and disconnect. Poor connections can also prevent devices from synchronizing with each other.<br><br>**Have enough bandwidth: Use a Clover dedicated router**<br><br>Increase bandwidth on your local network by limiting or reducing the number of non-Clover devices connected to the network. Your local network bandwidth varies based on the number of devices connected to the network and the volume of transactions they typically process.<br><br>**Set up an Ethernet connection such as DSL or cable, rather than a hotspot**<br><br>Use a hard-wired (Ethernet cable) high-speed Internet connection for Clover Station, Clover Station 2, and Clover Mini. This is especially helpful if you plan to use more than one Clover device or any peripheral equipment such as a kitchen printer.<br><br>**Separate Wi-Fi for guest access**<br><br>If you offer Wi-Fi access to your customers, set up two Wi-Fi networks: one for you and Clover devices, and one for guests. Having separate Wi-Fi for guests safeguards your devices and may boost device performance.<br><br>Your guest network can have separate hours of operation that can be turned off at any time without affecting your system. You can limit the bandwidth to prevent illegal downloads and create a different password for the guest network.<br><br>**Limit the use of hotspot network connections**<br><br>Hotspots can limit the bandwidth required for normal Clover communication. If you plan to use a hotspot, it should be dedicated for Clover use. (Use another hotspot for other Internet needs).<br><br>**Don't use your neighbor's Wi-Fi**<br><br>Whenever possible, use your own Internet Service Provider (ISP) rather than a shared network. If you're using your neighbor's Wi-Fi solution and their Wi-Fi goes down, you can't troubleshoot the issue directly. Your signal may also be weaker if you don't have an internet source in your business' vicinity.<br><br>**Use only WPA-WPA2 protocols to connect Clover to a Wi-Fi network**<br><br>For added security, Clover devices are only compatible with WPA-WPA2 protocols. (They are not compatible with the WEP protocol, which is no longer supported.) |

22

*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6:22-CV-634-ADA
Exhibit B, Claim Chart for U.S. Pat. No. 10,083,012

| Claim Language | Accused Instrumentality:  Clover POS System (including  Clover Station Solo, Clover Station Duo (formerly  Station Pro), Clover Mini, Clover Dashboard, Clover Web Dashboard, Clover Sport (formerly Bypass)) (collectively, "Clover POS") |
|---|---|
| | *See also* Set up your Station Pro at https://www.clover.com/help/set-up-your-station-pro/ <br><br>  <br><br> The LAN Ethernet cable connects the completed assembly to your internet network. <br><br> *See also id*. |

*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6:22-CV-634-ADA
Exhibit B, Claim Chart for U.S. Pat. No. 10,083,012

| Claim Language | Accused Instrumentality: Clover POS System (including Clover Station Solo, Clover Station Duo (formerly Station Pro), Clover Mini, Clover Dashboard, Clover Web Dashboard, Clover Sport (formerly Bypass)) (collectively, "Clover POS") |
|---|---|
| | ## Connect your Station Pro to a network<br><br>Connect your Station Pro to the network after you assemble it. There are three ways to connect your Station Pro to a network: Ethernet (recommended), Mobile (SIM) card, and Wi-Fi.<br><br>If you plan to connect to a network using Wi-Fi, check to make sure your router is set up, connected to the network, and has a security level of WPA or WPA2. Your network needs to be a closed, protected, secure network to process payment transactions. If you offer Wi-Fi access to your customers, follow the best practice and give them a different Wi-Fi network to use.<br><br>**To connect your Station Pro to a network:**<br><br>1. On the Welcome screen, select your preferred language and then tap Next.<br><br>2. On the Network screen, choose your network type and tap Continue:<br><br>    • Ethernet networks connect with the supplied Ethernet cable.<br>    • Mobile networks use the installed SIM card and its cellular network connection.<br>    • Wi-Fi networks connect wirelessly to a router you have previously set up.<br><br>3. Wait until you see the message that the device is successfully connected and then tap Next.<br><br>*See also* Connect and activate your Station 2 at https://www.clover.com/help/set-up-your-mini |

*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6:22-CV-634-ADA
Exhibit B, Claim Chart for U.S. Pat. No. 10,083,012

| Claim Language | Accused Instrumentality: Clover POS System (including Clover Station Solo, Clover Station Duo (formerly Station Pro), Clover Mini, Clover Dashboard, Clover Web Dashboard, Clover Sport (formerly Bypass)) (collectively, "Clover POS") |
|---|---|
| |  |

*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6:22-CV-634-ADA
Exhibit B, Claim Chart for U.S. Pat. No. 10,083,012

| Claim Language | Accused Instrumentality: Clover POS System (including Clover Station Solo, Clover Station Duo (formerly Station Pro), Clover Mini, Clover Dashboard, Clover Web Dashboard, Clover Sport (formerly Bypass)) (collectively, "Clover POS") |
|---|---|
|  | *See also* Connect and activate Clover Station at https://www.clover.com/help/set-up-your-mini |

*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6:22-CV-634-ADA
Exhibit B, Claim Chart for U.S. Pat. No. 10,083,012

## Connect your Clover device to a network

You need an internet connection to activate your device. After your device powers on, the Connect to Network screen helps get you connected.

### Connect to the network with an Ethernet cable

Because wireless can be unreliable or spotty (which is often out of your control), we recommend connecting your Clover devices to the internet via Ethernet. This method ensures that your Clover device is connected and online even when your wireless connection is not responding.

If your Ethernet cable is already plugged into the hub, your device automatically tries to connect to the internet. If your Ethernet is not connected, follow the instructions to plug in your Ethernet cable to your device.

If you have problems setting up your Ethernet, learn more in the troubleshooting guide to fix your Ethernet connection problems.

👍 You can always connect to the Ethernet after exiting the Setup Wizard.

To connect your device via Ethernet:

1. Plug one end of your Ethernet cable into the device hub.
2. Plug the other end into your modem, router, or switch.
   Your device will automatically try to connect to the internet.
   You will see Successfully Connected to Server when connected.
   If your device does not automatically connect.
3. Tap **Check Connection**. If this fails, wait two minutes and tap Check Connection button again. If you receive an Error connecting to the network message:
   - Check that the router used is connected to the internet by plugging in your laptop or mobile device.
   - Check that the Ethernet cable is plugged all the way into the Printer.
   - Tap Check Connection.
     You will see Successfully **Connected to Server** when connected.

### Connect your Clover device to a Wi-Fi network

To connect to a Wi-Fi network:

1. Tap **Configure** next to the Wi-Fi option.
2. From the list of available wireless networks, tap the name of your wireless network. (If your network doesn't appear, tap **Add a New Network** and then tap the network by name.)
3. Enter the network password.
4. Tap **Done.**
5. Tap Check Connection.
   When the connection is successful, you will be taken through the activation process. If not, you'll be asked to select a different network or re-enter the Wi-Fi password.

⭐ If you do not see your Wi-Fi network name, you may have a WEP, or open access, network. Please connect your Clover device to a secured WPA or WPA2 network for successful PCI compliance.

### Follow best practices for network setup

To properly process transactions, your network must be stable and have sufficient bandwidth. Unstable networks can cause transactions to temporarily halt, which causes the network connection to timeout and disconnect. Poor connections can also prevent devices from synchronizing with each other.

Have enough bandwidth: Use a Clover dedicated router

Increase bandwidth on your local network by limiting or reducing the number of non-Clover devices connected to the network. Your local network bandwidth varies based on the number of devices connected to the network and the volume of transactions they typically process.

Set up an Ethernet connection such as DSL or cable, rather than a hotspot

Use a hard-wired (Ethernet cable) high-speed internet connection for Clover Station, Clover Station 2, and Clover Mini. This is especially helpful if you plan to use more than one Clover device or any peripheral equipment such as a kitchen printer.

For Wi-Fi, use only WPA-WPA2 protocols

*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6:22-CV-634-ADA
Exhibit B, Claim Chart for U.S. Pat. No. 10,083,012

| Claim Language | Accused Instrumentality: Clover POS System (including Clover Station Solo, Clover Station Duo (formerly Station Pro), Clover Mini, Clover Dashboard, Clover Web Dashboard, Clover Sport (formerly Bypass)) (collectively, "Clover POS") |
|---|---|
| | *See also* Connect and activate your Clover Mini at https://www.clover.com/help/set-up-your-mini |

*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6:22-CV-634-ADA
Exhibit B, Claim Chart for U.S. Pat. No. 10,083,012

| | | |
|---|---|---|
| | | **Connect your Clover device to a network**<br><br>You need an internet connection to activate your device. After your device powers on, the Connect to Network screen helps get you connected.<br><br>**Connect to the network with an Ethernet cable**<br><br>Because wireless can be unreliable or spotty (which is often out of your control), we recommend connecting your Clover devices to the internet via Ethernet. This method ensures that your Clover device is connected and online even when your wireless connection is not responding.<br><br>If your Ethernet cable is already plugged into the hub, your device automatically tries to connect to the internet. If your Ethernet is not connected, follow the instructions to plug in your Ethernet cable to your device.<br><br>If you have problems setting up your Ethernet, learn more in the troubleshooting guide to fix your Ethernet connection problems.<br><br>👍 You can always connect to the Ethernet after exiting the Setup Wizard.<br><br>To connect your device via Ethernet:<br><br>1. Plug one end of your Ethernet cable into the device hub.<br><br>2. Plug the other end into your modem, router, or switch. Your device will automatically try to connect to the internet. You will see Successfully Connected to Server when connected. If your device does not automatically connect,<br><br>3. Tap Check Connection. If this fails, wait two minutes and tap Check Connection button again. If you receive an Error connecting to the network message:<br><br>  • Check that the router used is connected to the internet by plugging in your laptop or mobile device.<br>  • Check that the Ethernet cable is plugged all the way into the Printer.<br>  • Tap Check Connection. You will see Successfully Connected to Server when connected.<br><br>**Connect your Clover device to a Wi-Fi network**<br><br>To connect to a Wi-Fi network:<br><br>1. Tap Configure next to the Wi-Fi option.<br><br>2. From the list of available wireless networks, tap the name of your wireless network. (If your network doesn't appear, tap Add a New Network and then tap the network by name.)<br><br>3. Enter the network password.<br><br>4. Tap Done.<br><br>5. Tap Check Connection. When the connection is successful, you will be taken through the activation process. If not, you'll be asked to select a different network or re-enter the Wi-Fi password.<br><br>⭐ If you do not see your Wi-Fi network name, you may have a WEP, or open access, network. Please connect your Clover device to a secured WPA or WPA2 network for successful PCI compliance.<br><br>**Follow best practices for network setup**<br><br>To properly process transactions, your network must be stable and have sufficient bandwidth. Unstable networks can cause transactions to temporarily halt, which causes the network connection to timeout and disconnect. Poor connections can also prevent devices from synchronizing with each other. |

*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6:22-CV-634-ADA
Exhibit B, Claim Chart for U.S. Pat. No. 10,083,012

| Claim Language | Accused Instrumentality: Clover POS System (including Clover Station Solo, Clover Station Duo (formerly Station Pro), Clover Mini, Clover Dashboard, Clover Web Dashboard, Clover Sport (formerly Bypass)) (collectively, "Clover POS") |
|---|---|
| | *See also* Connect your Station Pro to a Network at https://vizypay.zendesk.com/hc/en-us/articles/360052041754-Setting-up-your-Clover-Station-Pro <br><br> **Connect your Station Pro to a network** <br><br> Connect your Station Pro to the network after you assemble it. There are three ways to connect your Station Pro to a network: Ethernet (recommended), Mobile (SIM) card, and Wi-Fi. <br><br> If you plan to connect to a network using Wi-Fi, check to make sure your router is set up, connected to the network, and has a security level of WPA or WPA2. Your network needs to be a closed, protected, secure network to process payment transactions. If you offer Wi-Fi access to your customers, follow the best practice and give them a different Wi-Fi network to use. <br><br> To connect your Station Pro to a network: <br><br> 1. On the Welcome screen, select your preferred language and then tap Next. <br> 2. On the Network screen, choose your network type and tap Continue: <br> • Ethernet networks connect with the supplied Ethernet cable. <br> • Mobile networks use the installed SIM card and its cellular network connection. <br> • Wi-Fi networks connect wirelessly to a router you have previously set up. <br> 3. Wait until you see the message that the device is successfully connected and then tap Next. <br><br> Next, activate your Station Pro. <br><br> **Activate your Station Pro** <br><br> Activate your Station Pro after you connect it to a network. <br><br> You'll need your activation code from the activation email you received from Clover. <br><br> To activate your Clover Station Pro: <br><br> 1. On the activation screen, enter the 8-digit code you received in your activation email from Clover Support (app@clover.com). If you've already set up your account, you can also find the code on the Web Dashboard at the top of the page after you log in. <br> 2. On the Install apps screen, wait while Clover updates the apps that come pre-installed on your system. <br> 3. Select the Clover Service Plan you signed up for. <br> 4. (Optional) Check the boxes for any third party apps you want to use. (You can also do this later from the Web Dashboard by choosing **More Tools**.) You're done with activation. |

*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6:22-CV-634-ADA
Exhibit B, Claim Chart for U.S. Pat. No. 10,083,012

| Claim Language | Accused Instrumentality: Clover POS System (including Clover Station Solo, Clover Station Duo (formerly Station Pro), Clover Mini, Clover Dashboard, Clover Web Dashboard, Clover Sport (formerly Bypass)) (collectively, "Clover POS") |
|---|---|
| | *See also¸* Clover Restaurant Businesses Holiday2020 Webinar at https://youtu.be/x4hCW5IVuIE @ (16:13)  For example, Clover POS allows a menu to be built by item on the Web Dashboard on a web browser or the Clover device at https://www.youtube.com/watch?v=HgKrGiZj5hE @ (00:47): |

*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6:22-CV-634-ADA
Exhibit B, Claim Chart for U.S. Pat. No. 10,083,012

| Claim Language | Accused Instrumentality: Clover POS System (including Clover Station Solo, Clover Station Duo (formerly Station Pro), Clover Mini, Clover Dashboard, Clover Web Dashboard, Clover Sport (formerly Bypass)) (collectively, "Clover POS") |
|---|---|
| |  |

*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6:22-CV-634-ADA
Exhibit B, Claim Chart for U.S. Pat. No. 10,083,012

| Claim Language | Accused Instrumentality: Clover POS System (including Clover Station Solo, Clover Station Duo (formerly Station Pro), Clover Mini, Clover Dashboard, Clover Web Dashboard, Clover Sport (formerly Bypass)) (collectively, "Clover POS") |
|---|---|
|  |  |

*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6:22-CV-634-ADA
Exhibit B, Claim Chart for U.S. Pat. No. 10,083,012

| Claim Language | Accused Instrumentality:  Clover POS System (including  Clover Station Solo, Clover Station Duo (formerly  Station Pro), Clover Mini, Clover Dashboard, Clover Web Dashboard, Clover Sport (formerly Bypass) ) (collectively, "Clover POS") |
|---|---|
| |  |

*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6:22-CV-634-ADA
Exhibit B, Claim Chart for U.S. Pat. No. 10,083,012

| Claim Language | Accused Instrumentality: Clover POS System (including Clover Station Solo, Clover Station Duo (formerly Station Pro), Clover Mini, Clover Dashboard, Clover Web Dashboard, Clover Sport (formerly Bypass)) (collectively, "Clover POS") |
|---|---|
| |  |

*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6:22-CV-634-ADA
Exhibit B, Claim Chart for U.S. Pat. No. 10,083,012

| Claim Language | Accused Instrumentality: Clover POS System (including Clover Station Solo, Clover Station Duo (formerly Station Pro), Clover Mini, Clover Dashboard, Clover Web Dashboard, Clover Sport (formerly Bypass)) (collectively, "Clover POS") |
|---|---|
| |  |

*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6:22-CV-634-ADA
Exhibit B, Claim Chart for U.S. Pat. No. 10,083,012

| | |
|---|---|
| wherein said POS builder interface is configured to be utilized to access said POS builder software for programmatically creating or modifying said one or more POS terminals in real time over the communications network, wherein said POS builder software is configured to interact with said one or more POS terminals over the communications network in order for the web-based point of sale (POS) builder system to perform functions in accordance with instructions sent from the POS builder interface; | Clover POS includes that said POS builder interface is configured to be utilized to access said POS builder software for programmatically creating or modifying said one or more POS terminals in real time over the communications network, wherein said POS builder software is configured to interact with said one or more POS terminals over the communications network in order for the web-based point of sale (POS) builder system to perform functions in accordance with instructions sent from the POS builder interface.<br><br>For example, Clover POS includes options to configure an online ordering service that is completely integrated with the POS terminal.<br><br> |

*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6:22-CV-634-ADA
Exhibit B, Claim Chart for U.S. Pat. No. 10,083,012

| | |
|---|---|
| | *Source*: https://www.youtube.com/watch?v=MBbUo0XlFD0 |

*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6:22-CV-634-ADA
Exhibit B, Claim Chart for U.S. Pat. No. 10,083,012

## Set up online menu

The Ordering.app takes your existing Clover inventory and curates it to make it into a more customer friendly online ordering menu. You'll receive an email from The Ordering.app letting you know that they're done curating your menu. Once it's done, it'll go live and customers can start placing orders. Keep in mind that it might take a few days for your new online ordering website to show on Google search and maps.

The following items won't be included in your online ordering menu:

- Alcoholic items and modifiers
- Gift card items
- Catering, seasonal, or fee items.
- Happy hour or time-sensitive specials.
- Retail items.
- Items without pricing information.

You can edit your online ordering menu at any time from your Clover Web Dashboard> Setup > Online Ordering > Online Menu. These changes won't be reflected in your inventory to provide the best online ordering experience for your customers and the best in-store experience for your servers and cashiers.

### Edit your online menu

1. Log in to your Clover account.
2. Select **Account & Setup.**
3. Under Business Operations, select **Online Ordering.**
4. Select the **Manage** tab.
5. Select **Online Menu.**
6. Select the pencil ✎ next to the item you want to edit. You can edit the online name or description of items or modifiers.
7. Optional: You can choose to list an item or modifier online anyway. Click the checkbox next to the item or modifier, then click **List online.**
8. Items or modifiers that were auto removed from your online menu are grayed out. Optional: select **list online anyway** to list the items online.
9. Select **Done.**

To remove items or modifiers from your online menu:

Log in to the Web Dashboard.

1. Click **Account & Setup.**
2. Under Business Operations, click **Online Ordering.**
3. Click the online menu box.
4. Find the item you want to remove.
5. Click the checkbox to remove the checkmark.
6. Click **Done.**

### Remove a category from your online menu

1. Log in to your Clover account.
2. Select **Account & Setup.**
3. Under Business Operations, select **Online Ordering.**
4. Select the **Manage** tab.
5. Select **Online Menu.**
6. Uncheck all boxes for the items in a category.
7. Select **Done.**

### Edit the name of a category in your online menu

1. Log in to your Clover account.
2. Select **Account & Setup.**
3. Under Business Operations, select **Online Ordering.**
4. Select the **Manage** tab.
5. Select **Online Menu.**
6. Select the pencil ✎ next to the category name.
7. Edit the name of the category.
8. Select **Done.**

*See also* How to View the Smart Online Orders on the Clover Device at
https://www.youtube.com/watch?v=u6hEWekBmXU

39

*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6:22-CV-634-ADA
Exhibit B, Claim Chart for U.S. Pat. No. 10,083,012

For example, Clover POS allows a menu to be built by item on the Web Dashboard on a web browser or the Clover device at https://www.youtube.com/watch?v=HgKrGiZj5hE @ (00:47):



*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6:22-CV-634-ADA
Exhibit B, Claim Chart for U.S. Pat. No. 10,083,012



*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6:22-CV-634-ADA
Exhibit B, Claim Chart for U.S. Pat. No. 10,083,012



*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6:22-CV-634-ADA
Exhibit B, Claim Chart for U.S. Pat. No. 10,083,012



*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6:22-CV-634-ADA
Exhibit B, Claim Chart for U.S. Pat. No. 10,083,012



*See also* Clover Sport Article at https://www.businesswire.com/news/home/20220914005340/en/Clover-Sport-to-Power-New-Commerce-Experiences-in-the-Big-Easy

*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6:22-CV-634-ADA
Exhibit B, Claim Chart for U.S. Pat. No. 10,083,012

| Claim Language | Accused Instrumentality: Clover POS System (including Clover Station Solo, Clover Station Duo (formerly Station Pro), Clover Mini, Clover Dashboard, Clover Web Dashboard, Clover Sport (formerly Bypass)) (collectively, "Clover POS") |
|---|---|
| |  |

*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6:22-CV-634-ADA
Exhibit B, Claim Chart for U.S. Pat. No. 10,083,012

| Claim Language | Accused Instrumentality: Clover POS System (including Clover Station Solo, Clover Station Duo (formerly Station Pro), Clover Mini, Clover Dashboard, Clover Web Dashboard, Clover Sport (formerly Bypass)) (collectively, "Clover POS") |
|---|---|
| wherein said POS transactions and corresponding transaction data from said one or more POS terminals are configured to be transmitted to said web server via the communications network; and | Clover POS includes that said POS transactions and corresponding transaction data from said one or more POS terminals are configured to be transmitted to said web server via the communications network.<br><br>For example, Clover POS demonstrates the ability to change information on the POS system or the Web Dashboard in real time: Clover Retail Webinar at https://youtu.be/002k57_Q4N0<br>• (25:15) Inventory on app and device: "We can adjust it on the device or we can do so online as well. . ."<br>• (25:44) Sync: "As soon as I change the price on here it's going to sync to all my devices as well. . ."<br><br>*See also* Clover Table Service Restaurant Webinar at https://youtu.be/v7sBOQ66rYw<br>• (11:40) Real time, from anywhere: Re: restaurant floor plans, "Now likewise, I can do this from a computer. So say if I'm at home and they say 'we need this section open and y'all didn't open it, I can log into my Clover Web Dashboard on my computer or phone and edit the floor plan from my dashboard as well and it will just immediately update the systems at the restaurant."<br>• (29:45) Customization, on the main screen of the Clover device: "...accessible here, things like editing your menu can be done on site by clicking on the inventory app…" "…very simple to adjust…"<br>• (38:20) Customization, in the back office, on the Web Dashboard on a computer: "Whatever changes you make at the restaurant or from the computer, they will communicate with each other so what's nice is they synchronize within a few seconds, making things easy to keep up to date and whether you're working from home or the computer it makes it hopefully convenient." "All the tools here are available and you can access it at any given time."<br><br>*See also* Clover Retail Businesses Holiday2020 Webinar at https://youtu.be/X9pmUxu93Tk<br>• (27:09) "…shows you how the devices can communicate with one another where I could start a sale on one device and pick it up on the other and they all sync together."<br>• (33:35) "So you can do that at home [add inventory] through the Clover Web Dashboard, but also we have the Clover App that you can download on your phone that you can adjust items there or add items from that App as well, so really from anywhere." |

*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6:22-CV-634-ADA
Exhibit B, Claim Chart for U.S. Pat. No. 10,083,012

| Claim Language | Accused Instrumentality: Clover POS System (including Clover Station Solo, Clover Station Duo (formerly Station Pro), Clover Mini, Clover Dashboard, Clover Web Dashboard, Clover Sport (formerly Bypass)) (collectively, "Clover POS") |
|---|---|
| wherein each POS transaction is correlated with corresponding transaction data occurring at said one or more POS terminals. | Clover POS includes wherein each POS transaction is correlated with corresponding transaction data occurring at said one or more POS terminals.<br><br>For example, Clover POS demonstrates that Item sales, orders, and other features may be accessed through the Clover Web Dashboard with information from the POS terminals: Retail Webinar at https://youtu.be/002k57_Q4N0<br>• (41:52): Item sales from all POS terminals in Dashboard<br>• (47:30): changes to inventory from Web Dashboard that update immediately to all devices<br><br>*See also* ability to access transaction reports generated from POS system on either POS device or remote Web Dashboard: Table Service Restaurant Webinar at https://youtu.be/v7sBOQ66rYw<br>• Transaction reports demo @ (40:00) |
| *Claim 2* | |
| 2. The web-based point of sale (POS) builder system of claim 1 | The discussion for claim 1 is herein incorporated by reference. |

*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6:22-CV-634-ADA
Exhibit B, Claim Chart for U.S. Pat. No. 10,083,012

| | |
|---|---|
| wherein instructions to the POS builder interface for programmatic creation and modification of the one or more POS terminals are not formatted in programming code. | Clover POS includes wherein instructions to the POS builder interface for programmatic creation and modification of the one or more POS terminals are not formatted in programming code.<br><br>For example, Clover POS allows a menu to be built by item on the Web Dashboard on a web browser or the Clover device at https://www.youtube.com/watch?v=HgKrGiZj5hE @ (00:47):<br><br> |

*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6:22-CV-634-ADA
Exhibit B, Claim Chart for U.S. Pat. No. 10,083,012



*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6:22-CV-634-ADA
Exhibit B, Claim Chart for U.S. Pat. No. 10,083,012



*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6:22-CV-634-ADA
Exhibit B, Claim Chart for U.S. Pat. No. 10,083,012



*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6:22-CV-634-ADA
Exhibit B, Claim Chart for U.S. Pat. No. 10,083,012

| | |
|---|---|
|  | |
| *Claim 4* | |
| 4. The web-based point of sale (POS) builder system of claim 1 | The discussion for claim 1 is herein incorporated by reference. |

*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6:22-CV-634-ADA
Exhibit B, Claim Chart for U.S. Pat. No. 10,083,012

| | |
|---|---|
| wherein at least one of said POS builder interface and said one or more POS terminals are configured to be implemented without specialized hardware or software at a given terminal device. | For example, Clover POS allows a menu to be built by item on the Web Dashboard on a web browser or the Clover device at https://www.youtube.com/watch?v=HgKrGiZj5hE @ (00:47):  |

*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6:22-CV-634-ADA
Exhibit B, Claim Chart for U.S. Pat. No. 10,083,012



*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6:22-CV-634-ADA
Exhibit B, Claim Chart for U.S. Pat. No. 10,083,012



*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6:22-CV-634-ADA
Exhibit B, Claim Chart for U.S. Pat. No. 10,083,012



*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6:22-CV-634-ADA
Exhibit B, Claim Chart for U.S. Pat. No. 10,083,012



| Claim 5 |
|---|
| 5. The web-based point of sale (POS) builder system of claim 1 | The discussion for claim 1 is herein incorporated by reference. |

*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6:22-CV-634-ADA
Exhibit B, Claim Chart for U.S. Pat. No. 10,083,012

| | |
|---|---|
| wherein said web server includes a standard internet web server implemented with standard web server hardware and software, using one or more relational databases, wherein software for said POS builder interface resides in and is executed from said web server. | Clover POS includes wherein said web server includes a standard internet web server implemented with standard web server hardware and software, using one or more relational databases, wherein software for said POS builder interface resides in and is executed from said web server.<br><br>*See* Clover No Hardware at https://www.clover.com/no-hardware<br><br><br><br>*See also* Hardware store at https://www.clover.com/shop.<br><br>*See also* "Clover Home Web Dashboard Overview" at https://www.youtube.com/watch?v=tTSSFpUhZJ8 |

*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6:22-CV-634-ADA
Exhibit B, Claim Chart for U.S. Pat. No. 10,083,012



*See also* Clover Home Web Dashboard at https://www.youtube.com/watch?v=tTSSFpUhZJ8

*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6:22-CV-634-ADA
Exhibit B, Claim Chart for U.S. Pat. No. 10,083,012



| | |
|---|---|
| *Claim 6* | |
| 6. The web-based point of sale (POS) builder system of claim 1 | The discussion for claim 1 is herein incorporated by reference. |

*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6:22-CV-634-ADA
Exhibit B, Claim Chart for U.S. Pat. No. 10,083,012

| | |
|---|---|
| wherein said POS builder software is configured to provide instructions to add new POS terminals. | *See* Clover Home Web Dashboard at <u>https://www.youtube.com/watch?v=tTSSFpUhZJ8</u><br><br><br><br>*See also* Clover Service Business Holiday 2020 Webinar at <u>https://youtu.be/XU1Gnk2BLn4</u> |

*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6:22-CV-634-ADA
Exhibit B, Claim Chart for U.S. Pat. No. 10,083,012



*See also* Add, edit, and remove inventory items at https://www.clover.com/help/build-a-merchandise-inventory-or-restaurant-menu/?device=ZKF1GcCo6sus0GkgWw6ku

*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6:22-CV-634-ADA
Exhibit B, Claim Chart for U.S. Pat. No. 10,083,012

<table>
<tr>
<td></td>
<td>
**To add a new item on the Web Dashboard:**

(1) On a web browser, log in to the Web Dashboard.

(2) Click **Inventory.**

(3) On the Items tab, click **Add New Item.**

(4) Click each entry field and add basic details. You can add basic details now or later. Only the item name is required.

(5) Add optional item details by clicking Edit ✏ for each one.

(6) When you are done, click **Save.**

The Clover system lists your new inventory item on the Web Dashboard and shows it on every Clover device.
</td>
</tr>
<tr>
<td colspan="2">*Claim 7*</td>
</tr>
<tr>
<td>7. The web-based point of sale (POS) builder system of claim 1</td>
<td>The discussion for claim 1 is herein incorporated by reference.</td>
</tr>
<tr>
<td>wherein said POS builder software is configured to provide instructions to modify existing POS terminals.</td>
<td>For example, Clover POS demonstrates that Item sales, orders, and other features may be accessed through the Clover Web Dashboard with information from the POS terminals: Retail Webinar at https://youtu.be/002k57_Q4N0
<ul>
<li>(41:52): Item sales from all POS terminals in Dashboard</li>
<li>(47:30): changes to inventory from Web Dashboard that update immediately to all devices</li>
</ul>
</td>
</tr>
</table>

*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6:22-CV-634-ADA
Exhibit B, Claim Chart for U.S. Pat. No. 10,083,012



*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6:22-CV-634-ADA
Exhibit B, Claim Chart for U.S. Pat. No. 10,083,012



*See also id.,* ability to access transaction reports generated from POS system on either POS device or remote Web Dashboard: Table Service Restaurant Webinar at https://youtu.be/v7sBOQ66rYw Transaction reports demo @ (40:00)

*See also* Clover Sport Article at https://www.businesswire.com/news/home/20220914005340/en/Clover-Sport-to-Power-New-Commerce-Experiences-in-the-Big-Easy

| Claim 8 | |
|---|---|
| 8. The web-based point of sale (POS) builder system of claim 1 | The discussion for claim 1 is herein incorporated by reference. |

*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6:22-CV-634-ADA
Exhibit B, Claim Chart for U.S. Pat. No. 10,083,012

| | |
|---|---|
| wherein said one or more POS terminals are configured to be accessible by a web browser. | Clover POS includes wherein said one or more POS terminals are configured to be accessible by a web browser. |
| | For example Clover's Shop Webpage includes wherein said POS screens are viewable in real-time at remote locations where POS terminals can be accessed by web browser: |
| |  |
| | *See also* Clover POS Systems (source: https://www.clover.com/pos-systems): "Clover's point-of-sale software syncs with the cloud, so you can access your sales, refunds, deposits, and reports, wherever you are or need to be." |

*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6:22-CV-634-ADA
Exhibit B, Claim Chart for U.S. Pat. No. 10,083,012

| | |
|---|---|
| | ACCESSIBLE FROM ANYWHERE<br><br>*See also* Clover Sport Article  at https://www.businesswire.com/news/home/20220914005340/en/Clover-Sport-to-Power-New-Commerce-Experiences-in-the-Big-Easy |
| *Claim 9* | |
| 9. The web-based point of sale (POS) builder system of claim 1 | The discussion  for claim  1 is herein  incorporated  by reference. |

*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6:22-CV-634-ADA
Exhibit B, Claim Chart for U.S. Pat. No. 10,083,012

| | |
|---|---|
| wherein said one or more POS terminals, once generated, are configured to operate independently of said web server. | On information and belief, Clover POS includes wherein said one or more POS terminals, once generated, are configured to operate independently of said web server.<br><br>For example, Set up offline payments (source: https://www.clover.com/help/set-up-offline-payments):<br><br> |
| *Claim 10* | |
| 10. The web-based point of sale (POS) builder system of claim 1 | The discussion for claim 1 is herein incorporated by reference. |

*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6:22-CV-634-ADA
Exhibit B, Claim Chart for U.S. Pat. No. 10,083,012

| | |
|---|---|
| wherein a number, shape and arrangement of selection keys or buttons for said one or more POS terminals are specified from the POS builder interface. | On information and belief, Clover POS includes wherein a number, shape and arrangement of selection keys or buttons for said one or more POS terminals are specified from the POS builder interface.<br><br>For example, Clover POS System (source: https://www.clover.com/pos-systems):<br><br> |
| *Claim 11* | |
| 11. The web-based point of sale (POS) builder system of claim 1 | The discussion for claim 10 is herein incorporated by reference. |
| wherein items are associated with said selection keys or buttons from the POS builder interface. | For example, Clover POS allows a menu to be built by item on the Web Dashboard on a web browser or the Clover device at https://www.youtube.com/watch?v=HgKrGiZj5hE @ (00:47): |

*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6:22-CV-634-ADA
Exhibit B, Claim Chart for U.S. Pat. No. 10,083,012



*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6:22-CV-634-ADA
Exhibit B, Claim Chart for U.S. Pat. No. 10,083,012



*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6:22-CV-634-ADA
Exhibit B, Claim Chart for U.S. Pat. No. 10,083,012



*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6:22-CV-634-ADA
Exhibit B, Claim Chart for U.S. Pat. No. 10,083,012



*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6:22-CV-634-ADA
Exhibit B, Claim Chart for U.S. Pat. No. 10,083,012



| Claim 12 | |
|---|---|
| 12. The web-based point of sale (POS) builder system of claim 11 | The discussion for claim 11 is herein incorporated by reference. |
| wherein attributes are attributed to said items from the POS builder interface. | For example, Clover POS allows a menu to be built by item on the Web Dashboard on a web browser or the Clover device at https://www.youtube.com/watch?v=HgKrGiZj5hE @ (00:47): |

74

*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6:22-CV-634-ADA
Exhibit B, Claim Chart for U.S. Pat. No. 10,083,012



*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6:22-CV-634-ADA
Exhibit B, Claim Chart for U.S. Pat. No. 10,083,012



*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6:22-CV-634-ADA
Exhibit B, Claim Chart for U.S. Pat. No. 10,083,012



*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6:22-CV-634-ADA
Exhibit B, Claim Chart for U.S. Pat. No. 10,083,012



*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6:22-CV-634-ADA
Exhibit B, Claim Chart for U.S. Pat. No. 10,083,012



| | |
|---|---|
| *Claim 13* | |
| 13. The web-based point of sale (POS) builder system of claim 12 | The discussion for claim 12 is herein incorporated by reference. |

*CloudofChange, LLC v. Clover Network Inc.,* Case No.: 6:22-CV-634-ADA
Exhibit B, Claim Chart for U.S. Pat. No. 10,083,012

| | |
|---|---|
| wherein said attributes are stored, retrievable and changeable from a database stored on said web server. | For example, Clover POS allows a menu to be built by item on the Web Dashboard on a web browser or the Clover device at https://www.youtube.com/watch?v=HgKrGiZj5hE @ (00:47):<br><br> |

*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6:22-CV-634-ADA
Exhibit B, Claim Chart for U.S. Pat. No. 10,083,012



*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6:22-CV-634-ADA
Exhibit B, Claim Chart for U.S. Pat. No. 10,083,012



*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6:22-CV-634-ADA
Exhibit B, Claim Chart for U.S. Pat. No. 10,083,012



*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6:22-CV-634-ADA
Exhibit B, Claim Chart for U.S. Pat. No. 10,083,012



*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6-22-CV-634-ADA
Exhibit C, Claim Chart for U.S. Pat. No. 11,226,793

# **Exhibit C**

*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6-22-CV-634-ADA
Exhibit C, Claim Chart for U.S. Pat. No. 11,226,793

## Exhibit C – Preliminary Infringement Chart for U.S. Patent No. 11,226,793

1. <u>Clover POS System</u> – Clover, Available at https://www.clover.com/pos-systems
   a. Retrieved: June 12, 2022.
2. <u>Clover Home Web Dashboard Overview</u> – Clover, Available at https://www.youtube.com/watch?v=tTSSFpUhZJ8
   a. Retrieved: June 12, 2022
3. <u>Clover Shop</u> – Clover, Available at https://www.clover.com/shop
   a. Last visited on June 12, 2022.
4. <u>Set up your Station Pro</u> – Clover, Available at https://www.clover.com/help/set-up-your-station-pro/
   a. Retrieved: June 12, 2022
5. <u>Connect and activate your Station 2</u> – Clover, Available at https://www.clover.com/help/set-up-your-mini
   a. Retrieved: June 12, 2022
6. <u>Fix Network Connections</u> – Clover, Available at https://www.clover.com/help/fix-network-connections
   a. Retrieved: June 12, 2022
7. <u>Business Tracking Reports</u> – Clover, Available at https://fortunepayments.com/clover-pos-business-tracking-reporting/
   a. Retrieved: June 12, 2022
8. <u>Table Service</u> – Clover, Available at https://www.clover.com/pos-solutions/restaurant
   a. Retrieved: June 12, 2022
9. <u>No Hardware</u> – Clover, Available at https://www.clover.com/no-hardware
   a. Retrieved: June 12, 2022
10. <u>Restaurant Holiday Webinar</u> – Clover, Available at https://youtu.be/x4hCW5IVuIE
    a. Retrieved: June 12, 2022
11. <u>Using Clover Web Dashboard</u> – Clover, Available at https://www.youtube.com/watch?v=xHiR9E3Awoc
    a. Retrieved: June 12, 2022
12. <u>Clover Counter Service</u> – Clover, Available at https://nationalbankcard.com/business-types/counter-service-restaurants/
    a. Retrieved: September 29, 2022
13. <u>Clover Mobile</u> – Clover, Available at https://vizypay.zendesk.com/hc/en-us/articles/360052041754-Setting-up-your-Clover-Station-Pro
    a. Retrieved: September 29, 2022
14. <u>Clover POS Shop</u> – Clover, Available at https://www.youtube.com/watch?v=JBly5KZhv5A
    a. Retrieved: September 29, 2022
15. <u>Prepare Inventories and Menus</u> – Clover, Available at https://www.clover.com/help/prepare-to-work-with-inventories-and-menus?device=ZKF1GcCo6sus0GkgWw6ku

*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6-22-CV-634-ADA
Exhibit C, Claim Chart for U.S. Pat. No. 11,226,793

     a.  Retrieved:  On or before June 12, 2022

16. <u>Manually  Manage  Item  Availability</u> – Clover, at Available  at  https://www.clover.com/en-US/help/manually-manage-item-availability
     a.  Retrieved: September 29, 2022

17. <u>Smart Online  Orders</u> – Clover, Available  https://www.youtube.com/watch?v=u6hEWekBmXU
     a.  Retrieved: September 29, 2022

18. <u>Set Up Offline  Payments</u> – Clover, Available  at  https://www.clover.com/help/set-up-offline-payments
     a.  Retrieved: September 29, 2022

19. <u>Clover Tour For Retail</u> – Clover, Available  at  https://www.youtube.com/watch?v=zGAI-Cju4Ac
     a.  Retrieved: September 29, 2022

20. <u>Clover  Retail  Webinar</u> – Clover, Available  at  https://youtu.be/002k57_Q4N0
     a.  Retrieved: September 29, 2022

21. <u>Clover Table Service Restaurant  Webinar</u> – Clover, Available  at  https://youtu.be/v7sBOQ66rYw
     a.  Retrieved: September 29, 2022

22. <u>Bagels  And Brew</u> – Clover, Available  at  https://blog.clover.com/bagels-and-brew/
     a.  Retrieved: September 29, 2022

23. <u>Meet the Merchant</u> – Clover, Available  at  https://blog.clover.com/meet-the-merchant-la-gelati/
     a.  Retrieved: September 29, 2022

24. <u>POS Pricing</u> – Clover, Available  at  https://tech.co/pos-system/clover-pos-pricing
     a.  Retrieved: September 29, 2022

25. <u>Clover  Asset  Service  Plans</u> – Clover, Available  at  https://assets.ctfassets.net/3mu3dzx76r6a/34mDu5cGPXZo4LLIxADf8I/4ec87289d71c6fc8ee6c87af067739b9/Clover_service_plans_6_23_2020.pdf
     a.  Retrieved: September 29, 2022

26. <u>Square Versus  Clover</u> – Clover, Available  at  https://tech.co/pos-system/square-vs-clover
     a.  Retrieved: September 29, 2022

27. <u>Create and Manage Your Menu</u> – Clover, Available  https://www.youtube.com/watch?v=HgKrGiZj5hE
     a.  Retrieved: June 12, 2022

28. <u>Using  Clover  Virtual  Terminal</u> – Clover, Available  at  https://www.youtube.com/watch?v=QzaA1BlDZ88
     a.  Retrieved: June 12, 2022

29. <u>Network Best Practice</u> – Clover, Available  at  https://www.clover.com/help/use-best-practices-for-networks
     a.  Retrieved: June 12, 2022

30. <u>Set Up Online  Ordering</u> – Clover, Available  at  https://www.youtube.com/watch?v=MBbUo0XlFD0
     a.  Retrieved: June 12, 2022

*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6-22-CV-634-ADA
Exhibit C, Claim Chart for U.S. Pat. No. 11,226,793

31. <u>Service Holiday Webinar</u> – Clover, Available at https://www.youtube.com/watch?v=XU1Gnk2BLn4
   a. Retrieved: June 12, 2022
32. <u>Clover Sport Article</u> – Clover, Available at https://www.businesswire.com/news/home/20220914005340/en/Clover-Sport-to-Power-New-Commerce-Experiences-in-the-Big-Easy
   a. Retrieved: December 7, 2022
33. <u>Bypass Mobile</u> – Clover, Available at https://www.bypassmobile.com/ordering-point-of-sale/
   a. Retrieved: December 9, 2022
34. <u>Bypass POS Security & Speed</u> – Clover, Available at https://vimeo.com/221329917
   a. Retrieved: December 9, 2022

*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6-22-CV-634-ADA
Exhibit C, Claim Chart for U.S. Pat. No. 11,226,793

| Claim Language | Accused Instrumentality: Clover POS System (including Clover Station Solo, Clover Station Duo (formerly Station Pro), Clover Mini, Clover Dashboard, Clover Web Dashboard, Clover Sport (formerly Bypass)) (collectively, "Clover POS") |
|---|---|
| *Claim 1* | |
| 1. A web-based point of sale (POS) builder system comprising: | CloudofChange asserts that the preamble is not limiting. To the extent that the preamble is construed as limiting, Clover POS includes a web-based point of sale (POS) builder system. Specifically, Clover Station Solo, Clover Station Duo (formerly Station Pro), Clover Mini, Clover Dashboard, Clover Sport (formerly Bypass) (collectively, "Clover POS"), include a web-based point of sale (POS) builder system.<br><br>For example, Clover POS states that a "POS system should be tailored to your needs today and scale with your business. Build the system you need now, and expand as you grow with devices apps, and accessories." *Source*: https://www.clover.com/pos-systems<br><br>*See also* "Accessible From Anywhere" at https://www.clover.com/pos-systems stating: "Clover's point-of-sale software sync with the cloud, so you can access your sales, refunds, deposit, and reports, wherever you are or need to be." Last accessed on June 12, 2022.<br><br>*See also* "Clover Home Web Dashboard Overview" at https://www.youtube.com/watch?v=tTSSFpUhZJ8 |

*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6-22-CV-634-ADA
Exhibit C, Claim Chart for U.S. Pat. No. 11,226,793

| Claim Language | Accused Instrumentality:  Clover POS System (including  Clover Station Solo, Clover Station Duo (formerly  Station Pro),  Clover Mini,  Clover Dashboard,  Clover Web Dashboard,  Clover Sport (formerly Bypass)) (collectively, "Clover POS") |
|---|---|
| | <br><br>*See also* Clover Sport Homepage  at: https://sport.clover.com/ |

*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6-22-CV-634-ADA
Exhibit C, Claim Chart for U.S. Pat. No. 11,226,793

| Claim Language | Accused Instrumentality:  Clover POS System (including  Clover Station Solo, Clover Station Duo (formerly  Station Pro), Clover Mini, Clover Dashboard, Clover Web Dashboard, Clover Sport (formerly Bypass)) (collectively, "Clover POS") |
| --- | --- |
| | <br><br>*See also* <u>Bypass  Mobile</u>  at  <u>https://www.bypassmobile.com/ordering-point-of-sale/</u> |

*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6-22-CV-634-ADA
Exhibit C, Claim Chart for U.S. Pat. No. 11,226,793

| Claim Language | Accused Instrumentality: Clover POS System (including Clover Station Solo, Clover Station Duo (formerly Station Pro), Clover Mini, Clover Dashboard, Clover Web Dashboard, Clover Sport (formerly Bypass)) (collectively, "Clover POS") |
|---|---|
|  |  Bypass POS Security & Speed at https://vimeo.com/221329917 <br> • (0:18) "If you're an enterprise merchant, you know you need a secure POS." |

*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6-22-CV-634-ADA
Exhibit C, Claim Chart for U.S. Pat. No. 11,226,793

| Claim Language | Accused Instrumentality:  Clover POS System (including  Clover Station Solo, Clover Station Duo (formerly  Station Pro), Clover Mini, Clover Dashboard,  Clover Web Dashboard,  Clover Sport (formerly Bypass)) (collectively, "Clover POS") |
|---|---|
|  |  |

*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6-22-CV-634-ADA
Exhibit C, Claim Chart for U.S. Pat. No. 11,226,793

| at least one server configured to: communicate with one or more POS terminals over a network comprising the Internet, | Clover POS includes at least one server configured to: communicate with one or more POS terminals over a network comprising the Internet.<br><br>For example, Clover POS includes network capabilities for all devices to communicate with each other in real time over a wireless or wired network.<br><br>*See also* Set up your Station Pro at https://www.clover.com/help/set-up-your-station-pro/<br><br><br><br>The LAN Ethernet cable connects the completed assembly to your internet network.<br><br>*See also id.*<br><br>## Connect your Station Pro to a network<br><br>Connect your Station Pro to the network after you assemble it. There are three ways to connect your Station Pro to a network: Ethernet (recommended), Mobile (SIM) card, and Wi-Fi.<br><br>If you plan to connect to a network using Wi-Fi, check to make sure your router is set up, connected to the network, and has a security level of WPA or WPA2. Your network needs to be a closed, protected, secure network to process payment transactions. If you offer Wi-Fi access to your customers, follow the best practice and give them a different Wi-Fi network to use.<br><br>**To connect your Station Pro to a network:**<br><br>1. On the Welcome screen, select your preferred language and then tap Next.<br>2. On the Network screen, choose your network type and tap Continue:<br>  &bull; Ethernet networks connect with the supplied Ethernet cable.<br>  &bull; Mobile networks use the installed SIM card and its cellular network connection.<br>  &bull; Wi-Fi networks connect wirelessly to a router you have previously set up.<br>3. Wait until you see the message that the device is successfully connected and then tap Next.<br><br>*See also* Follow best practice for your network at https://www.clover.com/help/use-best-practices-for-networks |

*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6-22-CV-634-ADA
Exhibit C, Claim Chart for U.S. Pat. No. 11,226,793

| | | |
|---|---|---|
| | | ## Use best practices for networks<br><br>To properly process transactions, your network must be stable and have sufficient bandwidth. Unstable networks can cause transactions to temporarily halt, which causes the network connection to timeout and disconnect. Poor connections can also prevent devices from synchronizing with each other.<br><br>### Have enough bandwidth: Use a Clover dedicated router<br><br>Increase bandwidth on your local network by limiting or reducing the number of non-Clover devices connected to the network. Your local network bandwidth varies based on the number of devices connected to the network and the volume of transactions they typically process.<br><br>### Set up an Ethernet connection such as DSL or cable, rather than a hotspot<br><br>Use a hard-wired (Ethernet cable) high-speed Internet connection for Clover Station, Clover Station 2, and Clover Mini. This is especially helpful if you plan to use more than one Clover device or any peripheral equipment such as a kitchen printer.<br><br>### Separate Wi-Fi for guest access<br><br>If you offer Wi-Fi access to your customers, set up two Wi-Fi networks: one for you and Clover devices, and one for guests. Having separate Wi-Fi for guests safeguards your devices and may boost device performance.<br><br>Your guest network can have separate hours of operation that can be turned off at any time without affecting your system. You can limit the bandwidth to prevent illegal downloads and create a different password for the guest network.<br><br>### Limit the use of hotspot network connections<br><br>Hotspots can limit the bandwidth required for normal Clover communication. If you plan to use a hotspot, it should be dedicated for Clover use. (Use another hotspot for other Internet needs).<br><br>### Don't use your neighbor's Wi-Fi<br><br>Whenever possible, use your own Internet Service Provider (ISP) rather than a shared network. If you're using your neighbor's Wi-Fi solution and their Wi-Fi goes down, you can't troubleshoot the issue directly. Your signal may also be weaker if you don't have an internet source in your business' vicinity.<br><br>### Use only WPA-WPA2 protocols to connect Clover to a Wi-Fi network<br><br>For added security, Clover devices are only compatible with WPA-WPA2 protocols. (They are not compatible with the WEP protocol, which is no longer supported.) |
| | | *See also* Connect and activate your Station 2 at https://www.clover.com/help/set-up-your-mini |

*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6-22-CV-634-ADA
Exhibit C, Claim Chart for U.S. Pat. No. 11,226,793

## Connect your Clover device to a network

You need an internet connection to activate your device. After your device powers on, the Connect to Network screen helps get you connected.

### Connect to the network with an Ethernet cable

Because wireless can be unreliable or spotty (which is often out of your control), we recommend connecting your Clover devices to the internet via Ethernet. This method ensures that your Clover device is connected and online even when your wireless connection is not responding.

If your Ethernet cable is already plugged into the hub, your device automatically tries to connect to the internet. If your Ethernet is not connected, follow the instructions to plug in your Ethernet cable to your device.

If you have problems setting up your Ethernet, learn more in the troubleshooting guide to fix your Ethernet connection problems.

👍 You can always connect to the Ethernet after exiting the Setup Wizard.

To connect your device via Ethernet:

1. Plug one end of your Ethernet cable into the device hub.
2. Plug the other end into your modem, router, or switch.
   Your device will automatically try to connect to the internet.
   You will see Successfully Connected to Server when connected.
   If your device does not automatically connect.
3. Tap **Check Connection**. If this fails, wait two minutes and tap Check Connection button again. If you receive an **Error connecting to the network** message:
   - Check that the router used is connected to the internet by plugging in your laptop or mobile device.
   - Check that the Ethernet cable is plugged all the way into the Printer.
   - Tap **Check Connection**.
     You will see **Successfully Connected to Server** when connected.

### Connect your Clover device to a Wi-Fi network

To connect to a Wi-Fi network:

1. Tap **Configure** next to the Wi-Fi option.
2. From the list of available wireless networks, tap the name of your wireless network. (If your network doesn't appear, tap **Add a New Network** and then tap the network by name.)
3. Enter the network password.
4. Tap **Done**.
5. Tap **Check Connection**.
   When the connection is successful, you will be taken through the activation process. If not, you'll be asked to select a different network or re-enter the Wi-Fi password.

*See also* Connect and activate Clover Station at https://www.clover.com/help/set-up-your-mini

*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6-22-CV-634-ADA
Exhibit C, Claim Chart for U.S. Pat. No. 11,226,793

## Connect your Clover device to a network

You need an Internet connection to activate your device. After your device powers on, the Connect to Network screen helps get you connected.

### Connect to the network with an Ethernet cable

Because wireless can be unreliable or spotty (which is often out of your control), we recommend connecting your Clover devices to the Internet via Ethernet. This method ensures that your Clover device is connected and online even when your wireless connection is not responding.

If your Ethernet cable is already plugged into the hub, your device automatically tries to connect to the Internet. If your Ethernet is not connected, follow the instructions to plug in your Ethernet cable to your device.

If you have problems setting up your Ethernet, learn more in the troubleshooting guide to fix your Ethernet connection problems.

> 👍 You can always connect to the Ethernet after exiting the Setup Wizard.

To connect your device via Ethernet.

1. Plug one end of your Ethernet cable into the device hub.
2. Plug the other end into your modem, router, or switch.
   Your device will automatically try to connect to the Internet.
   You will see Successfully Connected to Server when connected.
   If your device does not automatically connect.
3. Tap Check Connection. If this fails, wait two minutes and tap Check Connection button again. If you receive an Error connecting to the network message.
   - Check that the router used is connected to the Internet by plugging in your laptop or mobile device.
   - Check that the Ethernet cable is plugged all the way into the Printer.
   - Tap Check Connection.
     You will see Successfully Connected to Server when connected.

### Connect your Clover device to a Wi-Fi network

To connect to a Wi-Fi network:

1. Tap Configure next to the Wi-Fi option.
2. From the list of available wireless networks, tap the name of your wireless network. (If your network doesn't appear, tap Add a New Network and then tap the network by name.)
3. Enter the network password.
4. Tap Done.
5. Tap Check Connection.
   When the connection is successful, you will be taken through the activation process. If not, you'll be asked to select a different network or re-enter the Wi-Fi password.

> ⭐ If you do not see your Wi-Fi network name, you may have a WEP, or open access, network. Please connect your Clover device to a secured WPA or WPA2 network for successful PCI compliance.

### Follow best practices for network setup

To properly process transactions, your network must be stable and have sufficient bandwidth. Unstable networks can cause transactions to temporarily halt, which causes the network connection to timeout and disconnect. Poor connections can also prevent devices from synchronizing with each other.

Have enough bandwidth: Use a Clover dedicated router

Increase bandwidth on your local network by limiting or reducing the number of non-Clover devices connected to the network. Your local network bandwidth varies based on the number of devices connected to the network and the volume of transactions they typically process.

Set up an Ethernet connection such as DSL or cable, rather than a hotspot

Use a hard-wired (Ethernet cable) high-speed Internet connection for Clover Station, Clover Station 2, and Clover Mini. This is especially helpful if you plan to use more than one Clover device or any peripheral equipment such as a kitchen printer.

For Wi-Fi, use only WPA-WPA2 protocols

13

*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6-22-CV-634-ADA
Exhibit C, Claim Chart for U.S. Pat. No. 11,226,793

| |
|---|
| *See also* Connect and activate your Clover Mini at https://www.clover.com/help/set-up-your-mini |

*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6-22-CV-634-ADA
Exhibit C, Claim Chart for U.S. Pat. No. 11,226,793

*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6-22-CV-634-ADA
Exhibit C, Claim Chart for U.S. Pat. No. 11,226,793

| |
|---|
| *See also* Connect your Station Pro to a Network https://vizypay.zendesk.com/hc/en-us/articles/360052041754-Setting-up-your-Clover-Station-Pro

### Connect your Station Pro to a network

Connect your Station Pro to the network after you assemble it. There are three ways to connect your Station Pro to a network: Ethernet (recommended), Mobile (SIM) card, and Wi-Fi.

If you plan to connect to a network using Wi-Fi, check to make sure your router is set up, connected to the network, and has a security level of WPA or WPA2. Your network needs to be a closed, protected, secure network to process payment transactions. If you offer Wi-Fi access to your customers, follow the best practice and give them a different Wi-Fi network to use.

To connect your Station Pro to a network:

1. On the Welcome screen, select your preferred language and then tap Next.
2. On the Network screen, choose your network type and tap Continue:
   • Ethernet networks connect with the supplied Ethernet cable.
   • Mobile networks use the installed SIM card and its cellular network connection.
   • Wi-Fi networks connect wirelessly to a router you have previously set up.
3. Wait until you see the message that the device is successfully connected and then tap Next.

Next, activate your Station Pro.

### Activate your Station Pro

Activate your Station Pro after you connect it to a network.

You'll need your activation code from the activation email you received from Clover.

To activate your Clover Station Pro:

1. On the activation screen, enter the 8-digit code you received in your activation email from Clover Support (app@clover.com). If you've already set up your account, you can also find the code on the Web Dashboard at the top of the page after you log in.
2. On the Install apps screen, wait while Clover updates the apps that come pre-installed on your system.
3. Select the Clover Service Plan you signed up for.
4. (Optional) Check the boxes for any third party apps you want to use. (You can also do this later from the Web Dashboard by choosing **More Tools**.) You're done with activation.

*See also*, Clover Restaurant Businesses Holiday 2020 Webinar at https://youtu.be/x4hCW5IVuIE @ (16:13) |

*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6-22-CV-634-ADA
Exhibit C, Claim Chart for U.S. Pat. No. 11,226,793



For example, Clover POS includes:

ACCESSIBLE FROM ANYWHERE

Clover's point-of-sale software syncs with the cloud, so you can access your sales, refunds, deposits, and reports, wherever you are or need to be.

*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6-22-CV-634-ADA
Exhibit C, Claim Chart for U.S. Pat. No. 11,226,793

| |
|---|
| *Source*: https://www.clover.com/pos-systems.<br><br>*See also* Clover Web Dashboard log in site at https://www.clover.com/dashboard/login<br><br>*See also* Clover Web Dashboard at Clover Help Center: https://www.clover.com/pos-systems<br><br><br><br>*See also* "Clover Home Web Dashboard Overview" at https://www.youtube.com/watch?v=tTSSFpUhZJ8 |

*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6-22-CV-634-ADA
Exhibit C, Claim Chart for U.S. Pat. No. 11,226,793



*See also* Clover Home Web Dashboard at https://www.youtube.com/watch?v=tTSSFpUhZJ8

19

*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6-22-CV-634-ADA
Exhibit C, Claim Chart for U.S. Pat. No. 11,226,793



For example, Clover POS allows a menu to be built by item on the Web Dashboard on a web browser or the Clover device at https://www.youtube.com/watch?v=HgKrGiZj5hE @ (00:47):

*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6-22-CV-634-ADA
Exhibit C, Claim Chart for U.S. Pat. No. 11,226,793



*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6-22-CV-634-ADA
Exhibit C, Claim Chart for U.S. Pat. No. 11,226,793



*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6-22-CV-634-ADA
Exhibit C, Claim Chart for U.S. Pat. No. 11,226,793



*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6-22-CV-634-ADA
Exhibit C, Claim Chart for U.S. Pat. No. 11,226,793



*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6-22-CV-634-ADA
Exhibit C, Claim Chart for U.S. Pat. No. 11,226,793



For example, Clover POS includes:

*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6-22-CV-634-ADA
Exhibit C, Claim Chart for U.S. Pat. No. 11,226,793



*Source*: https://www.clover.com/shop.   Last accessed on June 12, 2022.

*See also* Clover Service Business Holiday 2020 Webinar at https://youtu.be/XU1Gnk2BLn4

*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6-22-CV-634-ADA
Exhibit C, Claim Chart for U.S. Pat. No. 11,226,793



*See also* "Using Clover Virtual Terminal" at https://www.youtube.com/watch?v=QzaA1BlDZ88

*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6-22-CV-634-ADA
Exhibit C, Claim Chart for U.S. Pat. No. 11,226,793

| Claim Language | Accused Instrumentality: Clover POS System (including Clover Station Solo, Clover Station Duo (formerly Station Pro), Clover Mini, Clover Dashboard, Clover Web Dashboard, Clover Sport (formerly Bypass)) (collectively, "Clover POS") |
|---|---|
| | <br><br>*See also* Clover Sport Article at https://www.businesswire.com/news/home/20220914005340/en/Clover-Sport-to-Power-New-Commerce-Experiences-in-the-Big-Easy |

*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6-22-CV-634-ADA
Exhibit C, Claim Chart for U.S. Pat. No. 11,226,793

| | |
|---|---|
| wherein the one or more POS terminals are configured to display one or more POS screens; | Clover POS includes wherein the one or more POS terminals are configured to display one or more POS screens.<br><br>For example, Clover POS includes:<br><br><br><br>*Source*: https://www.clover.com/shop.   Last accessed on June 12, 2022.<br><br><br>*See also* Clover Service Business Holiday 2020 Webinar at https://youtu.be/XU1Gnk2BLn4 |

*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6-22-CV-634-ADA
Exhibit C, Claim Chart for U.S. Pat. No. 11,226,793



*See also* "Using Clover Virtual Terminal" at https://www.youtube.com/watch?v=QzaA1BlDZ88

*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6-22-CV-634-ADA
Exhibit C, Claim Chart for U.S. Pat. No. 11,226,793

| Claim Language | Accused Instrumentality: Clover POS System (including Clover Station Solo, Clover Station Duo (formerly Station Pro), Clover Mini, Clover Dashboard, Clover Web Dashboard, Clover Sport (formerly Bypass)) (collectively, "Clover POS") |
|---|---|
| |  |

*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6-22-CV-634-ADA
Exhibit C, Claim Chart for U.S. Pat. No. 11,226,793

| receive, over the network from a POS builder interface, information used for creating or modifying the one or more POS screens including creating or modifying one or more display interfaces for display on the one or more POS screens, the one or more display interfaces being associated with one or more items; | Clover POS includes receive, over the network from a POS builder interface, information used for creating or modifying the one or more POS screens including creating or modifying one or more display interfaces for display on the one or more POS screens, the one or more display interfaces being associated with one or more items.<br><br>For example, Clover POS demonstrates that Item sales, orders, and other features may be accessed through the Clover Web Dashboard with information from the POS terminals: Retail Webinar at https://youtu.be/002k57_Q4N0<br><br>• (41:52): Item sales from all POS terminals in Dashboard<br>• (47:30): changes to inventory from Web Dashboard that update immediately to all devices<br><br> |

*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6-22-CV-634-ADA
Exhibit C, Claim Chart for U.S. Pat. No. 11,226,793



*See also id.,* ability to access transaction reports generated from POS system on either POS device or remote Web Dashboard: Table Service Restaurant Webinar at https://youtu.be/v7sBOQ66rYw
Transaction reports demo @ (40:00)

For example, Clover POS allows a menu to be built by item on the Web Dashboard on a web browser or the Clover device at https://www.youtube.com/watch?v=HgKrGiZj5hE @ (00:47):

*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6-22-CV-634-ADA
Exhibit C, Claim Chart for U.S. Pat. No. 11,226,793



*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6-22-CV-634-ADA
Exhibit C, Claim Chart for U.S. Pat. No. 11,226,793



*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6-22-CV-634-ADA
Exhibit C, Claim Chart for U.S. Pat. No. 11,226,793



*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6-22-CV-634-ADA
Exhibit C, Claim Chart for U.S. Pat. No. 11,226,793



*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6-22-CV-634-ADA
Exhibit C, Claim Chart for U.S. Pat. No. 11,226,793



For example, Clover POS includes:

*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6-22-CV-634-ADA
Exhibit C, Claim Chart for U.S. Pat. No. 11,226,793



*Source*: https://www.clover.com/shop.   Last accessed on June 12, 2022.

*See also* Clover Service Business Holiday 2020 Webinar at https://youtu.be/XU1Gnk2BLn4

*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6-22-CV-634-ADA
Exhibit C, Claim Chart for U.S. Pat. No. 11,226,793



*See also* "Using Clover Virtual Terminal" at https://www.youtube.com/watch?v=QzaA1BlDZ88

40

*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6-22-CV-634-ADA
Exhibit C, Claim Chart for U.S. Pat. No. 11,226,793

| Claim Language | Accused Instrumentality:  Clover POS System (including  Clover Station Solo, Clover Station Duo (formerly  Station Pro),  Clover Mini, Clover Dashboard,  Clover Web Dashboard,  Clover Sport (formerly Bypass)) (collectively, "Clover POS") |
|---|---|
| | <br><br>*See also* Clover Sport Article  at https://www.businesswire.com/news/home/20220914005340/en/Clover-Sport-to-Power-New-Commerce-Experiences-in-the-Big-Easy |

*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6-22-CV-634-ADA
Exhibit C, Claim Chart for U.S. Pat. No. 11,226,793

| receive, from at least one of the one or more POS terminals over the network, further information regarding one or more POS transactions corresponding to the one or more items; | Clover POS includes receive, from at least one of the one or more POS terminals over the network, further information regarding one or more POS transactions corresponding to the one or more items. |
|---|---|
| | For example, Clover POS states that a "POS system should be tailored to your needs today and scale with your business. Build the system you need now, and expand as you grow with devices apps, and accessories." *Source*: https://www.clover.com/pos-systems |
| | *See also* "Accessible From Anywhere" at https://www.clover.com/pos-systems stating: "Clover's point-of-sale software sync with the cloud, so you can access your sales, refunds, deposit, and reports, wherever you are or need to be." Last accessed on June 12, 2022. |
| | *See also* "Clover Home Web Dashboard Overview" at https://www.youtube.com/watch?v=tTSSFpUhZJ8  Clover Home Web Dashboard Overview - Demo of the Clover Point of Sale Dashboard  1,048 views • Nov 29, 2017 |

*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6-22-CV-634-ADA
Exhibit C, Claim Chart for U.S. Pat. No. 11,226,793

For example, Clover POS demonstrates that Item sales, orders, and other features may be accessed through the Clover Web Dashboard with information from the POS terminals: Retail Webinar at https://youtu.be/002k57_Q4N0

- (41:52): Item sales from all POS terminals in Dashboard
- (47:30): changes to inventory from Web Dashboard that update immediately to all devices



*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6-22-CV-634-ADA
Exhibit C, Claim Chart for U.S. Pat. No. 11,226,793

| Claim Language | Accused Instrumentality: Clover POS System (including Clover Station Solo, Clover Station Duo (formerly Station Pro), Clover Mini, Clover Dashboard, Clover Web Dashboard, Clover Sport (formerly Bypass)) (collectively, "Clover POS") |
|---|---|
| |  *See also* ability to access transaction reports generated from POS system on either POS device or remote Web Dashboard: Table Service Restaurant Webinar at https://youtu.be/v7sBOQ66rYw Transaction reports demo @ (40:00) |

*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6-22-CV-634-ADA
Exhibit C, Claim Chart for U.S. Pat. No. 11,226,793

| | |
|---|---|
| configure the one or more POS terminals with the information over the network to create or modify based on the further information regarding one or more POS transactions the one or more POS screens displayed on the one or more POS terminals; and | Clover POS includes  configure  the one or more POS terminals  with the information  over the network  to create or modify  based on the further  information regarding one or more POS transactions  the one or more POS screens displayed  on the one or more POS terminals.<br><br>For example,  Clover POS demonstrates  that Item sales, orders, and other features  may be accessed through the Clover Web Dashboard  with information  from the POS terminals:  Retail Webinar at https://youtu.be/002k57_Q4N0<br><br>• (41:52): Item sales  from all POS terminals  in Dashboard<br>• (47:30): changes to inventory  from Web Dashboard  that update immediately  to all devices<br> |

*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6-22-CV-634-ADA
Exhibit C, Claim Chart for U.S. Pat. No. 11,226,793



*See also id.,* ability to access transaction reports generated from POS system on either POS device or remote Web Dashboard: Table Service Restaurant Webinar at https://youtu.be/v7sBOQ66rYw
Transaction reports demo @ (40:00)

For example, Clover POS transactions include further information regarding loyalty point information and inventory information. *See* Clover Station Brochure, p. 4:

46

*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6-22-CV-634-ADA
Exhibit C, Claim Chart for U.S. Pat. No. 11,226,793



Professional-grade
tools free you to focus
on what matters.

Clover™ Station arrives pre-loaded
with everything you need to
accept payments and run your
business more efficiently. Its
cloud-based software enables you
to manage your inventory, track
revenues, and generate reports—
empowering you to see inside
your operations and work smarter.

PRODUCTIVITY AT THE POINT OF SALE.
With every sale, Clover Station automatically tracks
inventory and builds a transaction record. And customers
can opt-in to loyalty programs so that you can start building
lasting relationships and drive repeat business.

For example, Using the Clover Web Dashboard (source: https://www.youtube.com/watch?v=xHiR9E3Awoc):

*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6-22-CV-634-ADA
Exhibit C, Claim Chart for U.S. Pat. No. 11,226,793

| Claim Language | Accused Instrumentality: Clover POS System (including Clover Station Solo, Clover Station Duo (formerly Station Pro), Clover Mini, Clover Dashboard, Clover Web Dashboard, Clover Sport (formerly Bypass)) (collectively, "Clover POS") |
|---|---|
| |  |

*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6-22-CV-634-ADA
Exhibit C, Claim Chart for U.S. Pat. No. 11,226,793

| | |
|---|---|
| wherein the further information regarding the one or more POS transactions, the information used for creating or modifying the one or more POS screens, or a combination thereof comprises one or more of employee clock information, customer add/update information, item add/update information, promotion information, loyalty point information, discount information, taxation information, item cost information, or inventory information; | Clover POS includes wherein the further information regarding the one or more POS transactions, the information used for creating or modifying the one or more POS screens, or a combination thereof comprises one or more of employee clock information, customer add/update information, item add/update information, promotion information, loyalty point information, discount information, taxation information, item cost information, or inventory information.<br><br>For example, Clover POS demonstrates that Item sales, orders, and other features may be accessed through the Clover Web Dashboard with information from the POS terminals: Retail Webinar at https://youtu.be/002k57_Q4N0<br><br>• (41:52): Item sales from all POS terminals in Dashboard<br>• (47:30): changes to inventory from Web Dashboard that update immediately to all devices<br><br> |

*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6-22-CV-634-ADA
Exhibit C, Claim Chart for U.S. Pat. No. 11,226,793



*See also id.*, ability to access transaction reports generated from POS system on either POS device or remote Web Dashboard: Table Service Restaurant Webinar at https://youtu.be/v7sBOQ66rYw Transaction reports demo @ (40:00)

For example, Clover POS transactions include further information regarding loyalty point information, inventory information, and discount information. *See* Clover Station Brochure, p. 4, 6:

*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6-22-CV-634-ADA
Exhibit C, Claim Chart for U.S. Pat. No. 11,226,793

|  |  | **Professional-grade tools free you to focus on what matters.** Clover™ Station arrives pre-loaded with everything you need to accept payments and run your business more efficiently. Its cloud-based software enables you to manage your inventory, track revenues, and generate reports— empowering you to see inside your operations and work smarter. **PRODUCTIVITY AT THE POINT OF SALE.** With every sale, Clover Station automatically tracks inventory and builds a transaction record. And customers can opt-in to loyalty programs so that you can start building lasting relationships and drive repeat business. |  |
|---|---|---|---|

*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6-22-CV-634-ADA
Exhibit C, Claim Chart for U.S. Pat. No. 11,226,793



*See also* Point of Sale Reporting and Sales Tracking, p. 6:

*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6-22-CV-634-ADA
Exhibit C, Claim Chart for U.S. Pat. No. 11,226,793



*See also* POS Systems & Software pp. 8, 9

*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6-22-CV-634-ADA
Exhibit C, Claim Chart for U.S. Pat. No. 11,226,793



For example, Using the Clover Web Dashboard (source: https://www.youtube.com/watch?v=xHiR9E3Awoc)

*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6-22-CV-634-ADA
Exhibit C, Claim Chart for U.S. Pat. No. 11,226,793

| Claim Language | Accused Instrumentality: Clover POS System (including Clover Station Solo, Clover Station Duo (formerly Station Pro), Clover Mini, Clover Dashboard, Clover Web Dashboard, Clover Sport (formerly Bypass)) (collectively, "Clover POS") |
|---|---|
| | <br><br>*See also* Clover Sport Article at https://www.businesswire.com/news/home/20220914005340/en/Clover-Sport-to-Power-New-Commerce-Experiences-in-the-Big-Easy |

*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6-22-CV-634-ADA
Exhibit C, Claim Chart for U.S. Pat. No. 11,226,793

| wherein said further information regarding the one or more POS transactions relate to one or more transactions by corresponding customers respectively associated with at least one of said one or more POS terminals. | Clover POS includes wherein said further information regarding the one or more POS transactions relate to one or more transactions by corresponding customers respectively associated with at least one of said one or more POS terminals.<br><br>For example, Clover POS demonstrates that Item sales, orders, and other features may be accessed through the Clover Web Dashboard with information from the POS terminals: Retail Webinar at https://youtu.be/002k57_Q4N0<br><br>• (41:52): Item sales from all POS terminals in Dashboard<br>• (47:30): changes to inventory from Web Dashboard that update immediately to all devices<br><br> |

*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6-22-CV-634-ADA
Exhibit C, Claim Chart for U.S. Pat. No. 11,226,793



*See also id.,* ability to access transaction reports generated from POS system on either POS device or remote Web Dashboard: Table Service Restaurant Webinar at https://youtu.be/v7sBOQ66rYw Transaction reports demo @ (40:00)

For example, Clover POS transactions include further information regarding loyalty point information, inventory information, and discount information. *See* Clover Station Brochure, p. 4, 6:

*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6-22-CV-634-ADA
Exhibit C, Claim Chart for U.S. Pat. No. 11,226,793

| | | |
|---|---|---|
| | | **Professional-grade tools free you to focus on what matters.** Clover™ Station arrives pre-loaded with everything you need to accept payments and run your business more efficiently. Its cloud-based software enables you to manage your inventory, track revenues, and generate reports— empowering you to see inside your operations and work smarter. **PRODUCTIVITY AT THE POINT OF SALE.** With every sale, Clover Station automatically tracks inventory and builds a transaction record. And customers can opt-in to loyalty programs so that you can start building lasting relationships and drive repeat business. |

*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6-22-CV-634-ADA
Exhibit C, Claim Chart for U.S. Pat. No. 11,226,793



*See also* Point of Sale Reporting and Sales Tracking, p. 6:

*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6-22-CV-634-ADA
Exhibit C, Claim Chart for U.S. Pat. No. 11,226,793



*See also* POS Systems & Software pp. 8, 9

*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6-22-CV-634-ADA
Exhibit C, Claim Chart for U.S. Pat. No. 11,226,793



For example, Using the Clover Web Dashboard (source: https://www.youtube.com/watch?v=xHiR9E3Awoc):

*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6-22-CV-634-ADA
Exhibit C, Claim Chart for U.S. Pat. No. 11,226,793

| Claim Language | Accused Instrumentality:  Clover POS System (including  Clover Station Solo, Clover Station Duo (formerly  Station Pro), Clover Mini, Clover Dashboard, Clover Web Dashboard, Clover Sport (formerly Bypass)) (collectively, "Clover POS") |
|---|---|
| |  |

*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6-22-CV-634-ADA
Exhibit C, Claim Chart for U.S. Pat. No. 11,226,793

| Claim Language | Accused Instrumentality: Clover POS System (including Clover Station Solo, Clover Station Duo (formerly Station Pro), Clover Mini, Clover Dashboard, Clover Web Dashboard, Clover Sport (formerly Bypass)) (collectively, "Clover POS") |
|---|---|
| *Claim 2* | |
| 2. The web-based point of sale (POS) builder system of claim 1 | The discussion for claim 1 is herein incorporated by reference. |
| wherein the POS builder interface is configured to run on a computer device. | Clover POS includes wherein the POS builder interface is configured to run on a computer device. <br><br> For example, Clover POS includes: <br><br>  <br><br> *Source*: https://www.clover.com/shop.   Last accessed on June 12, 2022. <br><br><br> For example Clover's Shop Webpage includes one or more local or remote PC workstations: |

*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6-22-CV-634-ADA
Exhibit C, Claim Chart for U.S. Pat. No. 11,226,793

| Claim Language | Accused Instrumentality: Clover POS System (including Clover Station Solo, Clover Station Duo (formerly Station Pro), Clover Mini, Clover Dashboard, Clover Web Dashboard, Clover Sport (formerly Bypass)) (collectively, "Clover POS") |
|---|---|
| | <br><br>*See also* Clover's Business Tracking Report: |

*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6-22-CV-634-ADA
Exhibit C, Claim Chart for U.S. Pat. No. 11,226,793

| Claim Language | Accused Instrumentality:  Clover POS System (including  Clover Station Solo, Clover Station Duo (formerly  Station Pro), Clover Mini, Clover Dashboard, Clover Web Dashboard, Clover Sport (formerly Bypass)) (collectively, "Clover POS") |
|---|---|
| |  |

*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6-22-CV-634-ADA
Exhibit C, Claim Chart for U.S. Pat. No. 11,226,793

| Claim Language | Accused Instrumentality: Clover POS System (including Clover Station Solo, Clover Station Duo (formerly Station Pro), Clover Mini, Clover Dashboard, Clover Web Dashboard, Clover Sport (formerly Bypass)) (collectively, "Clover POS") |
|---|---|
| | *See also* Table Service Restaurants at https://fortunepayments.com/clover-pos-business-tracking-reporting/ <br><br>  <br><br> *See also* "Clover Home Web Dashboard Overview" at https://www.youtube.com/watch?v=tTSSFpUhZJ8 |

*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6-22-CV-634-ADA
Exhibit C, Claim Chart for U.S. Pat. No. 11,226,793

| Claim Language | Accused Instrumentality: Clover POS System (including Clover Station Solo, Clover Station Duo (formerly Station Pro), Clover Mini, Clover Dashboard, Clover Web Dashboard, Clover Sport (formerly Bypass)) (collectively, "Clover POS") |
|---|---|
| | <br><br>*See also* Clover Sport Article at https://www.businesswire.com/news/home/20220914005340/en/Clover-Sport-to-Power-New-Commerce-Experiences-in-the-Big-Easy |
| *Claim 3* | |
| 3. The web-based point of sale (POS) builder system of claim 1 | The discussion for claim 1 is herein incorporated by reference. |

*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6-22-CV-634-ADA
Exhibit C, Claim Chart for U.S. Pat. No. 11,226,793

| wherein the one or more POS terminals comprise a plurality of POS terminals in a plurality of locations. | Clover POS includes wherein the one or more POS terminals comprise a plurality of POS terminals in a plurality of locations. |
|---|---|
| | For example, Clover POS includes:<br><br>⫿▢⫿<br><br>ACCESSIBLE FROM ANYWHERE<br><br>Clover's point-of-sale software syncs with the cloud, so you can access your sales, refunds, deposits, and reports, wherever you are or need to be.<br><br>*Source*: https://www.clover.com/pos-systems.<br><br>*See also* Set up your Station Pro at https://www.clover.com/help/set-up-your-station-pro/<br><br>The LAN Ethernet cable connects the completed assembly to your internet network.<br><br>*See also id.* |

*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6-22-CV-634-ADA
Exhibit C, Claim Chart for U.S. Pat. No. 11,226,793

## Connect your Station Pro to a network

Connect your Station Pro to the network after you assemble it. There are three ways to connect your Station Pro to a network: Ethernet (recommended), Mobile (SIM) card, and Wi-Fi.

If you plan to connect to a network using Wi-Fi, check to make sure your router is set up, connected to the network, and has a security level of WPA or WPA2. Your network needs to be a closed, protected, secure network to process payment transactions. If you offer Wi-Fi access to your customers, follow the best practice and give them a different Wi-Fi network to use.

**To connect your Station Pro to a network:**

1. On the Welcome screen, select your preferred language and then tap Next.
2. On the Network screen, choose your network type and tap Continue:
   - Ethernet networks connect with the supplied Ethernet cable.
   - Mobile networks use the installed SIM card and its cellular network connection.
   - Wi-Fi networks connect wirelessly to a router you have previously set up.
3. Wait until you see the message that the device is successfully connected and then tap Next.

*See also* Connect and activate your Station 2 at https://www.clover.com/help/connect-and-activate-my-clover-station-2018/

69

*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6-22-CV-634-ADA
Exhibit C, Claim Chart for U.S. Pat. No. 11,226,793

## Connect your Clover device to a network

You need an internet connection to activate your device. After your device powers on, the Connect to Network screen helps get you connected.

### Connect to the network with an Ethernet cable

Because wireless can be unreliable or spotty (which is often out of your control), we recommend connecting your Clover devices to the internet via Ethernet. This method ensures that your Clover device is connected and online even when your wireless connection is not responding.

If your Ethernet cable is already plugged into the hub, your device automatically tries to connect to the internet. If your Ethernet is not connected, follow the instructions to plug in your Ethernet cable to your device.

If you have problems setting up your Ethernet, learn more in the troubleshooting guide to fix your Ethernet connection problems.

👍 You can always connect to the Ethernet after exiting the Setup Wizard.

To connect your device via Ethernet:

1. Plug one end of your Ethernet cable into the device hub.

2. Plug the other end into your modem, router, or switch.
   Your device will automatically try to connect to the internet.
   You will see Successfully Connected to Server when connected.
   If your device does not automatically connect,

3. Tap **Check Connection**. If this fails, wait two minutes and tap Check Connection button again. If you receive an **Error connecting to the network** message:

   - Check that the router used is connected to the internet by plugging in your laptop or mobile device.
   - Check that the Ethernet cable is plugged all the way into the Printer.
   - Tap **Check Connection**.
     You will see **Successfully Connected to Server** when connected.

### Connect your Clover device to a Wi-Fi network

To connect to a Wi-Fi network:

1. Tap **Configure** next to the Wi-Fi option.

2. From the list of available wireless networks, tap the name of your wireless network. (If your network doesn't appear, tap **Add a New Network** and then tap the network by name.)

3. Enter the network password.

4. Tap **Done**.

5. Tap **Check Connection**.
   When the connection is successful, you will be taken through the activation process. If not, you'll be asked to select a different network or re-enter the Wi-Fi password.

*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6-22-CV-634-ADA
Exhibit C, Claim Chart for U.S. Pat. No. 11,226,793

| | |
|---|---|
| | *See also* Clover Web Dashboard at Clover Help Center: https://www.clover.com/pos-systems<br><br>## Virtual Terminal for payments anywhere, anytime<br><br>Accept payments anywhere with your computer, tablet, or smartphone without a POS device. Fire up Virtual Terminal right on your Clover Web Dashboard, 24/7.<br><br>**VIRTUAL TERMINAL**<br><br>*See also* Fix network connections at https://www.clover.com/help/fix-network-connections/ |

*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6-22-CV-634-ADA
Exhibit C, Claim Chart for U.S. Pat. No. 11,226,793

| | | |
|---|---|---|
| | | # Fix network connections<br><br>If your Clover device is having network connection problems, you can follow a series of simple tests to diagnose and fix them.<br><br>At any time, you can contact Clover Support.<br><br>Clover devices can connect to the Internet in any one of these three ways:<br><br>• With a **3G** wireless connection, which uses 3G (third-generation wireless mobile) technology to connect.<br>• * With a **Wi-Fi** wireless connection, which uses a router to distribute data to your devices without a cable.<br>• With an **Ethernet** cable that you have plugged in from a router to your Clover device.<br><br>You can troubleshoot connection problems by following the steps for your network type. |
| | | *See also* "Clover Home Web Dashboard Overview" at https://www.youtube.com/watch?v=tTSSFpUhZJ8 |

*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6-22-CV-634-ADA
Exhibit C, Claim Chart for U.S. Pat. No. 11,226,793



*See also* Clover Home Web Dashboard at https://www.youtube.com/watch?v=tTSSFpUhZJ8

*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6-22-CV-634-ADA
Exhibit C, Claim Chart for U.S. Pat. No. 11,226,793

| Claim Language | Accused Instrumentality: Clover POS System (including Clover Station Solo, Clover Station Duo (formerly Station Pro), Clover Mini, Clover Dashboard, Clover Web Dashboard, Clover Sport (formerly Bypass)) (collectively, "Clover POS") |
|---|---|
| | <br><br>*See also* Clover Sport Article at https://www.businesswire.com/news/home/20220914005340/en/Clover-Sport-to-Power-New-Commerce-Experiences-in-the-Big-Easy |
| **Claim 4** | |
| 4. The web-based point of sale (POS) builder system of claim 1 | The discussion for claim 1 is herein incorporated by reference. |

*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6-22-CV-634-ADA
Exhibit C, Claim Chart for U.S. Pat. No. 11,226,793

| | |
|---|---|
| wherein the one or more items comprise at least one of: one or more items for sale, one or more promotions, or one or more loyalty points programs. | Clover POS includes wherein the one or more items comprise at least one of: one or more items for sale, one or more promotions, or one or more loyalty points programs.<br><br>For example, Clover POS transactions include further information regarding loyalty point information, inventory information, and discount information. *See* Clover Station Brochure, p. 4, 6:<br><br>**Professional-grade tools free you to focus on what matters.**<br><br>Clover™ Station arrives pre-loaded with everything you need to accept payments and run your business more efficiently. Its cloud-based software enables you to manage your inventory, track revenues, and generate reports—empowering you to see inside your operations and work smarter.<br><br><br><br>**PRODUCTIVITY AT THE POINT OF SALE.**<br>With every sale, Clover Station automatically tracks inventory and builds a transaction record. And customers can opt-in to loyalty programs so that you can start building lasting relationships and drive repeat business. |

*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6-22-CV-634-ADA
Exhibit C, Claim Chart for U.S. Pat. No. 11,226,793



*See also* Point of Sale Reporting and Sales Tracking, p. 6:

*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6-22-CV-634-ADA
Exhibit C, Claim Chart for U.S. Pat. No. 11,226,793



*See also* POS Systems & Software pp. 8, 9

*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6-22-CV-634-ADA
Exhibit C, Claim Chart for U.S. Pat. No. 11,226,793

| Claim Language | Accused Instrumentality: Clover POS System (including Clover Station Solo, Clover Station Duo (formerly Station Pro), Clover Mini, Clover Dashboard, Clover Web Dashboard, Clover Sport (formerly Bypass)) (collectively, "Clover POS") |
|---|---|
| |  <br><br>*See also* Clover Sport Article at https://www.businesswire.com/news/home/20220914005340/en/Clover-Sport-to-Power-New-Commerce-Experiences-in-the-Big-Easy |
| *Claim 9* | |
| 9. The web-based point of sale (POS) builder system of claim 1 | The discussion for claim 1 is herein incorporated by reference. |
| wherein the one or more display interfaces comprise one or | Clover POS includes wherein the one or more display interfaces comprise one or more buttons or keys.<br><br>For example, Clover POS includes: |

*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6-22-CV-634-ADA
Exhibit C, Claim Chart for U.S. Pat. No. 11,226,793

| Claim Language | Accused Instrumentality: Clover POS System (including Clover Station Solo, Clover Station Duo (formerly Station Pro), Clover Mini, Clover Dashboard, Clover Web Dashboard, Clover Sport (formerly Bypass)) (collectively, "Clover POS") |
|---|---|
| more buttons or keys. | <br><br>*Source*: https://www.clover.com/shop.   Last accessed on June 12, 2022. |
| *Claim 11* | |
| 11. The web-based point of sale (POS) builder system of claim 1 | The discussion for claim 1 is herein incorporated by reference. |
| wherein the POS builder interface is accessible via a web browser. | Clover POS includes wherein the POS builder interface is accessible via a web browser.<br><br>*See* Clover Tour at: https://www.youtube.com/watch?v=zGAI-Cju4Ac<br>• (0:15): "Run your business from a Clover device or from virtually anywhere. Log into the web dashboard from any internet browser to manage everything from inventory to reports – its cloud-based. And syncs in real time with your Clover devices and apps." |

*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6-22-CV-634-ADA
Exhibit C, Claim Chart for U.S. Pat. No. 11,226,793

| Claim Language | Accused Instrumentality: Clover POS System (including Clover Station Solo, Clover Station Duo (formerly Station Pro), Clover Mini, Clover Dashboard, Clover Web Dashboard, Clover Sport (formerly Bypass)) (collectively, "Clover POS") |
|---|---|
| *Claim 42* | |
| 42. A method of implementing a web-based point of sale (POS) builder system, the method comprising: | The discussion for claim 1 is herein incorporated by reference. CloudofChange asserts that the preamble is not limiting. To the extent that the preamble is construed as limiting, Clover POS includes a web-based point of sale (POS) builder system. For example, Clover POS states that a "POS system should be tailored to your needs today and scale with your business. Build the system you need now, and expand as you grow with devices apps, and accessories." *Source*: https://www.clover.com/pos-systems  *See also* "Accessible From Anywhere" at https://www.clover.com/pos-systems stating: "Clover's point-of-sale software sync with the cloud, so you can access your sales, refunds, deposit, and reports, wherever you are or need to be." Last accessed on June 12, 2022.  *See also* "Clover Home Web Dashboard Overview" at https://www.youtube.com/watch?v=tTSSFpUhZJ8   |

*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6-22-CV-634-ADA
Exhibit C, Claim Chart for U.S. Pat. No. 11,226,793

| communicating with one or more POS terminals over a network comprising the Internet, | Clover POS includes communicating with one or more POS terminals over a network comprising the Internet. |
|---|---|
| | For example, Clover POS includes network capabilities for all devices to communicate with each other in real time over a wireless or wired network. |
| | *See also* Set up your Station Pro at https://www.clover.com/help/set-up-your-station-pro/ |
| |  The LAN Ethernet cable connects the completed assembly to your internet network. |
| | *See also id.* |
| | Connect your Station Pro to a network |
| | Connect your Station Pro to the network after you assemble it. There are three ways to connect your Station Pro to a network: Ethernet (recommended), Mobile (SIM) card, and Wi-Fi. |
| | If you plan to connect to a network using Wi-Fi, check to make sure your router is set up, connected to the network, and has a security level of WPA or WPA2. Your network needs to be a closed, protected, secure network to process payment transactions. If you offer Wi-Fi access to your customers, follow the best practice and give them a different Wi-Fi network to use. |
| | **To connect your Station Pro to a network:** |
| | (1) On the Welcome screen, select your preferred language and then tap Next. |
| | (2) On the Network screen, choose your network type and tap Continue: |
| | • Ethernet networks connect with the supplied Ethernet cable. |
| | • Mobile networks use the installed SIM card and its cellular network connection. |
| | • Wi-Fi networks connect wirelessly to a router you have previously set up. |
| | (3) Wait until you see the message that the device is successfully connected and then tap Next. |

*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6-22-CV-634-ADA
Exhibit C, Claim Chart for U.S. Pat. No. 11,226,793

|  |  |
|---|---|
|  | *See also* Connect and activate your Station 2 at https://www.clover.com/help/set-up-your-mini |
|  | *See also* Connect your Station Pro to a Network https://vizypay.zendesk.com/hc/en-us/articles/360052041754-Setting-up-your-Clover-Station-Pro |

*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6-22-CV-634-ADA
Exhibit C, Claim Chart for U.S. Pat. No. 11,226,793

| |
|---|
| **Connect your Station Pro to a network**<br><br>Connect your Station Pro to the network after you assemble it. There are three ways to connect your Station Pro to a network: Ethernet (recommended), Mobile (SIM) card, and Wi-Fi.<br><br>If you plan to connect to a network using Wi-Fi, check to make sure your router is set up, connected to the network, and has a security level of WPA or WPA2. Your network needs to be a closed, protected, secure network to process payment transactions. If you offer Wi-Fi access to your customers, follow the best practice and give them a different Wi-Fi network to use.<br><br>To connect your Station Pro to a network:<br><br>1. On the Welcome screen, select your preferred language and then tap Next.<br>2. On the Network screen, choose your network type and tap Continue:<br>   • Ethernet networks connect with the supplied Ethernet cable.<br>   • Mobile networks use the installed SIM card and its cellular network connection.<br>   • Wi-Fi networks connect wirelessly to a router you have previously set up.<br>3. Wait until you see the message that the device is successfully connected and then tap Next.<br><br>Next, activate your Station Pro.<br><br>**Activate your Station Pro**<br><br>Activate your Station Pro after you connect it to a network.<br><br>You'll need your activation code from the activation email you received from Clover.<br><br>To activate your Clover Station Pro:<br><br>1. On the activation screen, enter the 8-digit code you received in your activation email from Clover Support (app@clover.com). If you've already set up your account, you can also find the code on the Web Dashboard at the top of the page after you log in.<br>2. On the Install apps screen, wait while Clover updates the apps that come pre-installed on your system.<br>3. Select the Clover Service Plan you signed up for.<br>4. (Optional) Check the boxes for any third party apps you want to use. (You can also do this later from the Web Dashboard by choosing **More Tools**.) You're done with activation.<br><br>*See also,* Clover Restaurant Businesses Holiday 2020 Webinar at https://youtu.be/x4hCW5IVuIE @ (16:13) |

*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6-22-CV-634-ADA
Exhibit C, Claim Chart for U.S. Pat. No. 11,226,793



For example, Clover POS includes:

*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6-22-CV-634-ADA
Exhibit C, Claim Chart for U.S. Pat. No. 11,226,793



*Source*: https://www.clover.com/pos-systems.

*See also* Clover Web Dashboard log in site at https://www.clover.com/dashboard/login

*See also* Clover Web Dashboard at Clover Help Center: https://www.clover.com/pos-systems

*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6-22-CV-634-ADA
Exhibit C, Claim Chart for U.S. Pat. No. 11,226,793

For example, Clover POS allows a menu to be built by item on the Web Dashboard on a web browser or the Clover device at https://www.youtube.com/watch?v=HgKrGiZj5hE @ (00:47):



*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6-22-CV-634-ADA
Exhibit C, Claim Chart for U.S. Pat. No. 11,226,793



*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6-22-CV-634-ADA
Exhibit C, Claim Chart for U.S. Pat. No. 11,226,793



*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6-22-CV-634-ADA
Exhibit C, Claim Chart for U.S. Pat. No. 11,226,793



*See also* Clover Sport Article  at https://www.businesswire.com/news/home/20220914005340/en/Clover-Sport-to-Power-New-Commerce-Experiences-in-the-Big-Easy

*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6-22-CV-634-ADA
Exhibit C, Claim Chart for U.S. Pat. No. 11,226,793



*See also* Clover Sport Homepage at: https://sport.clover.com/

*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6-22-CV-634-ADA
Exhibit C, Claim Chart for U.S. Pat. No. 11,226,793



*See also* <u>Bypass Mobile</u>  at <u>https://www.bypassmobile.com/ordering-point-of-sale/</u>

*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6-22-CV-634-ADA
Exhibit C, Claim Chart for U.S. Pat. No. 11,226,793



Bypass POS Security & Speed at https://vimeo.com/221329917
- (0:18) "If you're an enterprise merchant, you know you need a secure POS."

*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6-22-CV-634-ADA
Exhibit C, Claim Chart for U.S. Pat. No. 11,226,793

| Claim Language | Accused Instrumentality:  Clover POS System (including  Clover Station Solo, Clover Station Duo (formerly  Station Pro), Clover Mini, Clover Dashboard,  Clover Web Dashboard,  Clover Sport (formerly Bypass)) (collectively, "Clover POS") |
|---|---|
|  |  |

*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6-22-CV-634-ADA
Exhibit C, Claim Chart for U.S. Pat. No. 11,226,793

| | |
|---|---|
| wherein the one or more POS terminals are configured to display one or more POS screens; | Clover POS includes wherein the one or more POS terminals are configured to display one or more POS screens.<br><br><br><br>*Source*: https://www.clover.com/shop.   Last accessed on June 12, 2022.<br><br>*See also* Clover Service Business Holiday 2020 Webinar at https://youtu.be/XU1Gnk2BLn4 |

*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6-22-CV-634-ADA
Exhibit C, Claim Chart for U.S. Pat. No. 11,226,793



*See also* Clover Home Web Dashboard at https://www.youtube.com/watch?v=tTSSFpUhZJ8

*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6-22-CV-634-ADA
Exhibit C, Claim Chart for U.S. Pat. No. 11,226,793

| Claim Language | Accused Instrumentality:  Clover POS System (including  Clover Station Solo, Clover Station  Duo (formerly  Station Pro),  Clover Mini,  Clover Dashboard,  Clover Web Dashboard,  Clover Sport (formerly  Bypass)) (collectively, "Clover POS") |
|---|---|
| |  |

*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6-22-CV-634-ADA
Exhibit C, Claim Chart for U.S. Pat. No. 11,226,793

| | |
|---|---|
| receiving, over the network from a POS builder interface, information used for creating or modifying the one or more POS screens including creating or modifying one or more display interfaces for display on the one or more POS screens, the one or more display interfaces being associated with one or more items; | Clover POS includes receiving, over the network from a POS builder interface, information used for creating or modifying the one or more POS screens including creating or modifying one or more display interfaces for display on the one or more POS screens, the one or more display interfaces being associated with one or more items.<br><br>Clover POS includes options to configure an online ordering service that is completely integrated with the POS terminal.<br><br> |

*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6-22-CV-634-ADA
Exhibit C, Claim Chart for U.S. Pat. No. 11,226,793

| Claim Language | Accused Instrumentality: Clover POS System (including Clover Station Solo, Clover Station Duo (formerly Station Pro), Clover Mini, Clover Dashboard, Clover Web Dashboard, Clover Sport (formerly Bypass)) (collectively, "Clover POS") |
|---|---|
| | *Source*: https://www.youtube.com/watch?v=MBbUo0XlFD0<br><br>*See also* How to View the Smart Online Orders on the Clover Device at https://www.youtube.com/watch?v=u6hEWekBmXU |
| receiving, from at least one of the one or more POS terminals over the network, further information regarding one or more POS transactions corresponding to the one or more items; and | Clover POS includes receiving, from at least one of the one or more POS terminals over the network, further information regarding one or more POS transactions corresponding to the one or more items.<br><br>Clover POS includes receive, from at least one of the one or more POS terminals over the network, further information regarding one or more POS transactions corresponding to the one or more items.<br><br>For example, Clover POS states that a "POS system should be tailored to your needs today and scale with your business. Build the system you need now, and expand as you grow with devices apps, and accessories." *Source*: https://www.clover.com/pos-systems<br><br>*See also* "Accessible From Anywhere" at https://www.clover.com/pos-systems stating: "Clover's point-of-sale software sync with the cloud, so you can access your sales, refunds, deposit, and reports, wherever you are or need to be." Last accessed on June 12, 2022.<br><br>*See also* "Clover Home Web Dashboard Overview" at https://www.youtube.com/watch?v=tTSSFpUhZJ8 |

*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6-22-CV-634-ADA
Exhibit C, Claim Chart for U.S. Pat. No. 11,226,793

| Claim Language | Accused Instrumentality:  Clover POS System (including  Clover Station Solo, Clover Station Duo (formerly  Station Pro), Clover Mini, Clover Dashboard, Clover Web Dashboard,  Clover Sport (formerly Bypass)) (collectively, "Clover POS") |
| --- | --- |
| |  For example,  Clover POS demonstrates  that Item sales, orders, and other features  may be accessed through the Clover Web Dashboard  with information  from the POS terminals:  Retail Webinar  at https://youtu.be/002k57_Q4N0 <br>• (41:52):  Item sales from all POS terminals  in Dashboard <br>• (47:30):  changes to inventory  from Web Dashboard  that update immediately  to all devices |

*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6-22-CV-634-ADA
Exhibit C, Claim Chart for U.S. Pat. No. 11,226,793

| Claim Language | Accused Instrumentality: Clover POS System (including Clover Station Solo, Clover Station Duo (formerly Station Pro), Clover Mini, Clover Dashboard, Clover Web Dashboard, Clover Sport (formerly Bypass)) (collectively, "Clover POS") |
|---|---|
| |  |

*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6-22-CV-634-ADA
Exhibit C, Claim Chart for U.S. Pat. No. 11,226,793

| Claim Language | Accused Instrumentality: Clover POS System (including Clover Station Solo, Clover Station Duo (formerly Station Pro), Clover Mini, Clover Dashboard, Clover Web Dashboard, Clover Sport (formerly Bypass)) (collectively, "Clover POS") |
|---|---|
| | <br><br>*See also* ability to access transaction reports generated from POS system on either POS device or remote Web Dashboard: Table Service Restaurant Webinar at https://youtu.be/v7sBOQ66rYw Transaction reports demo @ (40:00)<br><br>*See also* Clover Sport Article at https://www.businesswire.com/news/home/20220914005340/en/Clover-Sport-to-Power-New-Commerce-Experiences-in-the-Big-Easy |

*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6-22-CV-634-ADA
Exhibit C, Claim Chart for U.S. Pat. No. 11,226,793

| | |
|---|---|
| provisioning the one or more POS terminals with the information over the network to create, or modify based on the further information the one or more POS screens displayed on the one or more POS terminals; | Clover POS includes provisioning the one or more POS terminals with the information over the network to create, or modify based on the further information the one or more POS screens displayed on the one or more POS terminals.<br><br>For example, Clover POS includes options to configure an online ordering service that is completely integrated with the POS terminal.<br><br> |

*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6-22-CV-634-ADA
Exhibit C, Claim Chart for U.S. Pat. No. 11,226,793

| | |
|---|---|
| | *Source*: https://www.youtube.com/watch?v=MBbUo0XlFD0<br><br>For example, Clover POS allows a menu to be built by item on the Web Dashboard on a web browser or the Clover device at https://www.youtube.com/watch?v=HgKrGiZj5hE @ (00:47):<br><br> |

*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6-22-CV-634-ADA
Exhibit C, Claim Chart for U.S. Pat. No. 11,226,793



*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6-22-CV-634-ADA
Exhibit C, Claim Chart for U.S. Pat. No. 11,226,793



*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6-22-CV-634-ADA
Exhibit C, Claim Chart for U.S. Pat. No. 11,226,793



*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6-22-CV-634-ADA
Exhibit C, Claim Chart for U.S. Pat. No. 11,226,793



*See also* Retail Webinar at https://youtu.be/002k57_Q4N0
- (41:52): Item sales from all POS terminals in Dashboard
- (47:30): changes to inventory from Web Dashboard that update immediately to all devices

*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6-22-CV-634-ADA
Exhibit C, Claim Chart for U.S. Pat. No. 11,226,793

| Claim Language | Accused Instrumentality: Clover POS System (including Clover Station Solo, Clover Station Duo (formerly Station Pro), Clover Mini, Clover Dashboard, Clover Web Dashboard, Clover Sport (formerly Bypass)) (collectively, "Clover POS") |
|---|---|
| |  |

*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6-22-CV-634-ADA
Exhibit C, Claim Chart for U.S. Pat. No. 11,226,793

| | |
|---|---|
| wherein the further information regarding the one or more POS transactions, the information used for creating or modifying the one or more POS screens, or a combination thereof comprises one or more of employee clock information, customer add/update information, item add/update information, promotion information, loyalty point information, discount information, taxation information, item cost information, or inventory information; and | Clover POS includes wherein the further information regarding the one or more POS transactions, the information used for creating or modifying the one or more POS screens, or a combination thereof comprises one or more of employee clock information, customer add/update information, item add/update information, promotion information, loyalty point information, discount information, taxation information, item cost information, or inventory information.<br><br>*See* "Clover Home Web Dashboard Overview" at https://www.youtube.com/watch?v=tTSSFpUhZJ8<br><br><br><br>*See also* Counter Service Video (2:29): "In inventory, click on items and add new item. Fill out the fields you need, and since you've already set up categories, modifiers and labels, you can simply select them in the drop down menus." |

*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6-22-CV-634-ADA
Exhibit C, Claim Chart for U.S. Pat. No. 11,226,793

| | |
|---|---|
| | *See also id.* |
| | ## Build your restaurant food and beverage menu |
| | Build your menu by adding food and beverage items using the Inventory app on the Web Dashboard. When you build a menu, you can also define menu item modifiers to help the cashier take precise orders. |
| | To build your menu: |
| | 1. On a web browser, log in to the Web Dashboard. |
| | 2. Click **Inventory > Category > Add New Category**. Decide whether you want to group similar menu items into categories for easier management. If you do, create a few categories, such as food or bar. Reports also group items by category for easier reading. After you create a category here, you can add items to it. |
| | 3. Click **Inventory > Labels > Add New Label**. Create labels for your menu items to easily sort them for specific purposes, such as revenue class accounting. For example, you might have a walk-up eatery and a food truck, each with separate revenue accounting. You can create a label for each revenue class. Then attach each revenue class label to items in that revenue class. And report taxes easily for that revenue class. |
| | 4. Click **Inventory > Modifier Groups > Add New Modifier Group**. Some menu items are ordered in a modified way, such as steak cooked rare or medium. Create modifiers and add their modifier groups to let the kitchen know exactly what the customer wants. You can also create modifiers for add-on items that cost extra, such as toppings. |
| | 5. Click **Inventory > Items > Add New Item**. Add menu items on this page. Fill in the details for each new item. Only the name is required. Add the item to a category. If your servers will order the item in several different ways, add it to a modifier group. If you are using labels for reporting, attach a label to it. |
| | *See also¸* Prepare to work with inventories and menus at https://www.clover.com/help/prepare-to-work-with-inventories-and-menus/?device=ZKF1GcCo6sus0GkgWw6ku |

*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6-22-CV-634-ADA
Exhibit C, Claim Chart for U.S. Pat. No. 11,226,793

| | |
|---|---|
| | ## Add items three ways

You can add inventory items in three ways:

- Enter individual item details, either on a Clover device or on the Clover Web Dashboard. Use this method when you want to add one item at a time. You can also use this method to complete the details for item entries you have added in other ways.
- Scan merchandise barcodes. You can use this method when you have merchandise or stock available with barcode labels.
- Import inventory items as data from a spreadsheet. You can use this method when you want to add many items at the same time. You need each item name and any amount of additional information that describes the item. Clover supplies a spreadsheet template you can use.

See also: Add, edit, and remove inventory items

## Create item variants for merchandise differentiation

For the retail industry, variants let you assign variations to a single item. For example, if your business sells a men's dress shirt available in both broadcloth and twill, you'd create an item called **Dress Shirt**_, and create variants of broadcloth and twill.

To complete the transaction in the Register app, the employee chooses between Dress Shirt broadcloth and Dress Shirt twill.

For details, read about adding items with variants.

See also: Add, edit, and remove inventory items

*See also* Add, edit, and remove inventory items at https://www.clover.com/help/build-a-merchandise-inventory-or-restaurant-menu/?device=ZKF1GcCo6sus0GkgWw6ku

*See also id.*, "You can build your inventory or menu in the following ways: On the Web Dashboard, On any Clover device, Using a barcode scanner on a Clover device, Using a spreadsheet and the Web Dashboard."

*See also* Manually manage item availability at https://www.clover.com/en-US/help/manually-manage-item-availability |

*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6-22-CV-634-ADA
Exhibit C, Claim Chart for U.S. Pat. No. 11,226,793



*See also* Customize your system at https://www.clover.com/pos-systems



*See also* Clover Retail Webinar at https://youtu.be/002k57_Q4N0
- (25:15) Inventory on app and device: "We can adjust it on the device or we can do so online as well. . ."
- (25:44) Sync: "As soon as I change the price on here it's going to sync to all my devices as well. . ."
- (28:30) Add Items with Variants

*See also* Clover Table Service Restaurant Webinar at https://youtu.be/v7sBOQ66rYw
- (11:40) Real time, from anywhere: Re: restaurant floor plans, "Now likewise, I can do this from a computer. So say if I'm at home and they say 'we need this section open and y'all didn't open it, I can log into my Clover Web Dashboard on my computer or phone and edit the floor plan from my dashboard as well and it will just immediately update the systems at the restaurant."
- (29:45) Customization, on the main screen of the Clover device: "…accessible here, things like editing your menu can be done on site by clicking on the inventory app…" "…very simple to adjust…"
- (38:20) Customization, in the back office, on the Web Dashboard on a computer: "Whatever changes you make at the restaurant or from the computer, they will communicate with each other so what's nice

*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6-22-CV-634-ADA
Exhibit C, Claim Chart for U.S. Pat. No. 11,226,793

| Claim Language | Accused Instrumentality: Clover POS System (including Clover Station Solo, Clover Station Duo (formerly Station Pro), Clover Mini, Clover Dashboard, Clover Web Dashboard, Clover Sport (formerly Bypass)) (collectively, "Clover POS") |
|---|---|
| | is they synchronize within a few seconds, making things easy to keep up to date and whether you're working from home or the computer it makes it hopefully convenient." "All the tools here are available and you can access it at any given time." |

See also Clover Tour at: https://www.youtube.com/watch?v=zGAI-Cju4Ac
- (0:15): "Run your business from a Clover device or from virtually anywhere. Log into the web dashboard from any internet browser to manage everything from inventory to reports – its cloud-based. And syncs in real time with your Clover devices and apps."

See also Meet the Merchant: Bagels & Brew at https://blog.clover.com/bagels-and-brew/, "The thing I really appreciate . . . about using Clover is that we can update our menu and our prices in an instant." "Clover is so easy to use and we can update everything ourselves."

See also Meet the Merchant: La Gelati at https://blog.clover.com/meet-the-merchant-la-gelati/, "We learned that making changes to our menu was much easier than we imagined, and we were immediately happy with it."

See also Clover Restaurant Businesses Holiday 2020 Webinar at https://www.youtube.com/watch?v=x4hCW5IVuIE.   Last accessed on June 12, 2022.
- Stacy Shulis (spelling?) – Product Marketing Director for Clover Restaurant Products: (13:20) "Clover makes it super easy to create and to market an online ordering menu."
- (29:29) "Absolutely there are actually a few features [on registers] that you can customize online."
- (30:00) Customize the look of the register
- (32:00) Adding menu items demo
- (35:09) No limitations to how many times or how often you can change your menu; no waiting time to have your menu updated on your system, "happens almost instantly"
- (35:48) Capability to change menu items remotely

See also Clover Sport Article at https://www.businesswire.com/news/home/20220914005340/en/Clover-Sport-to-Power-New-Commerce-Experiences-in-the-Big-Easy

*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6-22-CV-634-ADA
Exhibit C, Claim Chart for U.S. Pat. No. 11,226,793

| wherein said further information regarding the one or more POS transactions relate to one or more transactions by corresponding customers respectively associated with at least one of said one or more POS terminals. | Clover POS includes wherein said further information regarding the one or more POS transactions relate to one or more transactions by corresponding customers respectively associated with at least one of said one or more POS terminals. <br><br> For example, Clover POS demonstrates that Item sales, orders, and other features may be accessed through the Clover Web Dashboard with information from the POS terminals: Retail Webinar at https://youtu.be/002k57_Q4N0 <br> • (41:52): Item sales from all POS terminals in Dashboard <br> • (47:30): changes to inventory from Web Dashboard that update immediately to all devices <br><br>  |

*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6-22-CV-634-ADA
Exhibit C, Claim Chart for U.S. Pat. No. 11,226,793

| Claim Language | Accused Instrumentality: Clover POS System (including Clover Station Solo, Clover Station Duo (formerly Station Pro), Clover Mini, Clover Dashboard, Clover Web Dashboard, Clover Sport (formerly Bypass)) (collectively, "Clover POS") |
|---|---|
| | <br><br>*See also* ability to access transaction reports generated from POS system on either POS device or remote Web Dashboard: Table Service Restaurant Webinar at https://youtu.be/v7sBOQ66rYw<br><br>• Transaction reports demo @ (40:00) |
| *Claim 44* | |
| 44. A web-based point of sale (POS) builder system comprising: | The discussion for claim 1 is herein incorporated by reference. |

*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6-22-CV-634-ADA
Exhibit C, Claim Chart for U.S. Pat. No. 11,226,793

| at least one server configured to: communicate with one or more POS terminals over a network comprising the Internet, | Clover POS includes at least one server configured to: communicate with one or more POS terminals over a network comprising the Internet. |
|---|---|
| | For example, Clover POS states that a "POS system should be tailored to your needs today and scale with your business. Build the system you need now, and expand as you grow with devices apps, and accessories." *Source*: https://www.clover.com/pos-systems |
| |  |
| | **COMPLETELY CUSTOMIZABLE** |
| | Your POS system should be tailored to your needs today and scale with your business. Build the system you need now, and expand as you grow with devices, apps, and accessories. |
| | *See also* "Accessible From Anywhere" at https://www.clover.com/pos-systems stating: "Clover's point-of-sale software syncs with the cloud, so you can access your sales, refunds, deposit, and reports, wherever you are or need to be." Last accessed on June 12, 2022. |

*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6-22-CV-634-ADA
Exhibit C, Claim Chart for U.S. Pat. No. 11,226,793



**ACCESSIBLE FROM ANYWHERE**

Clover's point-of-sale software syncs with
the cloud, so you can access your sales,
refunds, deposits, and reports, wherever
you are or need to be.

*See also* "Clover Home Web Dashboard Overview" at https://www.youtube.com/watch?v=tTSSFpUhZJ8

*See also* Clover Tour at: https://www.youtube.com/watch?v=zGAI-Cju4Ac

*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6-22-CV-634-ADA
Exhibit C, Claim Chart for U.S. Pat. No. 11,226,793

| Claim Language | Accused Instrumentality: Clover POS System (including Clover Station Solo, Clover Station Duo (formerly Station Pro), Clover Mini, Clover Dashboard, Clover Web Dashboard, Clover Sport (formerly Bypass)) (collectively, "Clover POS") |
|---|---|
| | *See also* Clover Enterprise Architecture: "Clover devices can connect to Clover's servers via Wi-Fi, wired Ethernet, or 3G. Clover has 2 sets of redundant servers located at two separate Softlayer data centers in Texas. Both sets of servers have private direct connections to the Omaha and Chandler Rapid Connect gateways."<br><br> |

*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6-22-CV-634-ADA
Exhibit C, Claim Chart for U.S. Pat. No. 11,226,793

| wherein the one or more POS terminals are configured to display one or more POS screens; | Clover POS includes wherein the one or more POS terminals are configured to display one or more POS screens.<br><br>Clover POS includes wherein the one or more POS terminals are configured to display one or more POS screens.<br><br><br><br>*Source*: https://www.clover.com/shop.   Last accessed on June 12, 2022.<br><br>*See also* Clover Service Business Holiday 2020 Webinar at https://youtu.be/XU1Gnk2BLn4 |

*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6-22-CV-634-ADA
Exhibit C, Claim Chart for U.S. Pat. No. 11,226,793



*See also* Clover Home Web Dashboard at https://www.youtube.com/watch?v=tTSSFpUhZJ8

*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6-22-CV-634-ADA
Exhibit C, Claim Chart for U.S. Pat. No. 11,226,793

| Claim Language | Accused Instrumentality:  Clover POS System (including  Clover Station Solo, Clover Station  Duo (formerly  Station Pro),  Clover Mini,  Clover Dashboard,  Clover Web  Dashboard,  Clover Sport (formerly Bypass)) (collectively, "Clover POS") |
|---|---|
|  |  |

*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6-22-CV-634-ADA
Exhibit C, Claim Chart for U.S. Pat. No. 11,226,793

| receive, over the network from a POS builder interface, information for creating or modifying functionality of the one or more POS terminals; | Clover POS includes receive, over the network from a POS builder interface, information for creating or modifying functionality of the one or more POS terminals. |
|---|---|
| | For example, Clover POS includes options to configure an online ordering service that is completely integrated with the POS terminal. |
| |  |
| | *Source*: https://www.youtube.com/watch?v=MBbUo0XlFD0 |

*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6-22-CV-634-ADA
Exhibit C, Claim Chart for U.S. Pat. No. 11,226,793

| Claim Language | Accused Instrumentality: Clover POS System (including Clover Station Solo, Clover Station Duo (formerly Station Pro), Clover Mini, Clover Dashboard, Clover Web Dashboard, Clover Sport (formerly Bypass)) (collectively, "Clover POS") |
|---|---|
| | *See also* How to View the Smart Online Orders on the Clover Device at https://www.youtube.com/watch?v=u6hEWekBmXU <br><br> For example, Clover POS allows a menu to be built by item on the Web Dashboard on a web browser or the Clover device at https://www.youtube.com/watch?v=HgKrGiZj5hE @ (00:47): <br><br>  |

*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6-22-CV-634-ADA
Exhibit C, Claim Chart for U.S. Pat. No. 11,226,793

| Claim Language | Accused Instrumentality:  Clover POS System (including  Clover Station Solo, Clover Station Duo (formerly  Station Pro), Clover Mini, Clover Dashboard, Clover Web Dashboard, Clover Sport (formerly Bypass)) (collectively, "Clover POS") |
|---|---|
| receive, from at least one of the one or more POS terminals  over the network, further information regarding  one or more POS transactions corresponding  to the one or more items; and | Clover POS includes  receive, from at least one of the one or more POS terminals  over the network, further information  regarding one or more POS transactions  corresponding to the one or more items.<br><br>For example, Clover POS states that a "POS system should be tailored to your needs today and scale with your business. Build the system you need now, and expand as you grow with devices apps, and accessories." *Source*: https://www.clover.com/pos-systems<br><br>*See also* "Accessible From Anywhere" at https://www.clover.com/pos-systems stating: "Clover's point-of-sale software sync with the cloud, so you can access your sales, refunds, deposit, and reports, wherever you are or need to be." Last accessed on June 12, 2022.<br><br>*See also* "Clover Home Web Dashboard Overview" at https://www.youtube.com/watch?v=tTSSFpUhZJ8<br><br> |

124

*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6-22-CV-634-ADA
Exhibit C, Claim Chart for U.S. Pat. No. 11,226,793

| Claim Language | Accused Instrumentality: Clover POS System (including Clover Station Solo, Clover Station Duo (formerly Station Pro), Clover Mini, Clover Dashboard, Clover Web Dashboard, Clover Sport (formerly Bypass)) (collectively, "Clover POS") |
|---|---|
| | For example, Clover POS demonstrates that Item sales, orders, and other features may be accessed through the Clover Web Dashboard with information from the POS terminals: Retail Webinar at https://youtu.be/002k57_Q4N0 <br> • (41:52): Item sales from all POS terminals in Dashboard <br> • (47:30): changes to inventory from Web Dashboard that update immediately to all devices <br><br>  |

*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6-22-CV-634-ADA
Exhibit C, Claim Chart for U.S. Pat. No. 11,226,793

| Claim Language | Accused Instrumentality:  Clover POS System (including  Clover Station Solo, Clover Station Duo (formerly  Station Pro), Clover Mini, Clover Dashboard, Clover Web Dashboard, Clover Sport (formerly Bypass)) (collectively, "Clover POS") |
|---|---|
| | <br><br>*See also* ability to access transaction reports generated from POS system on either POS device or remote Web Dashboard: Table Service Restaurant Webinar at https://youtu.be/v7sBOQ66rYw<br>Transaction reports demo @ (40:00) |

*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6-22-CV-634-ADA
Exhibit C, Claim Chart for U.S. Pat. No. 11,226,793

| configure the one or more POS terminals with the information over the network to create, or modify based on the further information the functionality of the one or more POS terminals; | Clover POS includes configure the one or more POS terminals with the information over the network to create, or modify based on the further information the functionality of the one or more POS terminals. For example, Clover POS demonstrates that Item sales, orders, and other features may be accessed through the Clover Web Dashboard with information from the POS terminals: Retail Webinar at https://youtu.be/002k57_Q4N0 <br><br> • (41:52): Item sales from all POS terminals in Dashboard <br> • (47:30): changes to inventory from Web Dashboard that update immediately to all devices <br><br>  |

*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6-22-CV-634-ADA
Exhibit C, Claim Chart for U.S. Pat. No. 11,226,793



*See also id.,* ability to access transaction reports generated from POS system on either POS device or remote Web Dashboard: Table Service Restaurant Webinar at https://youtu.be/v7sBOQ66rYw
Transaction reports demo @ (40:00)

For example, Clover POS transactions include further information regarding loyalty point information and inventory information. *See* Clover Station Brochure, p. 4:

*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6-22-CV-634-ADA
Exhibit C, Claim Chart for U.S. Pat. No. 11,226,793

|  |  |
|---|---|
|  | **Professional-grade tools free you to focus on what matters.**<br><br>Clover™ Station arrives pre-loaded with everything you need to accept payments and run your business more efficiently. Its cloud-based software enables you to manage your inventory, track revenues, and generate reports— empowering you to see inside your operations and work smarter.<br><br>**PRODUCTIVITY AT THE POINT OF SALE.**<br>With every sale, Clover Station automatically tracks inventory and builds a transaction record. And customers can opt-in to loyalty programs so that you can start building lasting relationships and drive repeat business.<br><br>For example, Using the Clover Web Dashboard (source: https://www.youtube.com/watch?v=xHiR9E3Awoc |

*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6-22-CV-634-ADA
Exhibit C, Claim Chart for U.S. Pat. No. 11,226,793

| Claim Language | Accused Instrumentality: Clover POS System (including Clover Station Solo, Clover Station Duo (formerly Station Pro), Clover Mini, Clover Dashboard, Clover Web Dashboard, Clover Sport (formerly Bypass)) (collectively, "Clover POS") |
|---|---|
| |  |

*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6-22-CV-634-ADA
Exhibit C, Claim Chart for U.S. Pat. No. 11,226,793

| | |
|---|---|
| wherein the further information regarding the one or more POS transactions, the information used for creating or modifying the one or more POS screens, or a combination thereof comprises one or more of employee clock information, customer add/update information, item add/update information, promotion information, loyalty point information, discount information, taxation information, item cost information, or inventory information; and | Clover POS includes wherein the further information regarding the one or more POS transactions, the information used for creating or modifying the one or more POS screens, or a combination thereof comprises one or more of employee clock information, customer add/update information, item add/update information, promotion information, loyalty point information, discount information, taxation information, item cost information, or inventory information.<br><br>Clover POS includes configure the one or more POS terminals with the information over the network to create or modify based on the further information regarding one or more POS transactions the one or more POS screens displayed on the one or more POS terminals.<br><br>For example, Clover POS demonstrates that Item sales, orders, and other features may be accessed through the Clover Web Dashboard with information from the POS terminals: Retail Webinar at https://youtu.be/002k57_Q4N0<br>• (41:52): Item sales from all POS terminals in Dashboard<br>• (47:30): changes to inventory from Web Dashboard that update immediately to all devices |

*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6-22-CV-634-ADA
Exhibit C, Claim Chart for U.S. Pat. No. 11,226,793



*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6-22-CV-634-ADA
Exhibit C, Claim Chart for U.S. Pat. No. 11,226,793



*See also id.,* ability to access transaction reports generated from POS system on either POS device or remote Web Dashboard: Table Service Restaurant Webinar at https://youtu.be/v7sBOQ66rYw
Transaction reports demo @ (40:00)

For example, Clover POS transactions include further information regarding loyalty point information and inventory information. *See* Clover Station Brochure, p. 4:

*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6-22-CV-634-ADA
Exhibit C, Claim Chart for U.S. Pat. No. 11,226,793

## Professional-grade tools free you to focus on what matters.

Clover™ Station arrives pre-loaded with everything you need to accept payments and run your business more efficiently. Its cloud-based software enables you to manage your inventory, track revenues, and generate reports— empowering you to see inside your operations and work smarter.

**PRODUCTIVITY AT THE POINT OF SALE.**
With every sale, Clover Station automatically tracks inventory and builds a transaction record. And customers can opt-in to loyalty programs so that you can start building lasting relationships and drive repeat business.

For example, Using the Clover Web Dashboard (source: https://www.youtube.com/watch?v=xHiR9E3Awoc):

*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6-22-CV-634-ADA
Exhibit C, Claim Chart for U.S. Pat. No. 11,226,793

| Claim Language | Accused Instrumentality: Clover POS System (including Clover Station Solo, Clover Station Duo (formerly Station Pro), Clover Mini, Clover Dashboard, Clover Web Dashboard, Clover Sport (formerly Bypass)) (collectively, "Clover POS") |
|---|---|
| |  *See also* Clover Sport Article at https://www.businesswire.com/news/home/20220914005340/en/Clover-Sport-to-Power-New-Commerce-Experiences-in-the-Big-Easy |

*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6-22-CV-634-ADA
Exhibit C, Claim Chart for U.S. Pat. No. 11,226,793

| wherein said further information regarding the one or more POS transactions relate to one or more transactions by corresponding customers respectively associated with at least one of said one or more POS terminals. | Clover POS includes wherein said further information regarding the one or more POS transactions relate to one or more transactions by corresponding customers respectively associated with at least one of said one or more POS terminals.<br><br>For example, Clover POS demonstrates that Item sales, orders, and other features may be accessed through the Clover Web Dashboard with information from the POS terminals: Retail Webinar at https://youtu.be/002k57_Q4N0<br><ul><li>(41:52): Item sales from all POS terminals in Dashboard</li><li>(47:30): changes to inventory from Web Dashboard that update immediately to all devices</li></ul> |

*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6-22-CV-634-ADA
Exhibit C, Claim Chart for U.S. Pat. No. 11,226,793



*See also id.,* ability to access transaction reports generated from POS system on either POS device or remote Web Dashboard: Table Service Restaurant Webinar at https://youtu.be/v7sBOQ66rYw
Transaction reports demo @ (40:00)

For example, Clover POS transactions include further information regarding loyalty point information, inventory information, and discount information. *See* Clover Station Brochure, p. 4, 6:

*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6-22-CV-634-ADA
Exhibit C, Claim Chart for U.S. Pat. No. 11,226,793

## Professional-grade tools free you to focus on what matters.

Clover™ Station arrives pre-loaded with everything you need to accept payments and run your business more efficiently. Its cloud-based software enables you to manage your inventory, track revenues, and generate reports— empowering you to see inside your operations and work smarter.

**PRODUCTIVITY AT THE POINT OF SALE.**

With every sale, Clover Station automatically tracks inventory and builds a transaction record. And customers can opt-in to loyalty programs so that you can start building lasting relationships and drive repeat business.

*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6-22-CV-634-ADA
Exhibit C, Claim Chart for U.S. Pat. No. 11,226,793

**UNLIMITED CUSTOMIZATION.
INFINITE POSSIBILITIES.**

Explore the App Market and download apps designed for businesses just like yours. We're continually adding new apps for your every need, including:

Shifts

Perka

Discounts

Happy Hour

Tables

Insightics

Card Transactions

Orders

Customers

*See also* Point of Sale Reporting and Sales Tracking, p. 6:

*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6-22-CV-634-ADA
Exhibit C, Claim Chart for U.S. Pat. No. 11,226,793



*See also* POS Systems & Software pp. 8, 9

*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6-22-CV-634-ADA
Exhibit C, Claim Chart for U.S. Pat. No. 11,226,793



For example, Using the Clover Web Dashboard (source: https://www.youtube.com/watch?v=xHiR9E3Awoc):

*CloudofChange, LLC v. Clover Network Inc.*, Case No.: 6-22-CV-634-ADA
Exhibit C, Claim Chart for U.S. Pat. No. 11,226,793

| Claim Language | Accused Instrumentality: Clover POS System (including Clover Station Solo, Clover Station Duo (formerly Station Pro), Clover Mini, Clover Dashboard, Clover Web Dashboard, Clover Sport (formerly Bypass)) (collectively, "Clover POS") |
|---|---|
| |  |