IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| CLOUDOFCHANGE, LLC,<br><br>　　　　Plaintiff,<br>v.<br><br>CLOVER NETWORK, INC.,<br><br>　　　　Defendant. | Civil Action No. 6:22-CV-00634-ADA-DTG<br><br>JURY TRIAL DEMANDED |

### DECLARATION OF KEVIN ALBERT

I, Kevin Albert, hereby declare the following under penalty of perjury under the laws of the United States:

1. I am over eighteen years of age, of sound mind, and am competent to make this declaration. I have personal knowledge of the facts stated herein.

2. I am a Senior Director of Software Engineering for the Clover Sport product.

3. In my role as Senior Director of Software Engineering, I have worked with and managed both Adam Deane and Stephen Harker in the Austin, Texas office where Clover Sport formerly Bypass Mobile was and continues to be developed.

4. Both Mr. Harker and Mr. Deane are Senior Managers of Software Engineering for the Clover Sport product, formerly known as Bypass.

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 22, 2022.

*/s/ Kevin R. Albert*