# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| CLOUDOFCHANGE, LLC, <br><br> Plaintiff, <br> v. <br><br> CLOVER NETWORK, INC., <br><br> Defendant. | Civil Action No. 6:22-CV-00634-ADA-DTG <br><br> JURY TRIAL DEMANDED |

## **ORDER**

This Court, after considering Clover Network, LLC's Motion for Protective Order, is of the opinion that the Motion should be granted.

IT IS HEREBY ORDERED that Clover's Motion for Protective Order is **GRANTED** and venue discovery associated with Clover Sport, including but not limited to the depositions of Mr. Deane and Mr. Harker, is precluded.

**SIGNED** this ____ day of _____, 2022.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE