# EXHIBIT 1

# EXHIBIT 1

| | |
|---|---|
| **From:** | Edgar Gonzalez |
| **To:** | "Kelly Ransom"; Steve Ravel |
| **Cc:** | Caitlyn Hubbard; Todd Patterson; Jay Yates; Kyrie Cameron; Jordan Brown; Garrett Anderson; Matt Graham; Angela Grohs |
| **Bcc:** | Edgar Gonzalez |
| **Subject:** | RE: [CloudofChange v. Clover] Draft Agreed Protective Order |
| **Date:** | Friday, December 23, 2022 10:33:14 AM |
| **Attachments:** | image003.png |

Kelly and Steve,

Thanks for meeting with us yesterday. In light of (1) Clover's decision to continue pursuing its motion to stay; (2) discovery deadlines associated with Clover's motion to transfer; and (3) Clover's discovery dispute related to depositions and written discovery for jurisdictional/venue discovery, CloudofChange opposes Clover's request for an extension of its answer due on December 27, 2022.

While we normally would extend the professional courtesy to accommodate opposing counsel's request (as we have with Clover earlier in this case on at least two occasions), Clover's current and upcoming motions that you shared at our conference force us to continue to diligently move forward with the case so that our client's interests are not negatively impacted. We trust that Clover has adequately prepared for the current answer due date given that we filed our amended complaint on Dec. 12, 2022 (12 days ago including today).

We note that Clover's intent to seek a protective order today regarding jurisdictional/venue discovery puts our team in a similar position of having to address this issue over the holidays without an extension given our need to move forward with the case.

Alternatively, CloudofChange would be happy to discuss the extension should Clover decide to drop its motion to stay the case. We are available to discuss this option today at your convenience.

Thanks, and happy holidays.

Best regards,
Edgar

**Edgar Gonzalez** • Associate
**PATTERSON + SHERIDAN LLP**
**24 Greenway Plaza, Suite 1600, Houston, TX 77046**
**Main:**     713.623.4844 Ext 2182
**Direct:**   713.576.5025
**Fax:**      713.623.4846
**Email:** egonzalez@pattersonsheridan.com
http://www.pattersonsheridan.com

CONFIDENTIAL INFORMATION
This transmission contains information from the law firm of Patterson + Sheridan LLP which is confidential or privileged. The information is intended to be for the use of the individual or entity named on this transmission. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this transmission in error, please notify us by telephone immediately so that we can arrange for the retrieval of the original documents at no cost to you. Alternatively, notify the sender by replying to this transmission and delete the message without disclosing it. Thank you.

**From:** Kelly Ransom <Kelly.Ransom@kellyhart.com>
**Sent:** Thursday, December 22, 2022 2:34 PM
**To:** Edgar Gonzalez <EGonzalez@pattersonsheridan.com>
**Cc:** Caitlyn Hubbard <Caitlyn.Hubbard@kellyhart.com>; Todd Patterson <TPatterson@pattersonsheridan.com>; Jay Yates <JYates@pattersonsheridan.com>; Kyrie Cameron <KCameron@pattersonsheridan.com>; Jordan Brown <JBrown@pattersonsheridan.com>; Garrett Anderson <GAnderson@pattersonsheridan.com>; Matt Graham <MGraham@pattersonsheridan.com>; Angela Grohs <AGrohs@pattersonsheridan.com>; Steve Ravel

<steve.ravel@kellyhart.com>
**Subject:** RE: [CloudofChange v. Clover] Draft Agreed Protective Order

[CAUTION] External Email. Please do not click links or open attachments unless the source is trusted or has been verified.

Hi Edgar,

We are available at 3 CT today.

**Kelly Ransom**
Partner
*Licensed to Practice in Louisiana, Texas, and Alabama*



400 POYDRAS STREET SUITE 1812
NEW ORLEANS, LOUISIANA 70130
TELEPHONE: 504-522-1812
FAX: 504-522-1813
CELL: 504-390-6780

kelly.ransom@kellyhart.com
www.kellyhart.com

This e-mail and any attachments are for use by the intended recipient and may contain confidential, privileged or proprietary information. Any use, dissemination, distribution, or reproduction of this message by unintended recipients is prohibited. If you have received this e-mail in error, please notify the sender immediately by telephone or e-mail and delete the original message. Thank you.

**From:** Edgar Gonzalez <EGonzalez@pattersonsheridan.com>
**Sent:** Thursday, December 22, 2022 1:23 PM
**To:** Kelly Ransom <Kelly.Ransom@kellyhart.com>
**Cc:** Caitlyn Hubbard <Caitlyn.Hubbard@kellyhart.com>; Todd Patterson <TPatterson@pattersonsheridan.com>; Jay Yates <JYates@pattersonsheridan.com>; Kyrie Cameron <KCameron@pattersonsheridan.com>; Jordan Brown <JBrown@pattersonsheridan.com>; Garrett Anderson <GAnderson@pattersonsheridan.com>; Matt Graham <MGraham@pattersonsheridan.com>; Angela Grohs <AGrohs@pattersonsheridan.com>; Steve Ravel <steve.ravel@kellyhart.com>
**Subject:** RE: [CloudofChange v. Clover] Draft Agreed Protective Order

**EXTERNAL SENDER ALERT - This message originated outside the Kelly Hart domain. Please exercise caution when opening attachments, following links or responding to this message.**

Thanks, Kelly.

Best regards,
Edgar

**Edgar Gonzalez** • Associate
**PATTERSON + SHERIDAN LLP**
**24 Greenway Plaza, Suite 1600, Houston, TX 77046**
**Main:**   713.623.4844 Ext 2182
**Direct:**   713.576.5025
**Fax:**   713.623.4846
**Email:** egonzalez@pattersonsheridan.com
http://www.pattersonsheridan.com

CONFIDENTIAL INFORMATION

This transmission contains information from the law firm of Patterson + Sheridan LLP which is confidential or privileged. The information is intended to be for the use of the individual or entity named on this transmission. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this transmission in error, please notify us by telephone immediately so that we can arrange for the retrieval of the original documents at no cost to you. Alternatively, notify the sender by replying to this transmission and delete the message without disclosing it. Thank you.

**From:** Kelly Ransom <Kelly.Ransom@kellyhart.com>
**Sent:** Thursday, December 22, 2022 1:22 PM
**To:** Edgar Gonzalez <EGonzalez@pattersonsheridan.com>; Steve Ravel <steve.ravel@kellyhart.com>
**Cc:** Caitlyn Hubbard <Caitlyn.Hubbard@kellyhart.com>; Todd Patterson <TPatterson@pattersonsheridan.com>; Jay Yates <JYates@pattersonsheridan.com>; Kyrie Cameron <KCameron@pattersonsheridan.com>; Jordan Brown <JBrown@pattersonsheridan.com>; Garrett Anderson <GAnderson@pattersonsheridan.com>; Matt Graham <MGraham@pattersonsheridan.com>; Angela Grohs <AGrohs@pattersonsheridan.com>
**Subject:** RE: [CloudofChange v. Clover] Draft Agreed Protective Order

[CAUTION] External Email. Please do not click links or open attachments unless the source is trusted or has been verified.

Hi Edgar,
We are tied up until later this afternoon but I will get back to you regarding our availability by 3 pm CT.

**Kelly Ransom**
Partner
*Licensed to Practice in Louisiana, Texas, and Alabama*



400 POYDRAS STREET SUITE 1812
NEW ORLEANS, LOUISIANA 70130
TELEPHONE: 504-522-1812
FAX: 504-522-1813
CELL: 504-390-6780

kelly.ransom@kellyhart.com
www.kellyhart.com

This e-mail and any attachments are for use by the intended recipient and may contain confidential, privileged or proprietary information. Any use, dissemination, distribution, or reproduction of this message by unintended recipients is prohibited. If you have received this e-mail in error, please notify the sender immediately by telephone or e-mail and delete the original message. Thank you.

**From:** Edgar Gonzalez <EGonzalez@pattersonsheridan.com>
**Sent:** Wednesday, December 21, 2022 2:25 PM
**To:** Steve Ravel <steve.ravel@kellyhart.com>
**Cc:** Kelly Ransom <Kelly.Ransom@kellyhart.com>; Caitlyn Hubbard <Caitlyn.Hubbard@kellyhart.com>; Todd Patterson <TPatterson@pattersonsheridan.com>; Jay Yates <JYates@pattersonsheridan.com>; Kyrie Cameron <KCameron@pattersonsheridan.com>; Jordan Brown <JBrown@pattersonsheridan.com>; Garrett Anderson <GAnderson@pattersonsheridan.com>; Matt Graham <MGraham@pattersonsheridan.com>; Angela Grohs <AGrohs@pattersonsheridan.com>
**Subject:** Re: [CloudofChange v. Clover] Draft Agreed Protective Order

**EXTERNAL SENDER ALERT - This message originated outside the Kelly Hart domain. Please exercise caution when opening attachments, following links or responding to this message.**

Tomorrow afternoon works for us. Does 2:00 PM CT work?

Best regards,
Edgar

**Edgar Gonzalez** • Associate
**PATTERSON + SHERIDAN LLP**
<u>24 Greenway Plaza, Suite 1600, Houston, TX 77046</u>
**Main:**     713.623.4844 Ext 2182
**Direct:**   713.576.5025
**Fax:**      713.623.4846
**Email:** egonzalez@pattersonsheridan.com
http://www.pattersonsheridan.com


On Dec 21, 2022, at 14:09, Steve Ravel <steve.ravel@kellyhart.com> wrote:

<0.jpg>
I've had something come up.  How does tomorrow afternoon look?

---

**From:** Steve Ravel
**Sent:** Wednesday, December 21, 2022 12:39 PM
**To:** 'Edgar Gonzalez' <EGonzalez@pattersonsheridan.com>; Kelly Ransom <Kelly.Ransom@kellyhart.com>; Caitlyn Hubbard <Caitlyn.Hubbard@kellyhart.com>
**Cc:** Todd Patterson <TPatterson@pattersonsheridan.com>; Jay Yates <JYates@pattersonsheridan.com>; Kyrie Cameron <KCameron@pattersonsheridan.com>; Jordan Brown <JBrown@pattersonsheridan.com>; Garrett Anderson <GAnderson@pattersonsheridan.com>; Matt Graham <MGraham@pattersonsheridan.com>; Angela Grohs <AGrohs@pattersonsheridan.com>
**Subject:** RE: [CloudofChange v. Clover] Draft Agreed Protective Order

Hey Kelly,

Do you have time to chat with "Jay's posse" or some sub-set of it around 4 this afternoon?

---

**From:** Edgar Gonzalez <EGonzalez@pattersonsheridan.com>
**Sent:** Wednesday, December 21, 2022 12:10 PM
**To:** Steve Ravel <steve.ravel@kellyhart.com>; Kelly Ransom <Kelly.Ransom@kellyhart.com>; Caitlyn Hubbard <Caitlyn.Hubbard@kellyhart.com>
**Cc:** Todd Patterson <TPatterson@pattersonsheridan.com>; Jay Yates <JYates@pattersonsheridan.com>; Kyrie Cameron <KCameron@pattersonsheridan.com>; Jordan Brown <JBrown@pattersonsheridan.com>; Garrett Anderson <GAnderson@pattersonsheridan.com>; Matt Graham <MGraham@pattersonsheridan.com>; Angela Grohs <AGrohs@pattersonsheridan.com>
**Subject:** RE: [CloudofChange v. Clover] Draft Agreed Protective Order

**EXTERNAL SENDER ALERT - This message originated outside the Kelly Hart domain. Please exercise caution when opening attachments, following links or responding to this message.**

Glad to hear you are always happy to speak with us. The feeling is mutual.

We hoped to have a short conversation to prevent any need for a protracted email exchange or parties reaching out to the Court before conferring on potential joint issues (*e.g.*, requesting a hearing), which we think would be "out of the ordinary."

With respect to deposition notices, we would like to confirm logistics (*e.g.*, dates, locations). On the PO, we do not anticipate any issues, but thought it would be efficient to have a preliminary discussion if there is a need to modify the Court's model PO.

We are available to discuss your two issues today at your earliest convenience. Let us know when you would like to chat.

Thanks!

Best regards,
Edgar

**Edgar Gonzalez** • Associate
**PATTERSON + SHERIDAN LLP**
**24 Greenway Plaza, Suite 1600, Houston, TX 77046**
**Main:**   713.623.4844 Ext 2182
**Direct:**   713.576.5025
**Fax:**   713.623.4846
**Email:** egonzalez@pattersonsheridan.com
http://www.pattersonsheridan.com

CONFIDENTIAL INFORMATION

This transmission contains information from the law firm of Patterson + Sheridan LLP which is confidential or privileged. The information is intended to be for the use of the individual or entity named on this transmission. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this transmission in error, please notify us by telephone immediately so that we can arrange for the retrieval of the original documents at no cost to you. Alternatively, notify the sender by replying to this transmission and delete the message without disclosing it. Thank you.

---

**From:** Steve Ravel <steve.ravel@kellyhart.com>
**Sent:** Tuesday, December 20, 2022 2:48 PM
**To:** Edgar Gonzalez <EGonzalez@pattersonsheridan.com>; Kelly Ransom <Kelly.Ransom@kellyhart.com>; Caitlyn Hubbard <Caitlyn.Hubbard@kellyhart.com>
**Cc:** Todd Patterson <TPatterson@pattersonsheridan.com>; Jay Yates <JYates@pattersonsheridan.com>; Kyrie Cameron <KCameron@pattersonsheridan.com>; Jordan Brown <JBrown@pattersonsheridan.com>; Garrett Anderson <GAnderson@pattersonsheridan.com>; Matt Graham <MGraham@pattersonsheridan.com>; Angela Grohs <AGrohs@pattersonsheridan.com>
**Subject:** RE: [CloudofChange v. Clover] Draft Agreed Protective Order

<image001.jpg>

> We are always happy to speak with you folks, but we do not understand either aspect of your meet and confer request. With respect to the deposition notices, what issue, in your view, is ripe for a meet and confer?
>
> We will promptly consider and discuss with our client the case wide PO you tendered last night, but our receiving a meet and confer request along with the first tender of a PO seems out of the ordinary. What is your thinking there?
>
> We have two issues of our own. Do you oppose an extension to respond to your amended complaint through and including January 25, 2023.
>
> Finally, will you join with us in requesting a zoom hearing on our motion to stay as soon as the Court deems appropriate?
>
> Thank you.

J. Stephen Ravel
Partner, Austin Office

<image002.png>
303 Colorado Street, Suite 2000
Austin, Texas 78701
(512) 495-6429 (phone)
(512) 495-6401 (fax)
steve.ravel@kellyhart.com   www.kellyhart.com

CONFIDENTIAL NOTICE: This electronic transmission and any documents or other writings sent with it constitute confidential information which is intended only for the named recipient and which may be legally privileged. If you have received this communication in error, do not read it. Please reply to the sender at Kelly Hart & Hallman LLP that you have received the message in error. Then delete it. Any disclosure, copying, distribution or the taking of any action concerning the contents of this communication or any attachment(s) by anyone other than the named recipient is strictly prohibited.

---

**From:** Edgar Gonzalez <EGonzalez@pattersonsheridan.com>
**Sent:** Monday, December 19, 2022 10:01 PM
**To:** Steve Ravel <steve.ravel@kellyhart.com>; Kelly Ransom <Kelly.Ransom@kellyhart.com>; Caitlyn Hubbard <Caitlyn.Hubbard@kellyhart.com>
**Cc:** Todd Patterson <TPatterson@pattersonsheridan.com>; Jay Yates <JYates@pattersonsheridan.com>; Kyrie Cameron <KCameron@pattersonsheridan.com>; Jordan Brown <JBrown@pattersonsheridan.com>; Garrett Anderson <GAnderson@pattersonsheridan.com>; Matt Graham <MGraham@pattersonsheridan.com>; Angela Grohs <AGrohs@pattersonsheridan.com>
**Subject:** [CloudofChange v. Clover] Draft Agreed Protective Order

**EXTERNAL SENDER ALERT - This message originated outside the Kelly Hart domain. Please exercise caution when opening attachments, following links or responding to this message.**

Counsel,

Please let us know if you are available to meet and confer tomorrow morning regarding the attached draft protective order. The attached draft protective order is identical in substance to the Court's model protective order.

Additionally, we would like to meet and confer regarding our previously served deposition notices (attached).

Best regards,
Edgar

**Edgar Gonzalez** • Associate
**PATTERSON + SHERIDAN LLP**
**24 Greenway Plaza, Suite 1600, Houston, TX 77046**
**Main:**   713.623.4844 Ext 2182
**Direct:**   713.576.5025
**Fax:**   713.623.4846
**Email:** egonzalez@pattersonsheridan.com
http://www.pattersonsheridan.com

CONFIDENTIAL INFORMATION

This transmission contains information from the law firm of Patterson + Sheridan LLP which is confidential or privileged. The information is

intended to be for the use of the individual or entity named on this transmission. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this transmission in error, please notify us by telephone immediately so that we can arrange for the retrieval of the original documents at no cost to you. Alternatively, notify the sender by replying to this transmission and delete the message without disclosing it. Thank you.