UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| CloudofChange, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>Clover Network, Inc.,<br><br>    Defendant. | Case No. 6:22-cv-00634-ADA<br><br>**JURY TRIAL DEMANDED** |

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO SUPPLEMENT ITS
RESPONSE TO DEFENDANT'S MOTION TO TRANSFER VENUE (DKT. 61)**

1

Plaintiff CloudofChange, LLC ("Plaintiff" or "CloudofChange") seeks leave to amend its Response to Defendant Clover Network, LLC's ("Defendant" or "Clover") motion to transfer venue to the Northern District of California (Dkt. 61). Plaintiff attached a declaration from a third-party reseller, ▮▮▮▮▮▮▮▮ Price Professional Solutions, LLC d/b/a Clover Austin POS), in its Response to Defendant's motion to transfer. Dkt. 61-13 (Exhibit M); *see also* Dkt. 61, p. 9. Plaintiff did not receive the declaration from another third-party reseller, ▮▮▮▮▮▮ ▮▮▮▮ Supertill, LLC d/b/a Clover Texas), until February 20, 2023 – three days after the deadline to file its Response. Plaintiff seeks the Court's leave to supplement its Response by attaching ▮▮▮▮▮ declaration as Exhibit N.

| | |
|---|---|
| Dated: February 22, 2023 | Respectfully submitted, |
| | PATTERSON + SHERIDAN LLP |
| | |
| | */s/ John A. Yates* |
| | John A. Yates |
| | Attorney In Charge |
| | Texas State Bar No. 24056569 |
| | jyates@pattersonsheridan.com |
| | |
| | B. Todd Patterson |
| | Texas State Bar No. 00789537 |
| | tpatterson@pattersonsheridan.com |
| | |
| | Kyrie Kimber Cameron |
| | Texas State Bar No. 24097450 |
| | kcameron@pattersonsheridan.com |
| | |
| | Edgar Neil Gonzalez |
| | Texas State Bar No. 24092431 |
| | egonzalez@pattersonsheridan.com |
| | |
| | Jordan D. Brown |
| | Texas State Bar No. 24120724 |
| | jbrown@pattersonsheridan.com |
| | |
| | **Patterson + Sheridan LLP** |
| | 24 Greenway Plaza, Suite 1600 |
| | Houston, Texas 77046 |

(Tel): 713-623-4844
(Fax): 713-623-4846

Abelino Reyna
Texas State Bar No. 24000087
areyna@pattersonsheridan.com

Craig V. Depew
Texas State Bar No. 05655820
cdepew@pattersonsheridan.com

**Patterson + Sheridan LLP**
729 Washington Ave., Suite 200
Waco, Texas 76701
(Tel.): 254-777-5248
(Fax): 877-777-8071

*Attorneys for Plaintiff*
*CloudofChange, LLC*

## CERTIFICATE OF CONFERENCE

I hereby certify that on February 22, 2023, the parties met and conferred regarding whether Defendant Clover Network, LLC would oppose this motion. Defendant Clover Network, LLC does not oppose this motion.

*/s/ John A. Yates*
John A. Yates

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served on counsel of record on February 22, 2023.

*/s/ John A. Yates*
John A. Yates

