UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| CloudofChange, LLC, <br><br> Plaintiff, <br><br> v. <br><br> Clover Network, Inc., <br><br> Defendant. | Case No. 6:22-CV-00634-ADA-DTG <br><br> **JURY TRIAL DEMANDED** |

## ORDER DENYING DEFENDANT'S REQUEST TO COMPEL DISCOVERY

BEFORE THE COURT is Defendant Clover Network, LLC's ("Defendant" or "Clover") request to compel Plaintiff CloudofChange, LLC ("Plaintiff" or "CloudofChange") to produce documents responsive to Clover's Request for Production No. 4 and a 30(b)(6) witness to testify about why CloudofChange added Clover Sport to its First Amended Complaint when it did. CloudofChange objected to Defendant's production request and requested the Court: (1) deny Clover's request to compel discovery of CloudofChange's privileged communications or privileged work product, whether via testimony or document production; and (2) find no waiver of privileged communications or work product occurred.

The Court held a hearing on this motion on March 1, 2023. At the hearing, the Court orally denied Defendant's request. Further, the parties agreed and stipulated at the hearing that Plaintiff will produce a privilege log listing work-product documents related to Bypass Mobile, LLC or Clover Sport (including emails internal to Plaintiff's outside counsel) prior to the filing of the First Amended Complaint.

2

The Court has considered Defendant's request and finds that it should be DENIED.

SIGNED this 8th day of March, 2023.

                                                          HON. DEREK T. GILLILAND
                                                          UNITED STATES MAGISTRATE JUDGE