# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| **CLOUDOFCHANGE, LLC,**<br><br>     Plaintiff,<br>v.<br><br>**CLOVER NETWORK, INC.,**<br><br>     Defendant. | Civil Action No. 6:22-CV-00634-ADA-DTG<br><br>JURY TRIAL DEMANDED |

### NOTICE REGARDING CLOVER'S MOTION TO TRANSFER

Pursuant to Section VI of this Court's Order Governing Proceedings 4.2, Defendant Clover Network, LLC hereby provides notice that its Motion to Transfer Venue to the Northern District of California has been fully briefed. *See* Dkt. 18 (Motion to Transfer); Dkt. 61 (Plaintiff's Response); Dkt. 77 (Clover's Reply). Clover's Motion to Transfer is therefore ripe for resolution before the opening of "fact discovery and other substantive proceedings." *In re Apple*, 52 F.4th 1360, 1363 (Fed. Cir. 2022) ("The district court is directed to postpone fact discovery and other substantive proceedings until after consideration of Apple's motion for transfer."); *see* Dkt. 56 (Order Cancelling *Markman* Hearing); Dkt. 57 (First Amended Scheduling Order) (setting the opening of fact discovery on April 11, 2023).

March 22, 2023

                                        Respectfully submitted

                                        */s/ Kelly Ransom*_____
                                        Kelly Ransom (Tx. Bar No. 24109427)
                                        **KELLY HART & HALLMAN LLP**
                                        303 Colorado, Suite 2000
                                        Austin, Texas 78701
                                        Tel: (512) 495-6429
                                        kelly.ransom@kellyhart.com

                                        and

Caitlyn Hubbard (Tx. Bar No. 24097853)
**KELLY HART & HALLMAN LLP**
201 Main Street, Suite 2500
Fort Worth, Texas 76102
Tel: (817) 332-2500
caitlyn.hubbard@kellyhart.com

Greg H. Lantier (*Pro Hac Vice*)
R. Gregory Israelsen (*Pro Hac Vice*)
Jennifer L. Graber (*Pro Hac Vice*)
**WILMER CUTLER PICKERING HALE AND DOOR LLP**
1875 Pennsylvania Ave., NW
Washington, DC 20006
Tel: (202) 663-6000
Fax: (202) 663-6363
Gregory.Lantier@wilmerhale.com
Greg.israelsen@wilmerhale.com
Jennifer.graber@wilmerhale.com

Sarah B. Petty (*Pro Hac Vice*)
Amy L. Mahan (*Pro Hac Vice*)
Jeannette Leopold (*Pro Hac Vice*)
**WILMER CUTLER PICKERING HALE AND DOOR LLP**
60 State Street
Boston, MA 02109
Tel: (617) 526-6000
Fax: (617) 526-5000
Sarah.Petty@wilmerhale.com
Amy.Mahan@wilmerhale.com
Jeannette.Leopold@wilmerhale.com

Jason D. Kipnis (*Pro Hac Vice*)
**WILMER CUTLER PICKERING HALE AND DOOR LLP**
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Tel: (650) 858-6000
Fax: (650) 858-6100
Jason.Kipnis@wilmerhale.com

*Attorneys for Clover Network, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record are being served with a copy of the foregoing document via the Court's CM/ECF system on March 22, 2023.

*/s/  Kelly Ransom*
