IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **CLOUDOFCHANGE, LLC,**<br><br>  Plaintiff,<br>v.<br><br>**CLOVER NETWORK, INC.,**<br><br>  Defendant. | Civil Action No. 6:22-CV-00634-ADA-DTG<br><br>JURY TRIAL DEMANDED |

### DECLARATION OF KELLY RANSOM

I, Kelly Ransom, hereby declare the following under penalty of perjury under the laws of the United States:

1. I am an attorney at the law firm of Kelly Hart Hallman and counsel of record for Defendant Clover Network, LLC. I am over eighteen years of age, of sound mind, and competent to make this Declaration in support of Clover Network, LLC's Motion to Stay.

2. Attached hereto as Exhibit 1 is a true and correct copy of Plaintiff CloudofChange, LLC's Request for Inspection of Products and Source Code dated April 11, 2023.

3. Attached hereto as Exhibit 2 is a true and correct copy of Plaintiff CloudofChange, LLC's First Set of Interrogatories to Defendant (Nos. 1-15) dated April 11, 2023.

4. Attached hereto as Exhibit 3 is a true and correct copy of Plaintiff CloudofChange, LLC's First Set of Requests for Production to Defendant (Nos. 1-43) dated April 11, 2023.

5. Attached hereto as Exhibit 4 and filed under seal is a true and correct copy of the transcript of the sealed April 14, 2023 hearing on Clover's Motion to Transfer.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

  Executed on May 9, 2023

  */s/ Kelly Ransom*