# **<u>EXHIBIT 1</u>**

PLAINTIFF'S APRIL 11, 2023 REQUEST FOR INSPECTION

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| CloudofChange, LLC,<br><br>    Plaintiff,<br><br>        v.<br><br>Clover Network, Inc.,<br><br>    Defendant. | Case No. 6:22-CV-00634-ADA-DTG<br><br>**JURY TRIAL DEMANDED** |

**PLAINTIFF'S REQUEST FOR INSPECTION OF PRODUCTS AND SOURCE CODE**

Pursuant to Rule 34 of the Federal Rules of Civil Procedure, Plaintiff CloudofChange, LLC ("Plaintiff" or "CloudofChange") requests that Defendant Clover Network, Inc. ("Defendant" or "Clover") make the following accused products and source code available for inspection by Plaintiff's technical expert(s) and outside counsel at a time and place to be agreed upon by the Parties:

- All versions of the following accused products (to be accessed on a tablet device during the inspection):
    - Clover Station Solo
    - Clover Station Duo (formerly Station Pro)
        - including, but not limited to, versions under the name Station Pro
    - Clover Mini
    - Clover Dashboard
    - Clover Web Dashboard
    - Clover Sport (formerly, Bypass)
        - including, but not limited to, versions under the name Bypass
- All versions of the back office software of the following accused products (to be accessed on a desktop or laptop computer during the inspection):
    - Clover Station Solo
    - Clover Station Duo (formerly Station Pro)
        - including, but not limited to, versions under the name Station Pro
    - Clover Mini
    - Clover Dashboard
    - Clover Web Dashboard
    - Clover Sport (formerly, Bypass)
        - including, but not limited to, versions under the name Bypass

1

- All versions of source code for the following accused products, including all components of the accused products and all application programming interfaces (APIs) used by the accused products:
    - Clover Station Solo
    - Clover Station Duo (formerly Station Pro)
        - including, but not limited to, versions under the name Station Pro
    - Clover Mini
    - Clover Dashboard
    - Clover Web Dashboard
    - Clover Sport (formerly, Bypass)
        - including, but not limited to, versions under the name Bypass

Dated: April 11, 2023

Respectfully submitted,

PATTERSON + SHERIDAN LLP

/s/ John A. Yates

John A. Yates
Attorney In Charge
Texas State Bar No. 24056569
jyates@pattersonsheridan.com

B. Todd Patterson
Texas State Bar No. 00789537
tpatterson@pattersonsheridan.com

Kyrie Kimber Cameron
Texas State Bar No. 24097450
kcameron@pattersonsheridan.com

Edgar Neil Gonzalez
Texas State Bar No. 24092431
egonzalez@pattersonsheridan.com

Jordan D. Brown
Texas State Bar No. 24120724
jbrown@pattersonsheridan.com

**Patterson + Sheridan LLP**
24 Greenway Plaza, Suite 1600
Houston, Texas 77046
(Tel): 713-623-4844
(Fax): 713-623-4846

Abelino Reyna
Texas State Bar No. 24000087
areyna@pattersonsheridan.com

Craig V. Depew
Texas State Bar No. 05655820
cdepew@pattersonsheridan.com

**Patterson + Sheridan LLP**
729 Washington Ave., Suite 200
Waco, Texas 76701
(Tel.): 254-777-5248
(Fax): 877-777-8071

*Attorneys for Plaintiff*
*CloudofChange, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served on counsel of record on April 11, 2023.

>*/s/ John A. Yates*
>John A. Yates