IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| CLOUDOFCHANGE, LLC,<br><br>      *Plaintiffs*,<br><br>v.<br><br>CLOVER NETWORK, INC.,<br><br>      *Defendant*. | Case No. 6:22-CV-634-ADA-DTG<br><br>**JURY TRIAL DEMANDED** |

## ORDER

This Court, after considering Clover Network, LLC's Opposed Motion to Stay, is of the opinion that the Motion should be **GRANTED**.

IT IS HEREBY ORDERED that Clover Network, LLC's Motion to Stay is **GRANTED** and the above captioned civil action is hereby **STAYED** in its entirety pending a final order on Clover's Motion to Transfer and until further order of this Court.

**SIGNED** this 17th day of May, 2023.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE